UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.

COREY BAILEY,

    Defendant.
_____/

Case No. 15-20652-04

HON. GEORGE CARAM STEEH

ORDER RECOMMENDING DEFENDANT
<u>BAILEY BE TRANSFERRED IF FEASIBLE [DOC. 729]</u>

This matter comes before the court on defendant Corey Bailey's motion for an order transferring him to a facility where he will be afforded adequate access to a computer in order to review discovery materials in preparation for his upcoming trial. Defendant avers that he is currently housed at Midland County Jail, where he has little or no opportunity to use a computer for purposes of reviewing discovery. Defendant's attorneys have informed the court that the government does not object to defendant being transferred to another facility as long as there is one available to meet its concerns relating to separtee orders.

The decision where an inmate is housed is under the province of the Bureau of Prisons and this court is limited in its ability to order a transfer of

an inmate. However, the court can and does RECOMMEND that the Bureau of Prisons consider whether this defendant can be transferred to a facility where he will have adequate access to computer time to review discovery material, while continuing to meet the government's separtee orders.

IT IS SO ORDERED.

Dated: October 26, 2017

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 26, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

---