UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.

COREY BAILEY,

    Defendant.
_____/

Case No. 15-20652-04

HON. GEORGE CARAM STEEH

ORDER DENYING MOTION FOR HEARING
ON PLACEMENT OF DEFENDANT [DOC. 761]

This matter comes before the court on defendant Corey Bailey's motion for hearing on his placement at Midland County Jail and his request for a transfer. This matter previously came before the court on defendant's motion for an order transferring him to a facility where he would be afforded adequate access to a computer in order to review discovery materials in preparation for his upcoming trial. At that time, the court issued an order recommending that the Bureau of Prisons consider whether this defendant could be transferred to a facility where he would have adequate access to computer time to review discovery material, while continuing to meet the government's separtee orders.

The court was informed that the Bureau of Prisons determined that defendant had access to discovery, supported by computer usage logs obtained from the facility, and that he would not be moved. There was a period of time when defendant did not have computer privileges due to the fact that he was on disciplinary segregation, as a punishment for misbehavior, but that period has ended. The Bureau of Prisons has to have methods they can employ to control misbehavior, such as putting a defendant in disciplinary segregation. According to the computer usage logs, defendant is again able to access his discovery so he can assist his counsel in preparing for trial. Therefore, the court will make no further recommendations as to defendant's placement at this time.

IT IS HEREBY ORDERED that defendant's motion for hearing on placement is DENIED.

IT IS SO ORDERED.

Dated: December 14, 2017

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on December 14, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk