UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              Case No. 15-20652-4

vs.

                              HON. GEORGE CARAM STEEH

D-4 COREY BAILEY,

        Defendant.
_____/

ORDER GRANTING DEFENDANT'S MOTION FOR ATTORNEY
CONDUCTED VOIR DIRE AND DENYING MOTION FOR DEFENDANTS
THEMSELVES TO HAVE ACCESS TO JURY QUESTIONNAIRES
AND FOR SUPPLEMENTAL QUESTIONNAIRES [DOC. 779]

     This matter is before the court on defendant Corey Bailey's motion for attorney conducted voir dire, access to jury questionnaires by the defendants themselves and for supplemental questionnaires. The motion was joined in by defendants Billy Arnold [doc. 780], Quincy Graham [doc. 785] and Jerome Gooch [doc. 786]. Based on the reasoning given in the court's order granting the government's motion to empanel a semi-anonymous jury, the court grants in part and denies in part defendant's motion. Now, therefore,

     IT IS HEREBY ORDERED that the attorneys will be permitted to conduct voir dire in this case.

IT IS HEREBY FURTHER ORDERED that the defendants themselves are not granted access to the juror questionnaires.

IT IS HEREBY FURTHER ORDERED that neither party will be permitted to supplement the already-approved juror questionnaire that is to be filled out by the pool of prospective jurors.

IT IS SO ORDERED.

Dated: December 21, 2017

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on December 21, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk