UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,      CRIM. NO. 15-20652

      Plaintiff,     HON. GEORGE CARAM STEEH

v.

D-1   BILLY ARNOLD,
D-5   QUINCY GRAHAM,
D-7   JEROME GOOCH,
D-12 JEFFERY ADAMS

      Defendants.
_____/

## GOVERNMENT'S RESPONSE TO DEFENDANTS ARNOLD, GRAHAM, GOOCH, AND ADAMS' JOINDERS TO DEFENDANT BAILEY'S MOTION TO STRIKE SURPLUSAGE

The United States of America, by and through its undersigned attorneys, responds to the defendants' joinders to defendant Bailey's motion to strike surplusage (Docket Entry (DE) 775, 780, 786, 785, 795) as follows: as pointed out by defendant Bailey on page 4, footnote #2 of his motion, the motion is moot if the Court does not intend to read or submit the Fifth Superseding Indictment to the jury in its entirety. The government will not be seeking to have the Court to read or give copies of the indictment to the jury and would ask the Court simply to summarize the allegations of the indictment to the jury. Consequently, these joinders should be denied as moot.

      Respectfully submitted,

      DANIEL L. LEMISCH
      ACTING UNITED STATES ATTORNEY

Dated: December 27, 2017 /s/ Christopher Graveline
Christopher Graveline (P69515)
Assistant United States Attorney
Justin Wechsler
Julie Finocchiaro
Trial Attorneys
211 Fort Street
Suite 2001
Detroit, MI 48226
(313) 226-9155
christopher.graveline2@usdoj.gov

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 27, 2017 I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

                /s/ Christopher Graveline
                Christopher Graveline
                Assistant United States Attorney