UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

Case No. 15-20652

HON. GEORGE CARAM STEEH

D-1 BILLY ARNOLD,
D-4 COREY BAILEY
D-5 QUINCY GRAHAM,
D-7 JEROME GOOCH,
D-12 JEFFERY ADAMS,
D-13 ARLANDIS SHY

       Defendants.
_____/

ORDER DENYING MOTION TO STRIKE
SURPLUSAGE AS MOOT [DOC. 775]

This matter is before the court on defendant Corey Bailey's motion for to strike from the indictment non-essential but prejudicial allegations contained therein. The motion was joined in by defendants Arnold, Graham, Gooch, Adams and Shy. Specifically, the motion refers to all allegations under the headnotes "Overt Acts" and "Notice of Acts with Enhanced Sentencing." The government responds that it will not ask the court to read or give copies of the indictment to the jury, but only asks the

- 1 -

court to summarize the allegations of the indictment to the jury.  Now, therefore,

IT IS HEREBY ORDERED THAT the motion to strike surplusage from the indictment is DENIED AS MOOT.

So ordered.

Dated:  January 4, 2018

                               s/George Caram Steeh
                               GEORGE CARAM STEEH
                               UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 4, 2018, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk