UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

D-4 COREY BAILEY,

    Defendant.
_____/

Case No. 15-20652-4

HON. GEORGE CARAM STEEH

## ORDER CONTINUING APPOINTMENT OF COUNSEL [DOC. 1007]

This matter is before the court on the motion of Craig Daly to continue the appointment of Keith Spielfogel as co-counsel for defendant Corey Bailey. Mr. Spielfogel was previously appointed as Learned Counsel for defendant Bailey. On May 15, 2018 the government filed a notice with the court that the death penalty will not be sought for Mr. Bailey. Mr. Daly moves to continue the appointment under the CJA Guidelines-Guide, Vol. 7A, Chapter 6. The court has considered the factors in the Guidelines and finds that they favor continuing the appointment of Mr. Spielfogel through trial in this matter. For the reasons further stated on the record, the motion to continue appointment of second counsel is granted.

Dated: May 23, 2018

                                    s/George Caram Steeh
                                    GEORGE CARAM STEEH
                                    UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on May 23, 2018, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk