UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

D-4 COREY BAILEY,

    Defendant.

_____/

Case No. 15-20652-4

HON. GEORGE CARAM STEEH

ORDER DENYING MOTION IN LIMINE TO
PRECLUDE RECALL OF GOVERNMENT WITNESSES [DOC. 959]

This matter is before the court on Corey Bailey's motion in limine to preclude recall of government witnesses. The motion was joined in by defendants Arlandis Shy [960], Jeffaun Adams [961], Robert Brown [962], James Robinson [964], Martez Hicks [965] and Devon Patterson [966]. The court is familiar with the arguments made in the defendant's motion and in the response brief filed by the government. For the reasons stated on the record, the motion to preclude recall of government witnesses is denied.

Dated: May 23, 2018

                                  s/George Caram Steeh
                                  GEORGE CARAM STEEH
                                  UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 23, 2018, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk