1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF MICHIGAN
2                         SOUTHERN DIVISION

3

4   **UNITED STATES OF AMERICA,**

5              Government,
                                        **HONORABLE GEORGE CARAM STEEH**
6        v.
                                        **No. 15-20652**
7   **D-3 EUGENE FISHER,**
    **D-4 COREY BAILEY,**
8   **D-6 ROBERT BROWN,**
    **D-13 ARLANDIS SHY,**
9   **D-19 KEITHON PORTER,**

10             Defendants.
    _____/
11
                            **JURY TRIAL**
12
                    **Tuesday, July 24, 2018**
13
                          -    -    -
14
    APPEARANCES:
15
    For the Government:          JULIE FINOCCHIARO, ESQ.
16                               JUSTIN WECHSLER, ESQ.
                                 TARE WIGOD, ESQ.
17                               MARK BILKOVIC,ESQ.
                                 Assistant U.S. Attorneys
18

19  For the Defendants:          HENRY M. SCHARG, ESQ.
                                 On behalf of Eugene Fisher
20
                                 CRAIG DALY, ESQ.
21                               KEITH SPIELFOGEL, ESQ.
                                 On behalf of Corey Bailey
22
                                 JAMES FEINBERG, ESQ.
23                               On behalf of Robert Brown

24
                                 MARK MAGIDSON, ESQ.
25                               JOHN THEIS, ESQ.
                                 On behalf of Arlandis Shy

1

2                                         STEVEN SCHARG, ESQ.
                                          On behalf of Keithon Porter

3

4                                  -    -    -

5

6                    *To Obtain Certified Transcript, Contact:*
                  *Ronald A. DiBartolomeo, Official Court Reporter*

7                   *Theodore Levin United States Courthouse*
                   *231 West Lafayette Boulevard, Room 1067*

8                          *Detroit, Michigan  48226*
                              *(313) 962-1234*

9                   *Proceedings recorded by mechanical stenography.*

10               *Transcript produced by computer-aided transcription.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        **I  N  D  E  X**

2                                                                      Page
   _____

3  **VICENTE RUIZ**
   Direct examination cont. Ms. Finocchiaro                            5
4  Cross examination by Mr. S. Scharg                                 17
   Cross examination by Mr. Feinberg                                  25
5  Cross examination by Mr. Magidson                                  30
   Redirect examination by Ms. Finocchiaro                            39
6
   **DERRICK KENNEDY**
7  Direct examination by Mr. Wechsler                                 45

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

| | | | |
|---|---|---|---|
| 1 | **E X H B I T S** | | |
| 2 | Identification | Offered | Received |
| 3 | Defense Exhibit No. 15 | 19 | 19 |
| 4 | Defense Exhibit No. 16 | 20 | 20 |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

*15-20652; USA v. EUGENE FISHER, ET AL*

1                        Detroit, Michigan

2                        Tuesday, July 24, 2018

3                        At 8:47 a.m.

4                          -   -   -

5              (Proceedings held with jury.)

6

7          **THE COURT:**  You can take a seat.

8      Good morning, everybody.

9          **ALL JURORS:**  Good morning.

10         **THE COURT:**  Ms. Finocchiaro?

11         **MS. FINOCCHIARO:**  Thank you, your Honor.

12         **THE COURT:**  Agent Ruiz, you are still under

13   oath.

14

15              **V I C E N T E   R U I Z**

16

17              **DIRECT EXAMINATION CONT.**

18

19   **BY MS. FINOCCHIARO:**

20

21     **Q.**  Good morning, Agent Ruiz.

22     **A.**  Good morning.

23     **Q.**  I want to clarify a few things from yesterday.  If

24   we can going to Exhibit 20JJ, Page 4.

25              Special Agent Ruiz, yesterday we talked about

                *15-20652; USA v. EUGENE FISHER, ET AL*

1    this text message, and it looks like this a reference to

2    Lamont.  Does any of these defendants that are here today

3    associated with any address on Lamont?

4       A.  Yes, Eugene Fisher lived at 18803 Lamont.

5       Q.  And if we could go to Exhibit 22E.  Now yesterday

6    you testified about this first picture up here on Billy

7    Arnold's phone, and Darnell Canady was in this photo?

8       A.  That's correct.

9       Q.  Just to be clear, Darnell Canady was one of the

10   victims of one of the shootings that we heard?

11      A.  He was the victim of two shootings.  He was a victim

12   on May 10th at the State Fair and Hoover shooting, and he

13   was also a victim -- when I say victim -- he was not shot

14   that day on May 10th, but he was in the car that was shot

15   at.  Derrick Peterson was shot in the foot.

16      Q.  This photo of Darnell Canady was on Billy Arnold's

17   phone?

18      A.  That's correct.  And on June 7th, Darnell Canady was

19   shot in the lower right leg at the Athena Hall during the

20   baby shower.

21      Q.  And if you could go to Page 20II, and there is a

22   text that we saw yesterday.  To clarify, who is texting

23   who in this exchange?

24      A.  The text on the bottom is from (313)671-6022, which

25   is the phone number that Arlandis Shy provided to the

*15-20652; USA v. EUGENE FISHER, ET AL*

1    Michigan Department of Corrections, and then the text that

2    was responding:  Don't matter.  That was from Billy Arnold

3    to Arlandis Shy.

4       Q.  The first one is from Mr. Shy to Mr. Arnold, the one

5    that references gutta?

6       A.  That's correct.

7       Q.  Go back to the text where we were yesterday.  If we

8    could go to 20W, second page, what do we see here on May

9    17, 2015?

10      A.  Text message from Billy Arnold to (313)948-2154,

11   Wya.

12      Q.  And what do we see up here on the same date?

13      A.  Person is responding to Billy Arnold saying, pulling

14   off from Courville bout to go on lakepoint real quick.

15           And then Billy sends that person:  I'm riding up

16   courville.

17           The person responds:  You must have just saw me

18   I'm riding up warren where u going.

19           And then Billy Arnold responds:  Hunting.

20      Q.  Billy Arnold responds with hunting?

21      A.  Correct.

22      Q.  Next go to 20V.  And who is this text conversation

23   with?

24      A.  This is a text from Billy Arnold to Robert Brown's

25   cell phone (313)320-3075.  The message that he sends is:

*15-20652; USA v. EUGENE FISHER, ET AL*

1    If anything happens to night it was troub and them I just

2    got into it with the bitch mile niggaz fucking wit capres

3    ha a friend lex.

4    **Q.**  Go to the next page of that same exhibit, and what

5    do we see here?

6    **A.**  Response from Robert Brown:  Okay becareful -- I'm

7    sorry.  Go from the bottom to the top.  Robert Brown:

8    Bro, you goog.

9         Billy Arnold responds:  Yea making this play

10   happen real quick.

11        And Robert Brown responds:  Okay, becareful.

12   **Q.**  And go to 20T, and what do we see here?

13   **A.**  On May 27, 2015, we see a text message from Billy to

14   Derrick Kennedy.  It says:  Dawg call me nigga u got me

15   fuck up, and the text above that -- the text above that is

16   from the phone number (313)288-4315, the contact is Coe

17   Billy Arnold.  It says:  Bro call me kp got flicked in

18   front of my house.

19   **Q.**  KP, who is that?

20   **A.**  Nickname for Keithon Porter.

21   **Q.**  If we go to 20S, and what do we see here?

22   **A.**  There are three messages from Robert Brown to Billy

23   Arnold on May 28, 2015.  The first is:  Bro I ask 4 500

24   hundred.  The second:  Can u call me, and the third:  Y

25   bro just call me no more textin.

*15-20652; USA v. EUGENE FISHER, ET AL*

1     **Q.**   These are from Robert Brown to Billy Arnold?

2     **A.**   That's correct.

3     **Q.**   And go to the next three messages, and what do we

4     see?

5     **A.**   Text exchange between Billy Arnold and Robert Brown.

6     Billy Arnold sends a text:  I know and I'm going owe you

7     I'm sick of oweing u I'm paying all that shit so I can do

8     me straight on niggaz on my son I'm threw I'm not calling

9     dawg my other phone completely dead this one bout to die.

10          And then Robert Brown responds:  Didn't no it

11    was like that with us.

12          Billy Arnold responds back:  Man dawg I explain

13    clear to u I'm threw texting I'm giving u all yo money so

14    u can be happy take care of whatever you got and it is

15    what it is no hard feelings dawg I'm straight.

16    **Q.**   And the final two texts in this exchange?

17    **A.**   Billy Arnold says:  U can get it western union or yo

18    money how u want it.

19          Robert Brown response:  Just to let u no I love

20    u #onthe5 I no u going throw a lot still my lil brother.

21    **Q.**   If we go to 20Q, and what do we see here?

22    **A.**   This is a text exchange between Billy Arnold and

23    Devon Patterson.  First is from Devon Patterson

24    (313)433-6659.  It was stored in Billy Arnold's contact as

25    2 Sos.  The message is:  I need u it's 3 bad 1Nes here.

*15-20652; USA v. EUGENE FISHER, ET AL*

1          Billy Arnold response:  Wya nigga.

2          And Patterson response:  Duchess and morres.

3     **Q.**  When was this text exchange?

4     **A.**  June 1, 2015 at about 12:43 a.m.

5     **Q.**  And Duchess and morres, have you come across those

6     names prior?

7     **A.**  East side of Detroit.

8     **Q.**  And looking further at the information on June 1st,

9     what do we see here?

10    **A.**  Billy Arnold sends a text message to Devon Patterson

11    come ova here.

12         Patterson responds:  We over here it was just 2

13    but now it's 1 more.

14    **Q.**  Go to 20P.  What do we see in this conversation on

15    June 1st?

16    **A.**  It is a conversation between Billy Arnold and Robert

17    Brown.  First is from Robert Brown:  What's up bro did u

18    mean to call me.

19         Billy Arnold message back:  Who got some jimps.

20         Robert Brown response:  I'll make some calls.

21         Billy says:  Thanks.

22    **Q.**  As part of the your investigation, have you heard

23    the term "jimps" used?

24    **A.**  I've seen it several times, but I'm not sure what it

25    is referring to.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q.**  Go to 23J.  What do we see up here?

2    **A.**  This is a multi-media message from Jeffrey Adams --

3    I'm sorry.  It's from Billy Arnold to Jeffrey Adams.

4    **Q.**  Okay.

5    **A.**  This was on June 6, 2015 at about 4:17 p.m.  The

6    message has an attachment, a photo attachment, and it says

7    is that Sheridan block.

8    **Q.**  Go to the attachment.  Go to the photo attachment.

9    What do we see here that's attached to that multi-media

10   message?

11   **A.**  The person in the blue shorts and the yellow and

12   blue tennis shoes is William Blivens Haley, which is 1Eye.

13   This is a screen capture account attributed to 1Eye.

14   **Q.**  What's happening with this multi-media message?  Is

15   there rival gang members pictures being sent to Jeffrey

16   Adams with the question about Sheridan block?

17   **A.**  Correct.

18   **Q.**  Go to 23I, and what do we see here?

19   **A.**  We see a message on June 6, 2015 at 4:37 from

20   Jeffrey Adams, and it has a screen capture -- or screen

21   shot.

22   **Q.**  What do we have here?

23   **A.**  This is an another screen capture of the Instagram

24   account attributed to 1Eye.  It's four individuals in the

25   photo.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q.**  And go to 23H.  What do we see here?

2    **A.**  This is another multi-media message from Jeffrey

3    Adams.  There's no text associated, but it's a screen shot

4    photo.

5    **Q.**  Okay.  What is the photo that is associated with

6    that screen shot?

7    **A.**  This is another photo from the 1Eye Instagram

8    account.  On the left in all black is William Blevins

9    Haley and another individual, and they both have

10   semi-automatic pistols in their left hands.

11   **Q.**  This is the same individual, 1Eye, that we've seen

12   in the screen shot?

13   **A.**  Yes.

14   **Q.**  Go to 23G, and what do we see here?

15   **A.**  This is another multi-media message from Jeffrey

16   Adams on June 6, 2015 at 4:37 p.m., and it appears to be

17   another screen capture.

18   **Q.**  Okay.  Again, who do we see in the screen shot

19   capture from Jeffrey Adams to Billy Arnold?

20   **A.**  This is another screen capture of the 1Eye Instagram

21   account, and it shows three individuals, including William

22   Blevins Haley on the far right.

23   **Q.**  And go to 23F, and what do we see here?

24   **A.**  Another multi-media message from Jeffrey Adams on

25   June 6th at 4:38 p.m., with a screen shot attached.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q.**  When was this one sent?

2    **A.**  This was sent on May 12th at 6:43 p.m., and also

3    from Jeffrey Adams.

4    **Q.**  And what are the two screen shots attached, the

5    first one?

6    **A.**  This is a screen shot of a Google maps showing the

7    area of Sheridan and Kirby streets and Ferry and Townsend.

8    **Q.**  This map is somewhere in Detroit?

9    **A.**  That's correct.

10   **Q.**  And we saw a reference earlier to Sheridan in a

11   text?

12   **A.**  Yes.  There is a photo of William Blevins Haley, and

13   Billy Arnold was asking if that was Sheridan Street.

14   **Q.**  That was one that was sent on 6-6.  Let's look at

15   the one that was sent on 5-12.  Again, is this the same

16   map that we just saw?

17   **A.**  Yes, it is.

18   **Q.**  If we could go to 22G.  There are multi-media

19   messages here, right?  What does it say, and the time of

20   the first one?

21   **A.**  These are photos stored on the phone.

22   **Q.**  I'm sorry.  These are two photos stored on the

23   phone.  What date?

24   **A.**  June 1, 2015.

25   **Q.**  The second one, what is the date of that screen

*15-20652; USA v. EUGENE FISHER, ET AL*

1    shot?

2    **A.**   June 6, 2015.

3    **Q.**   These again were on Billy Arnold's phone?

4    **A.**   That's correct.

5    **Q.**   What do we see here?

6    **A.**   That is a screen capture from the Instagram account

7    1Eye.  In that photo we see a Sprite bottle with a cough

8    syrup bottle standing on top of it upside down, and we see

9    an AR style rifle on the floor.

10   **Q.**   And the second photo?

11   **A.**   We saw this one before.  This is a capture from the

12   Instagram account 1Eye.  You have William Blevins Haley in

13   the white T-shirt, blue shorts.

14   **Q.**   We'll go back to the test messages briefly.  20M, as

15   in Mary, and what do we see in this text message from

16   Billy Arnold's phone?

17   **A.**   Message from Billy Arnold to Devon Patterson.  It

18   was sent on June 13, 2015 at 1:51 p.m., and he tells Devon

19   Patterson that he just chase jeff.

20   **Q.**   As part of your investigation, is there any rival

21   that goes by the Jeff?

22   **A.**   Jeffrey Goodlet, who goes by Fat Jeff.

23   **Q.**   Go to 20L Page 2, and what do we see here from Billy

24   Arnold's phone?

25   **A.**   These are messages from -- two messages between

*15-20652; USA v. EUGENE FISHER, ET AL*

1    Billy Arnold and Devon McClure's sister on June 16, 2015.

2    The first one is Sis Block:  Heyyyy Bro!!!! Been tryna to

3    get in contact wit u to see if u got that obituary?

4            Billy Arnold response:  Naw but it's ok I'm

5    really been just taken care of business but I really need

6    yall to text whenever for anything I ain't trying to be

7    like everyone call me for anything any situation

8    seriously.

9    **Q.**  This June 16, 2015?

10   **A.**  It is, yes.

11   **Q.**  Go to next page of that conversation, and what is

12   the response between Block's sister and Billy Arnold?

13   **A.**  Message from Devon McClure's sister:  Ok Bro i

14   understand.  When u ready i have DVD for u.  Bro told me

15   he talked to u, thats whats up, yall stick together for my

16   bro!

17           Second message:  S-Sonny, M-Messiah, B-BMan.

18   His words!!

19   **Q.**  That is a message from Devon McClure's sister to

20   Billy?

21   **A.**  Correct.

22   **Q.**  Go to 23E.  What do we see here from Billy Arnold's

23   phone?

24   **A.**  This is a multi-media message section.  This is from

25   Jeffrey Adams, and it's a screen shot image.

*15-20652; USA v. EUGENE FISHER, ET AL*

1      **Q.**  And when was it sent?

2      **A.**  Sent on June 17, 2015 at 11:16 p.m.

3      **Q.**  Okay.  And look at the screen shot attached to it.

4   What do we see here is?

5      **A.**  It is a photo with the Instagram account

6   guttadada444.

7      **Q.**  And is Gutta one of rival gangs of SMB?

8      **A.**  That's correct.

9      **Q.**  And go to 23D.  What do we see here?

10     **A.**  This is another multi-media message from Jeffrey

11   Adams.  The text reads:  Hey fuxk wit da lil niggas dat b

12   wit kort, and there's a screen shot image attached.

13     **Q.**  On the same day -- let's see what the screen image

14   is.  What do we see here?

15     **A.**  It's another post or screen capture from Instagram

16   account guttadada444.

17     **Q.**  I want to go back to yesterday to the dates of the

18   videos that we saw.  We saw two videos from Mr. Fisher's

19   iPad, is that right?

20     **A.**  Yes.

21     **Q.**  And if we could go to Exhibit 15B, Page 2?

22          **MR. FEINBERG:**  What was that?

23          **MS. FINOCCHIARO:**  15B.

24          **MR. FEINBERG:**  B as in boy?

25          **MS. FINOCCHIARO:**  Yes.  Try 15C.  If we go to

*15-20652; USA v. EUGENE FISHER, ET AL*

1      Exhibit 15, Page 13.

2            These are the three videos yesterday off of the

3      iPhone not the iPad.  What were the dates that these

4      videos were created?

5         **A.**  These three videos were created on August 21, 2015.

6

7   **BY MS. FINOCCHIARO:**

8         **Q.**  Okay.  For the record Exhibits 15H, 15F and 15G are

9      which we saw yesterday?

10        **A.**  Yes.

11               **MS. FINOCCHIARO:**  Nothing further, your

12     Honor.

13               **THE COURT:**  All right.  Thank you.  Cross

14     examination?

15               **MR. S. SCHARG:**  I have a couple of questions.

16

17                     **CROSS EXAMINATION**

18

19   **BY MR. S. SCHARG:**

20

21        **Q.**  Good morning, Agent Ruiz.

22        **A.**  Good morning.

23        **Q.**  The last time you took the stand, we talked about

24     some mention where Mr. Porter was living, and you gave an

25     address on Dresden?

                   *15-20652; USA v. EUGENE FISHER, ET AL*

1    **A.**   Yes.

2    **Q.**   And you said that you had that information from the

3    Secretary of State driver's license bureau?

4    **A.**   That's correct.

5    **Q.**   And I'm going to show you what's been marked as

6    Proposed Defense Exhibit 16.

7              **MR. S. SCHARG:**   Can I approach the witness,

8    your Honor?

9              **THE COURT:**   Yes.

10             **MR. S. SCHARG:**   Officer Ruiz, is this the

11   document that you observed that indicated that he was

12   living on Dresden on that's driver's license picture?

13   **A.**   This is not the one.

14

15   **BY MR. S. SCHARG:**

16   **Q.**   You have a different picture?

17   **A.**   Yes, I do.

18   **Q.**   Does the government have it?

19   **A.**   We reviewed it that day.

20   **Q.**   That's not a picture that you reviewed that day?

21   **A.**   No, sir.

22             **MR. S. SCHARG:**   May I approach the witness?

23             **THE COURT:**   Yes.

24

25

*15-20652; USA v. EUGENE FISHER, ET AL*

19

1    BY MR. S. SCHARG:

2        Q.   I will show you what's been marked as Defense

3    Proposed 15.

4        A.   Okay.

5        Q.   How is that?

6        A.   This is the one that we were discussing.

7            MR. S. SCHARG:   Move for admission for this

8    exhibit and publish to the jury.

9            THE COURT:   Any objection?

10           MS. FINOCCHIARO:   No, your Honor.

11           THE COURT:   The Court will receive the item.

12

13   BY MR. S. SCHARG:

14       Q.   Agent Ruiz you have that on your screen?

15       A.   Yes.

16       Q.   This is a picture that you said is the driver's

17   license from the Secretary of State?

18       A.   Yes.

19       Q.   At the top of the picture it indicates Michigan

20   State Police SOS profile?

21       A.   Yes, SOS is Secretary of State.

22       Q.   Does that appear to be a Michigan State Police

23   mugshot?

24       A.   With the blue background.

25       Q.   I'm asking, does it appear to be a Michigan State

*15-20652; USA v. EUGENE FISHER, ET AL*

1    Police mugshot?

2        **A.**   No.   To me it appears to be a photo taken of a

3    driver's license.

4        **Q.**   And you see on the document at the top booking, date

5    time, January 26, 2012?

6        **A.**   Yes.

7        **Q.**   And at the bottom it says 20340 Dresden Street,

8    Detroit?

9        **A.**   Yes, and the driver's license number beneath that.

10       **Q.**   And I'm going to show you what's been marked as

11   Defense Exhibit 16.   Are you familiar with that picture as

12   well?

13       **A.**   Yes, I am.

14       **Q.**   Is that a Michigan State Police SOS profile picture

15   as well?

16       **A.**   Yes.

17               **MR. S. SCHARG:**   Move for admission of that

18   exhibit.

19               **THE COURT:**   Any objection?

20               **MS. FINOCCHIARO:**   No.

21               **THE COURT:**   The Court will receive the item.

22               **MR. S. SCHARG:**   May I publish it to the jury?

23               **THE COURT:**   Yes, you may.

24

25   **BY MR. S. SCHARG:**

                    *15-20652; USA v. EUGENE FISHER, ET AL*

1      **Q.**  Agent Ruiz, on this picture it appears to be the

2   same SOS profile Michigan State Police?

3      **A.**  That's correct.

4      **Q.**  And on this date it's dated, the booking date is

5   February 7, 2014, two years later, correct?

6      **A.**  Just to be clear, the top box says booking number or

7   date and time?

8      **Q.**  Yes.

9      **A.**  So this is the date for this particular photo.

10     **Q.**  Picture?

11     **A.**  Yes.  It doesn't mean it is a booking photo.

12     **Q.**  But it is dated February 7, 2014?

13     **A.**  That's correct.

14     **Q.**  Two years later than what we seen a minute ago?

15     **A.**  Yes.

16     **Q.**  On this date it shows his residence to be 10131

17  Grayton Street in the city of Detroit?

18     **A.**  It does.

19     **Q.**  Now Agent Ruiz, I know that you're familiar with the

20  Red Zone?

21     **A.**  Correct.

22     **Q.**  And you made mention of Dresden Street?

23     **A.**  Correct.

24     **Q.**  And you would agree that's a pretty busy street that

25  you get on and off of Eight Mile?

*15-20652; USA v. EUGENE FISHER, ET AL*

1      **A.**  Yes, you do get on and off of Eight Mile.  It's not

2   as busy as Hoover.

3      **Q.**  Okay.  But it's a busy street?

4      **A.**  Sure.

5      **Q.**  And you would agree with me that on the corner of

6   Eight Mile and Dresden there's a shopping mall, a

7   gentleman's club?

8      **A.**  I don't recall what's at Eight Mile and Dresden, but

9   I'll take your word for it.

10      **Q.**  Further down the street are basketball courts, a

11   park at the end of the Dresden?

12      **A.**  South of Eight Mile?

13      **Q.**  Going south of Eight Mile.

14      **A.**  I'm trying to think where that park and basketball

15   hoops would be.

16      **Q.**  Do you recall a park being in that area, Osborn

17   Park?

18      **A.**  That's south of State Fair.

19      **Q.**  It is.  And there's a park with a track and

20   everything like that?

21      **A.**  Okay.  I just have not paid attention.

22      **Q.**  All on Dresden Street?

23      **A.**  I'll take your word for it.

24      **Q.**  And what is -- we've seen some telephone records

25   showing something that happened on Dresden Street,

*15-20652; USA v. EUGENE FISHER, ET AL*

1    correct?  We've seen phone records from Officer Jensen

2    indicating on the screen -- he labeled the address in the

3    area of Dresden street.  Why is that so important to this

4    investigation?

5        A.  We had come across the address during our

6    investigation for Keithon Porter.

7        Q.  But his residence was 2012 pursuant to the Secretary

8    of State?

9        A.  I think there were probably others beyond that.

10   Maybe one in 2015.

11       Q.  But you're not sure?

12       A.  I know that I have seen others.  I don't remember

13   the exact dates.

14       Q.  And you would agree with me there was a timeline

15   presented by the government yesterday?

16       A.  Yes.

17       Q.  None of the actions that occurred in this

18   indictment, nothing ever happened on Dresden Street in

19   that timeline?

20       A.  In yesterday's timeline?

21       Q.  Yes.

22       A.  That's correct.  None of those incidents were, in

23   fact, on Dresden Street.

24       Q.  So is it fair to say the only reference to Dresden

25   is that you're trying to indicate to this jury that

1   Keithon Porter had some residence on that street at some

2   point in time?

3   **A.** That's the significance of 20304 Dresden.

4   **Q.** And you also mentioned -- you also made mention that

5   20037 Dresden on September 7, 2015, a shooting that

6   occurred over at that area -- not yesterday, but the last

7   time you testified last week?

8   **A.** I don't recall if that was the address.  I don't

9   believe it was.

10   **Q.** Can I show you a police report to see if that report

11   references that to see if it refreshes your memory?

12   **A.** Sure, I'll take a look at that.  I believe the

13   report that you're referring is a report in which they

14   were canvassing the neighborhood.

15   **Q.** This is the one where Amanda Johnson was involved?

16   **A.** May I see the report?

17   **Q.** Yes.  Sure.

18   **A.** I remember this report.

19   **Q.** You had a chance review it?

20   **A.** I did.

21   **Q.** There's nothing related to Mr. Porter at that

22   address on that date?

23   **A.** There's additional follow up to this report in which

24   Mr. Porter is linked to 20304 Dresden.

25   **Q.** Connected to that house?

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **A.**   That's correct.   One of the females that's listed in

2    here, Tabitha Debord, provided that information.

3    **Q.**   But there's nothing in the report from any of the

4    witnesses that indicate that Keithon Porter lived at that

5    address?

6    **A.**   Not in this report.

7              **MR. S. SCHARG:**   Okay.   Thank you very much.

8    I have nothing further, your Honor.

9              **THE COURT:**   Thank you, Mr. Scharg.

10         Any other cross examination?

11             **MR. FEINBERG:**   Yes, your Honor.

12             **THE COURT:**   Mr. Feinberg?

13             **MR. FEINBERG:**   Yes, your Honor.

14

15                        **CROSS EXAMINATION**

16

17   BY MR. FEINBERG:

18

19     **Q.**   Agent Ruiz?

20     **A.**   Yes, sir.

21     **Q.**   Are you familiar with the name of Jerome Gaskin?

22     **A.**   I'm familiar with the name Geron Gaskin.

23     **Q.**   And is he a member of any organization?

24     **A.**   Geron is a member of the Hustle Boys.

25     **Q.**   What about Lomel Jackson?

*15-20652; USA v. EUGENE FISHER, ET AL*

1       **A.**   Lominel Jackson?

2       **Q.**   Yes.

3       **A.**   He's a member of Six Mile.

4       **Q.**   What about Ronell?

5       **A.**   Ronell Thompson.

6       **Q.**   Yes.

7       **A.**   He is a deceased member of Six Mile Cheddagrove.

8       **Q.**   Robert Baytops?

9       **A.**   Robert Baytops, R.B., is a member of Cheddagrove.

10      **Q.**   What's the name?

11      **A.**   Robert Baytops.

12      **Q.**   The organization?

13      **A.**   Cheddagrove Six Mile.

14      **Q.**   Corey Mills?

15      **A.**   Also Six Mile Cheddagrove.  Edwin Mills.

16      **Q.**   Cane?

17      **A.**   Patrick Johnson, Six Mile Cheddagrove.

18      **Q.**   Ed Boy?

19      **A.**   Edwin Mills, Six Mile Cheddagrove.

20      **Q.**   G-Below?

21      **A.**   G-Below?  I'm not familiar with that one.  Oh,

22      that's Carlo Wilson.

23      **Q.**   Yes?

24      **A.**   Yes.

25      **Q.**   What organization?

*15-20652; USA v. EUGENE FISHER, ET AL*

1    A.  Six Mile Cheddagrove.

2    Q.  All of these people are members of organizations

3    that were rivals supposedly of Seven Mile Bloods?

4    A.  That's correct.

5    Q.  Do you know where they are right now?

6    A.  I believe all of them are in custody -- well, Ronell

7    is deceased.

8    Q.  Right.

9    A.  Robert Baytops, I'm not sure if he's in custody or

10   if he has a bond.

11   Q.  Do you know where they are in custody?

12   A.  In federal custody.

13   Q.  Milan?

14   A.  Maybe Milan.  Maybe other places, yes.

15   Q.  If I told you that they were all in Milan, would you

16   disagree with that?

17   A.  No, I would take your word for it.

18   Q.  And one of the things that you're concerned about is

19   to not have gang members who are rivals together?

20   A.  Absolutely.  We would not want that situation.

21   Q.  Are you aware that they are all in the same section

22   at Milan as Mr. Brown is?

23   A.  I was not aware of that.

24   Q.  Okay.  And if there was any concern between Mr.

25   Brown and all of those people that I just mentioned, they

*15-20652; USA v. EUGENE FISHER, ET AL*

1    would be separated, correct?

2        **A.**   Well, they if they could accommodate a separation,

3    certainly.  I think it would be prudent to separate those

4    individuals.

5        **Q.**   But if they are altogether, then apparently the

6    Milan Detention Center --

7        **A.**   Something got missed.  Milan Detention Center may

8    not have the knowledge that I have of this case.

9        **Q.**   Well, you would have put down a separation request

10   order if there was?

11       **A.**   That request would have been made through U.S.

12   Attorney's Office to the marshals.

13       **Q.**   So if they are all together --

14       **A.**   Something got missed.

15       **Q.**   -- they are not concerned about it?

16       **A.**   I would say something got missed.

17       **Q.**   Well, they may believe that there's no concern, and

18   apparently if they've been locked up for the last couple

19   of years together, one year, two years, and there's been

20   no problem, apparently they are convinced that there's no

21   problem?

22       **A.**   I don't know if there's been any problems.  I know

23   for example, Corey Bailey, he --

24       **Q.**   I'm talking about Mr. Brown.

25       **A.**   -- with rival gang members.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q.**  Mr. Brown and the people that I just mentioned.  No

2    problems that you're aware of?

3    **A.**  That I'm aware of.

4    **Q.**  Right.  Only concerned about what you're aware of?

5    **A.**  Okay.

6    **Q.**  And Mr. Brown, correct?  That's what I'm asking, Mr.

7    Brown and these people?

8    **A.**  I'm not aware of any situation.  I was unaware that

9    they were even housed in the same section, unit, et

10    cetera.  In fact --

11          **MR. FEINBERG:**  I didn't ask any question.

12    I'm not asking for any response to a question that I

13    didn't ask.

14        No further questions at this time, your Honor.  I

15    understand that Agent Ruiz will be recalled again.

16          **MS. FINOCCHIARO:**  That's correct, your Honor.

17          **MR. FEINBERG:**  So at this time I have no

18    further questions.

19          **THE COURT:**  Thank you, Mr. Feinberg.

20          **MR. SPIELFOGEL:**  We will cross examine the

21    next time, the final time that he testifies.

22          **THE COURT:**  All right.

23          **MR. SPIELFOGEL:**  So we will reserve.

24          **MR. H. SCHARG:**  On behalf of Eugene Fisher,

25    we will reserve.

1              **MR. MAGIDSON:**  Just a couple of questions,

2      your Honor.

3              **THE COURT:**  All right.  Mr. Magidson?

4

5                       **CROSS EXAMINATION**

6

7  **BY MR. MAGIDSON:**

8

9      **Q.**  Good morning, Agent Ruiz.

10     **A.**  Good morning.

11     **Q.**  How are you today?

12     **A.**  I'm well.

13     **Q.**  So the 000Bigblood Instagram account that you

14     referred to yesterday --

15     **A.**  Yes, sir.

16     **Q.**  -- that was established as far as your records show

17     by Mr. Adams?

18     **A.**  That's correct, and there was one other person that

19     had access to the account.

20     **Q.**  Do you have name of that?

21     **A.**  Raymond Sellers.

22     **Q.**  And it's seems as though -- I could be wrong -- when

23     going through it, most of the threatening posts all

24     occurred on one day, and that was May 10, 2015, is that

25     correct?

                *15-20652; USA v. EUGENE FISHER, ET AL*

1    **A.**   That's not entirely accurate.   There was April 30,

2    March 24th.

3    **Q.**   About 95 percent on that day?

4    **A.**   I don't want to confuse the photos with threatening

5    comments.   The photos may have been posted much earlier or

6    prior to that, and then the comments may have followed if

7    that's what you're getting at.

8    **Q.**   So in your investigation, were you aware that Mr.

9    Shy has a cousin by the name DMG Gutta?

10   **A.**   DMG Gutta?

11   **Q.**   Yes.

12   **A.**   I was not aware of that.

13   **Q.**   In your investigation as to the shooting on May 8th

14   at Duchess and Craft, were you aware of a person -- a

15   female coming forward claiming that she had information as

16   to who the potential shooters were?

17   **A.**   Yeah, there was -- would you like --

18           **MS. FINOCCHIARO:**   Your Honor, could we have

19   sidebar?

20           **THE COURT:**   Okay.

21

22       (Sidebar conference held on the record.)

23

24           **MS. FINOCCHIARO:**   My concern is that Mr.

25   Magidson is about to elicit hearsay what Nicole DeGree

*15-20652; USA v. EUGENE FISHER, ET AL*

1    said to DPD or FBI.

2             MR. MAGIDSON:  I was going to ask him if he

3    was aware of Nicole DeGree making a report.

4             THE COURT:  Without asking the substance of

5    the report?

6             MR. MAGIDSON:  Right.

7             MS. FINOCCHIARO:  Or the nature?

8             MR. MAGIDSON:  The nature, she had

9    information --

10             MS. FINOCCHIARO:  That's part of the

11    substance of what's she's saying.

12             MR. MAGIDSON:  I'm going to ask what she

13    said, that she reported that she had information as to the

14    shooters or another shooter.

15             MS. FINOCCHIARO:  What she reported was that

16    someone came to her house after.  That's not other

17    shooters.

18             MR. MAGIDSON:  It was within two hours after

19    the shooting.

20             MS. FINOCCHIARO:  You can say that she was

21    threatened, but she didn't come to the FBI or DPD and say,

22    I have information about other shooters.  They interviewed

23    her, and she said people came to my house within hours of

24    the shooting and threatened her.

25             MR. MAGIDSON:  According to the police report

1    it said that she had information about the May 8th triple

2    shooting at Duchess and Craft.

3         **MS. FINOCCHIARO:**  Originally it was thought

4    that the two may be linked, but she didn't come forward

5    and say, I know who the shooters are.  That's a little bit

6    of a misrepresentation.

7         **MR. S. SCHARG:**  Officer Woods, the officer in

8    charge, he's aware of the reports that have been filed and

9    the witnesses.  So I think Mr. Magidson is correct.  He

10   can get into what he knows from the --

11        **MR. WECHSLER:**  She was bringing it forward

12   that she was threatened.

13        **MS. FINOCCHIARO:**  You can call Ms. DeGree.

14        **MR. MAGIDSON:**  We may.  I'm just wondering

15   whether he was aware of it, and the substance of the

16   investigation.  We may call her, but I'm just trying to

17   find out as part of this investigation -- as part of your

18   investigation do you know such and such as part of the

19   investigation, and that's all I was going to ask, same

20   thing.  As part of the investigation, did you learn from

21   Ms. DeGree that she was threatened by somebody who had a

22   grudge against Devonte Roberts.

23        **MS. FINOCCHIARO:**  That's getting into the

24   substance of what she told them.

25        **THE COURT:**  Right.

*15-20652; USA v. EUGENE FISHER, ET AL*

1          **MS. FINOCCHIARO:**  That she was threatened,

2     that someone had a grudge.  This happened within the same

3     day.  My concern is that it is all hearsay.  It's not

4     necessarily an overarching -- someone came forward as part

5     of the investigation, and this is the substance of what

6     she testified to.

7          **THE COURT:**  Yeah.  Is there a hearsay

8     exception?

9          **MR. MAGIDSON:**  Well, she made it.  It was an

10    excited situation.  She was approached by --

11         **THE COURT:**  When they were interviewing

12    her --

13         **MR. MAGIDSON:**  Well, she came forward --

14         **THE COURT:**  -- how is that an excited

15    utterance?

16         **MR. MAGIDSON:**  When she initially made the

17    report, she was still upset and so forth.  She came

18    forward pretty quickly.

19         **MS. FINOCCHIARO:**  We need more on that.  I

20    have to look again as to how long it was until they found

21    her.  I'm not sure if it was right after.

22         **MR. S. SCHARG:**  Can the officer in charge

23    testify to what he found out during his investigation?

24         **MR. WECHSLER:**  That will be hearsay.  It is

25    double hearsay.  She may be upset when she makes the

1    report, which there is no foundation for it yet, then

2    maybe that is an excited utterance, but it he testifies

3    from the report, that's hearsay upon hearsay.

4              MR. MAGIDSON:  He's learning this from --

5    much of his investigation is what he's learned through

6    other officers from the Detroit Police Department, just as

7    part of his diagnoses of the case.  He has looked at

8    reports, and he's coming to a conclusion, and I think that

9    he can at least acknowledge that there's another person

10   who had information about what she believed to be the

11   shooting -- what she believed was the shooting at the

12   time.

13             MS. FINOCCHIARO:  I don't know if that's what

14   she said.

15             MR. MAGIDSON:  That's what she did say.

16             MS. FINOCCHIARO:  I was threatened by these

17   two people, and she picked out somebody, unless I'm not

18   remembering.

19             MR. MAGIDSON:  According to the police

20   report, she said a witness comes through as having

21   information regarding the homicide and shooting on Duchess

22   and Craft, and then she goes onto relate what happens,

23   about how somebody -- you know, you mess with Little, who

24   is Devonte Roberts, I'm going kill you, and then somebody

25   else says, you already got her boys.  Don't need to kill

*15-20652; USA v. EUGENE FISHER, ET AL*

1    her.  Then they conducted a further investigation to

2    identify the person who did that.  They brought them in

3    for a lineup, and he actually was arrested for felonious

4    assault I believe on this Nicole DeGree.

5          **MS. FINOCCHIARO:**  I would argue what the

6    officer said about characterizing her testimony is also

7    hearsay.  If he wants to call the officer as what he

8    thought, but ultimately the FBI in their investigation

9    didn't think of this part of the May 18th homicide.  So I

10   think to say that an officer characterized this as she

11   came forward with information about the homicide, that's

12   the officer's characterization, and then her substance of

13   her testimony is hearsay as to what she specifically said.

14         **MR. MAGIDSON:**  We are not even bringing this

15   forth for the truth of the matter.  It is just a matter of

16   which part of the ongoing investigation that they were

17   exploring.

18         **MR. WECHSLER:**  Leave it at somebody else had

19   come forward and provided information.

20         **MS. FINOCCHIARO:**  Of the May homicide and

21   leave it at that.

22         **MR. MAGIDSON:**  Well --

23         **THE COURT:**  I think there has been utter

24   hearsay that has not been objected to.  So I mean, I don't

25   know.  What you've described seems relatively benign, but

*15-20652; USA v. EUGENE FISHER, ET AL*

```
 1       I do agree that it doesn't sound like this is a hearsay
 2       exception.
 3                   MR. MAGIDSON:  Well, I can ask him did
 4       another person -- did your investigation reveal that
 5       another woman or somebody come up and said -- share
 6       information regarding this incident, and did you follow
 7       up, was it followed up.
 8                   MS. FINOCCHIARO:  That's fine.
 9                   THE COURT:  Okay.
10
11                   (Sidebar conference concluded.)
12
13  BY MR. MAGIDSON:
14       Q.  Okay.  We were talking about that there was another
15       individual who came forward in this matter shortly after
16       the May 8th shooting?
17       A.  After May 8th.
18       Q.  A few days after the shooting, were you aware of
19       another young woman, Nicole DeGree had came forward?
20       A.  There was another theory as to why that shooting
21       occurred.
22       Q.  Right.
23       A.  I believe that's why she came to the police.
24       Q.  Right.  She had been threatened.  Do you recall
25       that?  If you don't, that's fine.  I'm just asking.
```

1      **A.**  I don't remember if she was threatened or not.

2      **Q.**  Did you in your investigation, did you determine

3   whether that other individual was -- that she claimed

4   threatened her as it relates to this incident -- whether

5   he was investigated at all?

6      **A.**  Are you referring to Tyson's brother?

7      **Q.**  Correct.

8      **A.**  Yes.  You're asking if I was aware if he was

9   investigated, or did I investigate him?

10     **Q.**  Well, first of all, did you conduct your own

11  separate investigation?

12     **A.**  I conducted an investigation insofar as that once I

13  determined he had nothing to do with this, that was it.

14     **Q.**  Right.  But did you personally interview Nicole

15  DeGree?

16     **A.**  No.

17     **Q.**  And she was the person that came forward, correct,

18  if you remember?

19     **A.**  She came to the Detroit Police Department.

20     **Q.**  And she relayed an incident that happened to her

21  within hours after this shooting that caused her to

22  believe that this individual was related to the shooting?

23     **A.**  That's correct.

24            **MR. MAGIDSON:**  I don't have anything further.

25            **THE COURT:**  Thank you, Mr. Magidson.


                 *15-20652; USA v. EUGENE FISHER, ET AL*

1           All right.  I don't think any of the others

2     indicated a need for cross examination at this juncture.

3     Is there redirect?

4                **MS. FINOCCHIARO:**  Yes, your Honor.

5                **THE COURT:**  Okay.

6

7                    **REDIRECT EXAMINATION**

8

9     BY MS. FINOCCHIARO:

10

11     **Q.**  Agent Ruiz, you just mentioned the name Tyson, that

12     he was excluded as being responsible for the May 8, 2015

13     homicide.  Explain to the jury how it was -- why he was

14     excluded.

15     **A.**  The early theory that Detroit homicide was working

16     with was that the four individuals in the car were

17     targeted in retaliation for a person by the name of Tyson

18     getting murdered.  Tyson was murdered, and his body was

19     placed under a porch and later found.  Tyson's brother

20     believed that Devonte Roberts, Dario Roberts, Jesse

21     Ritchie and Marquis Wicker all had something to do with

22     Tyson getting killed.  That operated in a theory led to

23     Nicole DeGree believing that after they were shot that --

24     **Q.**  Let's not get into too much hearsay.  What steps did

25     you take to look into the information that you received to

                *15-20652; USA v. EUGENE FISHER, ET AL*

1    determine that someone else was responsible?

2        **A.**   Well, we looked at the ballistics results of the

3    shell casings from the scene, we did cell phone analysis

4    for subjects in this investigation, and then we were able

5    to determine who was responsible.

6                **MS. FINOCCHIARO:**   One moment, your Honor.

7

8    **BY MS. FINOCCHIARO:**

9        **Q.**   The affirmative evidence that you described as to

10   who was responsible, did you do any more investigation

11   yourself into the Tyson and into that theory?

12       **A.**   Yes.

13       **Q.**   And what, if anything, did you find to exclude that

14   theory?

15       **A.**   Well, I interviewed all the victims, and Tyson was

16   their friend.   They all claimed to have nothing to do with

17   that with Tyson being murdered.   And in addition to that,

18   I talked with the Detroit homicide detectives that were

19   investigating that case.

20       **Q.**   We heard that there is ballistics evidence and cell

21   phone evidence and witness testimony linking defendants to

22   that homicide.   Was there any evidence that you had --

23               **MR. FEINBERG:**   Objection.  Defendants?  All

24   the defendants?  I think it is an overbroad statement by

25   the Assistant U.S. Attorney.

*15-20652; USA v. EUGENE FISHER, ET AL*

1          **THE COURT:**  Do you wish to rephrase the

2     question?

3          **MS. FINOCCHIARO:**  That members -- certain

4     members of SMB were responsible for the 5-18-15 homicide.

5     You just said that there was affirmative evidence that you

6     found?

7     **A.**  Correct.

8

9     BY MS. FINOCCHIARO:

10    **Q.**  Was there any affirmative evidence that you found

11    that the Tyson theory was linked to the homicide?

12    **A.**  I was not able to link any evidence to this homicide

13    supporting the Tyson theory.

14         **MS. FINOCCHIARO:**  Nothing further, your

15    Honor.

16         **THE COURT:**  Okay.  Thanks.  Let's take just

17    five minutes, and we'll resume.

18

19              (Witness excused.)

20

21         (Jurors excused at 9:46 a.m.)

22

23         **MS. FINOCCHIARO:**  We have a couple of issues

24    to discuss.

25         **MR. WECHSLER:**  Actually it is one issue,

*15-20652; USA v. EUGENE FISHER, ET AL*

1    Judge.

2           During the first trial towards the end of Mr.

3    Kennedy's testimony, Mr. Graveline brought out the fact

4    that --

5                  **MR. SPIELFOGEL:**  You know what?  Mr. Daly is

6    not here, and he's doing the cross.  Let me go find him.

7                  **THE COURT:**  We'll wait.

8                  **MR. SPIELFOGEL:**  Thank you, Judge.

9                  **MR. WECHSLER:**  I think they all went to the

10   bathroom.

11                 **THE COURT:**  Okay.  Make sure you're back in

12   four minutes.

13

14           (Recess taken at 9:49 a.m.)

15

16        (Proceedings held without jury at 9:52 a.m.)

17

18                 **THE COURT:**  Mr. Wechsler?

19                 **MR. WECHSLER:**  Your Honor, toward the end of

20   the Kennedy's testimony, Graveline brought out that he had

21   been arrested for domestic violence.  I looked through his

22   criminally history.  I don't know why Chris made that

23   choice, but I looked at his criminal history, and I don't

24   see any convictions for domestic violence.  So I'm not

25   going to ask about that, and I think the Court should

                    *15-20652; USA v. EUGENE FISHER, ET AL*

1    preclude them under 609, the defense attorneys from asking

2    about the conviction -- I'm sorry -- his arrest for

3    domestic violence because they are just arrests.  That's

4    the only thing I want to bring up at this time as a

5    pre-ruling.

6              THE COURT:  All right.  Any opposition to

7    that?  It seems pretty clear cut.

8              MR. DALY:  I think we may have some

9    opposition.  I'm not disputing what the government has

10   said.  The problem here is he's testified under oath --

11   that's the problem -- previously to this conviction.  So I

12   think because -- if the government -- if their position is

13   that he wasn't, but he testified to that, then it's

14   admissible for impeachment purposes.  It's not a question

15   of 609 anymore.

16             MR. WECHSLER:  He didn't testify to his

17   conviction.  He testified that he was arrested for it.  I

18   mean, I'm trying to find it in the transcript.  You

19   dispute that he didn't say that he was convicted of it?

20             MR. DALY:  I stand corrected.  You're saying

21   he was not arrested for it?

22             MR. WECHSLER:  No, no.  I agree that he was

23   arrested for it, but under 609, 609 clearly talks about

24   convictions as being meant to impeach.

25             So again, I don't know why Mr. Graveline brought

                    *15-20652; USA v. EUGENE FISHER, ET AL*

1    it up in the first place.  That's his own trial strategy,

2    but we are in the different setting now.

3            **MR. DALY:**  Agree.

4            **THE COURT:**  All right.

5            **MR. H. SCHARG:**  What name did he use?  Every

6    time he was arrested it appears that he gives a different

7    name, including his brother on occasion.  Did he give his

8    name or give another name?

9            **MR. WECHSLER:**  I think that's fair, but to

10   say that he was arrested for domestic violence and he gave

11   a different name is against 609 as well.  Why don't they

12   say when he was arrested, he gave a different name.

13           **MR. H. SCHARG:**  Pardon me?

14           **MR. WECHSLER:**  Why not just say, on a number

15   of occasions he was arrested and gave false names.

16           **THE COURT:**  Right.  Okay.

17           **MR. WECHSLER:**  Thank you.

18           **THE COURT:**  I think all the defendants

19   indicated an intention to abide by that.

20        Let's bring the jurors in.

21

22        (Proceedings with jury at 9:56 a.m.)

23

24           **THE COURT:**  You can take a seat.

25        Mr. Wechsler?

*15-20652; USA v. EUGENE FISHER, ET AL*

```
 1                    MR. WECHSLER:  Government calls Derrick
 2      Kennedy.
 3
 4                  D E R R I C K   K E N N E D Y
 5
 6      being first duly sworn by the Court to tell the truth, was
 7      examined and testified upon his oath as follows:
 8
 9                    THE COURT:  We will have you begin by stating
10      your name, and spelling your last name for with us.
11                    THE WITNESS:  Derrick Kennedy, K-e-n-n-e-d-y.
12                    THE COURT:  Thank you.  You may proceed.
13
14                        DIRECT EXAMINATION
15
16      BY MR. WECHSLER:
17
18         Q.  Good morning, Mr. Kennedy.
19         A.  Good morning, sir.
20                    THE COURT:  Did I administer the oath?
21                    MR. WECHSLER:  Yes.
22                    THE COURT:  I'm having a little debate with
23      myself.  Go ahead.
24
25      BY MR. WECHSLER:
```

1    **Q.**  Mr. Kennedy, where did you grow up in your youngest

2    years?

3    **A.**  Coram.

4    **Q.**  And before Coram, did spend time somewhere else?

5    **A.**  Six Mile and Dequindre, Highland Park.

6    **Q.**  Highland Park?

7    **A.**  Yes.

8    **Q.**  And then you said you were on Coram?

9    **A.**  Coram.  Yes, sir.

10   **Q.**  Coram Street?

11   **A.**  Yes, sir.

12   **Q.**  When did you move to Coram?  How old were you?

13   **A.**  Fourth grade.

14   **Q.**  Fourth grade.  Did you go do school there?

15   **A.**  Yes, sir.

16   **Q.**  What school did you go to?

17   **A.**  MacGregor, Burbank and Denby.

18   **Q.**  MacGregor Elementary?

19   **A.**  Yes.

20   **Q.**  Burbank Middle School?

21   **A.**  Yes, sir.

22   **Q.**  And Denby?

23   **A.**  Yes, sir.

24   **Q.**  Denby High School?

25   **A.**  Yes, sir.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q.**  Now did you complete high school?

2    **A.**  No, sir.

3    **Q.**  How much did you get through in high school?

4    **A.**  I got my GED.  I dropped out of high school in the

5    tenth grade.

6    **Q.**  Tenth grade?

7    **A.**  Yes.

8    **Q.**  How old were you roughly, if you remember?

9    **A.**  Fifteen, 16.

10   **Q.**  Fifteen, 16 years old?

11   **A.**  Yes.

12   **Q.**  What year that would have been?

13   **A.**  2003.

14   **Q.**  2003?

15   **A.**  Yes.

16   **Q.**  When were you born?

17   **A.**  Eighty-six.  1986.

18   **Q.**  Eighty-six?

19   **A.**  Yes, sir.

20   **Q.**  If I do the math, that gets you to about 2001 that

21   you dropped out?

22          **MR. H. SCHARG:**  Wait a second.  Objection to

23   the prosecutor testifying.

24          **MR. WECHSLER:**  He said he was 15 when he

25   dropped out, and he was born in 86.  So I ask to take

*15-20652; USA v. EUGENE FISHER, ET AL*

1    judicial notice that it was 20O1.

2        **A.**  It was 20O2 or O3.

3

4    **BY MR. WECHSLER:**

5        **Q.**  Okay.  When you dropped out, what did you do to make

6    money?

7        **A.**  Sold drugs.

8        **Q.**  Sold drugs.  What were you selling?

9        **A.**  Crack, weed.

10       **Q.**  Crack and weed?

11       **A.**  Yes, sir.

12       **Q.**  Where did you start doing that?

13       **A.**  Seward and Woodward.

14       **Q.**  Seward and Woodward?

15       **A.**  Yes.

16       **Q.**  What area of Detroit is that?

17       **A.**  New Center.

18       **Q.**  That was not around Coram though?

19       **A.**  No.

20       **Q.**  Why did you pick that area to sell drugs?

21       **A.**  I had -- the police knew me in my neighborhood.  I

22   had a bad reputation with the police.  I was on the run

23   from some juvenile cases.

24       **Q.**  Juvenile stuff.  What was that for?

25       **A.**  Fighting, fleeing and alluding.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q.**   So at that point when selling at Seward and

2    Woodward, were you living on Coram Street?

3    **A.**   My mother was.

4    **Q.**   Where were you living?

5    **A.**   Mostly on Seward and Woodward.  My clothes still be

6    at my mother's house.

7    **Q.**   So your clothes were at your mother's house, but you

8    were living at Seward and Woodward you say?

9    **A.**   Yes.

10   **Q.**   Who were you living with?

11   **A.**   My brother.

12   **Q.**   You and your brother, but your clothes were back on

13   Coram though?

14   **A.**   Yes.

15   **Q.**   And you would go back and forth to that area even

16   though you were living on Seward and Woodward?

17   **A.**   Yes, sir.

18   **Q.**   How often would you go back and forth?

19   **A.**   All the time.

20   **Q.**   Did you go to visit your mom?

21   **A.**   Yes, sir.

22   **Q.**   Did you go to get clothes from your mom's house?

23   **A.**   Yes.

24   **Q.**   And seeing some friends?  Did you go to see some

25   friends?

*15-20652; USA v. EUGENE FISHER, ET AL*

1      **A.**  Yes, sir.

2      **Q.**  Did you ever get in trouble for selling drugs at

3    Seward and Woodward?

4      **A.**  Yes, sir.

5      **Q.**  How old were you at the time, the first time you got

6    in trouble?

7      **A.**  First time I got in trouble for selling drugs was

8    not Seward and Woodward.

9      **Q.**  It was not?

10     **A.**  No.

11     **Q.**  Okay.

12     **A.**  In Warren, Michigan.

13     **Q.**  Warren, Michigan?

14     **A.**  Yes.

15     **Q.**  Were you still a juvenile at the time?

16     **A.**  I was 17.  I was absconded from probation, but they

17   charged me as an adult because I was 17.

18     **Q.**  Roughly what year was that you think?

19     **A.**  2004.

20     **Q.**  Did you serve any time for that?

21     **A.**  I went to SAI Boot Camp.

22     **Q.**  SAI Boot Camp?

23     **A.**  Yes.

24     **Q.**  What's that?

25     **A.**  It's an alternative of incarceration.  It's boot

*15-20652; USA v. EUGENE FISHER, ET AL*

1    camp instead of prison.

2        **Q.**  Like a military boot camp?

3        **A.**  Yes.

4        **Q.**  How long is that program?

5        **A.**  90 days.

6        **Q.**  Did you complete the program?

7        **A.**  Yes, sir.

8        **Q.**  So you dropped out high school in 2002 you said?

9        **A.**  Yes, sir.

10        **Q.**  And you start living with your brother selling drugs

11    at Seward and Woodward, and you went back to the

12    neighborhood, correct?

13        **A.**  Yes, sir.

14        **Q.**  Okay.  I want to show you some pictures, and I want

15    you to identify who the person is, and the nicknames, and

16    when you met them, okay?

17        **A.**  Yes, sir.

18        **Q.**  Put up 1A.  Who is that?

19        **A.**  Billy Arnold.

20        **Q.**  What does he go by?

21        **A.**  Killa, B-Man.

22        **Q.**  When did you meet him?

23        **A.**  I knew -- I met him in 2004-5.  I didn't associate

24    with him until 2013 when he came home from prison.

25        **Q.**  1B, who is that?

*15-20652; USA v. EUGENE FISHER, ET AL*

1     **A.**   Eugene Fisher.

2     **Q.**   What does he go by?

3     **A.**   Fes.

4     **Q.**   When did you meet him?

5     **A.**   When I was a kid.  I been knowing Fes since I was

6     13.

7     **Q.**   Back when you were in middle school?

8     **A.**   Yes, sir.

9     **Q.**   Okay.  And C.  Look at C.  Who's that?

10    **A.**   Corey.  Sonny.

11    **Q.**   Any other nickname?

12    **A.**   What?

13    **Q.**   Anymore nicknames?

14    **A.**   Sonny, Cocaine Sonny.

15    **Q.**   When did you meet him?

16    **A.**   About 2005 or 6.

17    **Q.**   Look at D.  Who is that?

18    **A.**   R.O.

19    **Q.**   Do you know his real name?

20    **A.**   No, sir.

21    **Q.**   Okay.  When did you meet R.O.?

22    **A.**   Around 2003 or 4.

23    **Q.**   Three or 4 you said?

24    **A.**   Yes.

25    **Q.**   Was that -- you met him in the neighborhood?

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **A.** Yes, sir.

2    **Q.** Okay.  Look at E.  Who is that?

3    **A.** Quincy.

4    **Q.** What does Quincy go by?

5    **A.** Dub.

6    **Q.** Dub.  Anything else?

7    **A.** Ace.

8    **Q.** Where did you meet him?

9    **A.** In the neighborhood about 2003-4.

10   **Q.** Look at F.  Who is that?

11   **A.** Jerome.

12   **Q.** Jerome?

13   **A.** Yes.

14   **Q.** What did he go by?

15   **A.** Dada.

16   **Q.** Where did you meet him?

17   **A.** About -- since I was a kid.  Maybe about fifth

18   grade.  Maybe around 13-14.

19   **Q.** Thirteen, 14?

20   **A.** Yes, sir.

21   **Q.** Look at G.  How about him?

22   **A.** Smoke.

23   **Q.** Do you know his real name?

24   **A.** No, sir.

25   **Q.** Is he related to anybody that we've seen?

*15-20652; USA v. EUGENE FISHER, ET AL*

1       **A.**   Sonny's brother.

2       **Q.**   Sonny's brother?

3       **A.**   Yes.

4       **Q.**   When did you meet him?

5       **A.**   2003-4.

6       **Q.**   And H.  Who's that?

7       **A.**   Ducky.

8       **Q.**   Do you know Ducky's real name?

9       **A.**   Devon.

10      **Q.**   Where did you meet him?

11      **A.**   I went to school.

12      **Q.**   Middle school?

13      **A.**   Middle school.  I've known Ducky since fourth grade.

14      **Q.**   And who's that?

15      **A.**   Brick.

16      **Q.**   Do you know Brick's real name?

17      **A.**   No, sir.

18      **Q.**   Where did you meet Brick?

19      **A.**   In the neighborhood about 2005 or 6.

20      **Q.**   And J.  Who's that?

21      **A.**   Grymee.

22      **Q.**   Any other nickname?

23      **A.**   Grymee-A.

24      **Q.**   Okay.  Do you know his real name?

25      **A.**   No.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q.**  When did you meet him?

2    **A.**  About 2005 or 6.

3    **Q.**  K.

4    **A.**  D-Nice.

5    **Q.**  Do you know his real name?

6    **A.**  No, sir.

7    **Q.**  When did you meet him?

8    **A.**  2005 or 6.

9    **Q.**  L.  Who's that?

10   **A.**  Wicked.

11   **Q.**  Wicked.  Do you know his real name?

12   **A.**  James.

13   **Q.**  James?

14   **A.**  Yes.

15   **Q.**  When did you meet him?

16   **A.**  I known Wicked since 12-13.

17   **Q.**  All right.  M.  Who's that?

18   **A.**  KP.

19   **Q.**  Do you know his real name?

20   **A.**  No, sir.

21   **Q.**  How long have you known KP?

22   **A.**  Since 2009-10.

23   **Q.**  How did you meet him?

24   **A.**  In the neighborhood.

25   **Q.**  Same neighborhood as you mentioned for the other

*15-20652; USA v. EUGENE FISHER, ET AL*

1    guys?

2    **A.**   Yes, sir.

3    **Q.**   Okay.  How about N.  Who's that?

4    **A.**   Rock.

5    **Q.**   Do you know his real name?

6    **A.**   Jeffaun.

7    **Q.**   Jeffaun?

8    **A.**   Yes.

9    **Q.**   Is he related to anybody else that you've seen?

10   **A.**   Brick's brother.

11   **Q.**   Brick's brother?

12   **A.**   Yes.

13   **Q.**   When did you meet him?

14   **A.**   Maybe about 2005 or 6.

15   **Q.**   O.  Who's that?

16   **A.**   Rayful.

17   **Q.**   Rayful?

18   **A.**   Yes.

19   **Q.**   Do you what his real name is?

20   **A.**   No, sir.

21   **Q.**   When did you meet him?

22   **A.**   2006.

23   **Q.**   P.  Who's that?

24   **A.**   Jason.

25   **Q.**   Any nickname?

1      **A.**   White Boy Jason.

2      **Q.**   Where did you meet him?

3      **A.**   I went to school, with him, like fifth or sixth

4      grade.

5      **Q.**   Q.  Who's that?

6      **A.**   That's Block.

7      **Q.**   Block.  Any other nicknames that you know?

8      **A.**   Ryder.

9      **Q.**   Okay.  When did you meet Ryder?

10     **A.**   Maybe about 2005 or 6.

11     **Q.**   Okay.  Do you know his real name?

12     **A.**   Devon.

13     **Q.**   V.  Who's that?

14     **A.**   Jig.

15     **Q.**   Do you know Jig's real name?

16     **A.**   I can't recall it.

17     **Q.**   Okay.  Where did you meet Jig?

18     **A.**   He stay around corner from me.  I know him since the

19     fourth, fifth grade.

20     **Q.**   He stayed around the corner from you?

21     **A.**   Yes.

22     **Q.**   How about W.  Who's that?

23     **A.**   That's Chino.

24     **Q.**   Chino?

25     **A.**   Yes.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q.**  Do you know his real name?

2    **A.**  No, sir.

3    **Q.**  Okay.  When did you meet Chino?

4    **A.**  Maybe about 2007 or 8.

5    **Q.**  Okay.  Look at 1X.  How about him?

6    **A.**  Gutta Bud.

7    **Q.**  Gutta Bud?

8    **A.**  Yes, sir.

9    **Q.**  How did you meet him?

10   **A.**  I never really met him.

11   **Q.**  Z.  Who is that?

12   **A.**  Twin.

13   **Q.**  One of the twins?

14   **A.**  Yes.

15   **Q.**  Do you know the twins' first name?

16   **A.**  Mike and Martez.

17   **Q.**  And what about 1AA?

18   **A.**  The other twin.

19   **Q.**  You can't tell who is who in the pictures?

20   **A.**  No, sir.

21   **Q.**  Do you have any nickname like these guys?

22   **A.**  Yes, sir.

23   **Q.**  What is your nicknames?

24   **A.**  Dip.

25   **Q.**  Dip?

*15-20652; USA v. EUGENE FISHER, ET AL*

1      **A.**  Dip.

2      **Q.**  Dip?

3      **A.**  Yes, sir.

4      **Q.**  What about another -- you were going to say

5      something?

6      **A.**  55 Gfield?

7      **Q.**  55 Gfield?

8      **A.**  Yes.

9      **Q.**  You have more than one, and it seems to some of

10     these guys that they have more than one.  Why would anyone

11     have more than one nickname, if you know?

12     **A.**  Just when you get a bad reputation of your name, you

13     change it so people won't know who you are, and like if

14     the police looking for you, you change your name.

15     **Q.**  So if you went by Dip for awhile, if the name Dip

16     became let's say associated with drug sales, why would you

17     start going by 55 Gfield?  Why would you start going by

18     that?

19     **A.**  Because that name may not be known by the police.

20     So if somebody asked for Dip, nobody will know who Dip is

21     because I change my name to 55 Gfield.

22     **Q.**  So it helps allude the police from investigating Dip

23     at that point?

24     **A.**  Yes, sir.

25     **Q.**  Have you heard the term Seven Mile Bloods?

*15-20652; USA v. EUGENE FISHER, ET AL*

 1     **A.**   Yes, sir.

 2     **Q.**   When did you first hear of that organization?

 3     **A.**   Maybe about sixth, seventh grade, eighth grade.

 4     **Q.**   And during the sixth, seventh, eighth grades, where

 5     were you living at that time?

 6     **A.**   On Coram.

 7     **Q.**   Coram and what?

 8     **A.**   Coram and Redmond.

 9     **Q.**   Coram and Redmond?

10     **A.**   Yes, sir.

11     **Q.**   Now Seven Mile Bloods, are they in an area that they

12     claim to be their own, a turf that they claim?

13     **A.**   Yes.

14     **Q.**   What's the name of that turf?

15     **A.**   The Red Zone.

16     **Q.**   What streets make up that Red Zone?

17     **A.**   Seven Mile to Eight Mile, Kelly to Gratiot.

18     **Q.**   Do you know where the Red Zone got its name from,

19     how it came about?

20     **A.**   Gangland.

21     **Q.**   Gangland?

22     **A.**   Gangland.

23     **Q.**   What's Gangland?

24     **A.**   TV show that gangs -- popular gangs are on TV.

25     **Q.**   On TV?

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **A.**  Yes, sir.

2    **Q.**  So do you know how the Red Zone became associated

3    with Seven Mile Bloods?  What was it about Gangland that

4    did that?

5    **A.**  The violence and stuff that happened in the area,

6    the shootings and stuff that occurred in that area.

7    **Q.**  Okay.  Were you ever associated with the Seven Mile

8    Bloods?

9    **A.**  Yes, sir.

10   **Q.**  How were you associated?  Did you call yourself a

11   Seven Mile Blood?

12   **A.**  No, sir.

13   **Q.**  What did you call yourself?

14   **A.**  55.

15   **Q.**  You called your 55, but you say that you were

16   associated with the Seven Mile Bloods.  How is 55 -- first

17   off, is that some sort of group, 55?

18   **A.**  Yes, sir.

19   **Q.**  How is the group 55 associated with the Seven Mile

20   Bloods?

21   **A.**  It's like when they have Gangland, nobody, like, you

22   know, SMB had a lot on their name.  So everybody just

23   switched it over to 55.

24   **Q.**  Let's break that down.  You said when SMB was on

25   Gangland, they had lot on their name.  What do you mean a

*15-20652; USA v. EUGENE FISHER, ET AL*

1    lot on their name?

2        **A.**   A lot like violence, drugs, just sort of a

3    reputation.

4        **Q.**   So they -- someone started going by 55?

5        **A.**   Yes, sir.

6        **Q.**   Is that sort of what we heard about the nicknames?

7    One nickname has a bad reputation or police are looking

8    for it, you switch to another one?

9        **A.**   Yes, sir.

10       **Q.**   Do those who still call themselves SMB, do they act

11   any different than those who decided to call themselves

12   55, if you know?

13       **A.**   I don't understand the question.

14       **Q.**   Someone who decides, you know what?  I don't care

15   about Gangland.  I will call myself Seven Mile Blood, do

16   they act any differently than those who said I will call

17   myself 55?  For example, you never called yourself Seven

18   Mile Blood?

19       **A.**   No, sir.

20       **Q.**   Why would that be?

21       **A.**   Because it was hot.

22       **Q.**   It was hot?

23       **A.**   Yeah.

24       **Q.**   What do you mean it was hot?

25       **A.**   Had a bad reputation.  It was just already -- it was

*15-20652; USA v. EUGENE FISHER, ET AL*

1    just, like the stuff was doing was already hot.  So we

2    don't need anymore hot stuff on the name.

3        **Q.**  Let me ask you about some people based upon your

4    experience of living in that area, and your experience

5    with 55, whether you know if they were a member of SMB or

6    associated with the Seven Mile Bloods like you were?

7        **A.**  Okay.

8        **Q.**  Do you know someone who is named P.T.?

9        **A.**  Yes.

10        **Q.**  P.T.?

11        **A.**  Yes, sir.

12        **Q.**  Do you know P.T.'s real name?

13        **A.**  I can't recall it.

14        **Q.**  Okay.  Is he associated with the Seven Mile Bloods?

15        **A.**  Yes, sir.

16        **Q.**  Okay.  What about Quincy who you called I think 55

17    you called him or Dub?

18        **A.**  Yes, sir.

19        **Q.**  Is he associated with SMB?

20        **A.**  Yes, sir.

21        **Q.**  Sosa, Ducky, Devon?

22        **A.**  Yes, sir.

23        **Q.**  Smoke?

24        **A.**  Yes, sir.

25        **Q.**  Do you know the name Jonathan Murphy or Bleek?

*15-20652; USA v. EUGENE FISHER, ET AL*

 1       **A.**   Yes, sir.

 2       **Q.**   Is Bleek associated with Seven Mile Bloods?

 3       **A.**   Yes, sir.

 4       **Q.**   What about Block or Ryder?

 5       **A.**   Yes, sir.

 6       **Q.**   B-Man, Billy Arnold?

 7       **A.**   Yes, sir.

 8       **Q.**   What about Sonny, Corey Bailey?

 9       **A.**   Yes, sir.

10       **Q.**   Robert Brown, R.O.?

11       **A.**   Yes.

12       **Q.**   Jerome Gooch?

13       **A.**   Yes.

14       **Q.**   What about Jeffrey Adams, Product?

15       **A.**   Yes, sir.

16       **Q.**   What about Grymee?

17       **A.**   Yes, sir.

18       **Q.**   I think you mentioned D-Nice.  Is he associated with

19   Seven Mile Bloods?

20       **A.**   Yes, sir.

21       **Q.**   Rock?

22       **A.**   Yes, sir.

23       **Q.**   Rayful?

24       **A.**   Yes, sir.

25       **Q.**   White Boy?

                *15-20652; USA v. EUGENE FISHER, ET AL*

1      **A.**   Yes, sir.

2      **Q.**   What about Chino?

3      **A.**   Yes, sir.

4      **Q.**   You want to take a second?

5      **A.**   That's all right.

6      **Q.**   What about Jig?

7      **A.**   Yes, sir.

8      **Q.**   What about Fes?

9      **A.**   Yes, sir.

10     **Q.**   James Robinson, Wicked?

11     **A.**   Yes, sir.

12     **Q.**   I want to ask you about Fisher, Fes and Wick.  Were

13     they a part of a different -- or rather a precursor of

14     something before SMB?

15     **A.**   Yes, sir.

16     **Q.**   What name did they claim?  What did they go by?

17     **A.**   R.C.

18     **Q.**   What does R.C. stand for?

19     **A.**   Ruthless Clan.

20     **Q.**   Ruthless Clan?

21     **A.**   Yes, sir.

22     **Q.**   How did Ruthless Clan -- let me ask you this.  What

23     was Ruthless Clan?

24     **A.**   Blood.

25     **Q.**   They were Blood?

*15-20652; USA v. EUGENE FISHER, ET AL*

1       **A.**  Yes, sir.

2       **Q.**  Do you know whether they came about before Seven

3   Mile Bloods?

4       **A.**  Yes, sir, before.

5       **Q.**  But you said Fes and Wick were SMB's as well?

6       **A.**  I never said that they were SMB's.

7       **Q.**  I just read the name --

8       **A.**  Associated.

9       **Q.**  They were associated with the SMB's?

10       **A.**  Yes.

11       **Q.**  So they were Ruthless Clan, but associated with the

12   Seven Mile Bloods?

13       **A.**  Yes, sir.

14       **Q.**  Is there a younger group of individuals that is

15   associated with the Seven Mile Bloods?

16       **A.**  Say that one more time.

17       **Q.**  Was there a younger group --

18       **A.**  Hobsquad.

19       **Q.**  Do you know how Hobsquad got its name?

20       **A.**  From Hob.

21       **Q.**  Hob.  Is Hob an individual?

22       **A.**  Ihab Maslamani.

23       **Q.**  What happened to Ihab Maslamani?

24       **A.**  He carjacked, he robbed banks, carjacked a kid and

25   killed him and left him in a vacant house.

*15-20652; USA v. EUGENE FISHER, ET AL*

1   **Q.**  Did Hobsquad call themselves that to honor Ihab?

2   **A.**  Yes, sir.

3   **Q.**  Who were the leaders of Seven Mile Bloods, if you

4   had to pick them out?

5   **A.**  Say that again.

6   **Q.**  Who were the leaders?  Who were the most respected

7   Seven Mile Bloods?

8           **MR. FEINBERG:**  Objection.  I believe that is

9   two different questions, your Honor.

10          **MR. WECHSLER:**  Okay.  Are there individuals

11  who were considered leaders of the Seven Mile Bloods?

12  **A.**  Nobody just personally said that they were the

13  leader.

14

15  **BY MR. WECHSLER:**

16  **Q.**  Were there any individuals who they may not have

17  said they were the leader, but assumed that role?

18  **A.**  Yes, sir.

19  **Q.**  Who would they be?

20  **A.**  B-Man.

21  **Q.**  Who else?  Anybody else?

22  **A.**  Block.

23          **MR. FEINBERG:**  Objection.  Leading question.

24          **MR. WECHSLER:**  I can go through all 20.

25          **MR. FEINBERG:**  No, he can't.  He just

*15-20652; USA v. EUGENE FISHER, ET AL*

1   asked -- he asked, who were the leaders?  Now he's making

2   a suggestion to the witness.  The witness on his own can

3   answer the question without being prompted by the

4   prosecutor giving him names.

5           MR. S. SCHARG:  I concur with Mr.  Feinberg.

6   I believe he's suggesting there are other people who could

7   be a leader.  He mentioned one, B-Man.

8

9   BY MR. WECHSLER:

10      Q.  Were you finished naming all the leaders of SMB?

11      A.  No.

12      Q.  Who else was a leader of SMB besides B-Man?

13      A.  Nobody.  I would consider Block because he was a

14   good person.

15      Q.  You said you would consider Block because he was a

16   good person?

17      A.  Yes.

18      Q.  How did -- so you considered Block to be a leader.

19   To your knowledge did other members of SMB consider him to

20   be a leader?

21           MR. S. SCHARG:  Objection.  That's calls for

22   speculation.  How does he know what other people are

23   thinking?

24           THE COURT:  Overrule the objection.

25           MR. WECHSLER:  To your knowledge, based upon

*15-20652; USA v. EUGENE FISHER, ET AL*

1     your being a member of 55, do you know whether other

2     members or associates of SMB looked at Block as a leader

3     as well?

4         **A.**  Yes, sir.

5

6  **BY MR. WECHSLER:**

7         **Q.**  Let's talk about Keithon Porter.  Was he -- you said

8     that he was associated with Seven Mile Bloods, correct?

9         **A.**  Yes, sir.

10        **Q.**  Okay.  Was he actually a Seven Mile Blood?

11        **A.**  No, sir.

12        **Q.**  So how did you get to know KP?

13        **A.**  He always come over and we smoke, get high, hang out

14    a lot.

15        **Q.**  You said he always came over?

16        **A.**  Yes.

17        **Q.**  Did he -- first off, where did he come to?

18        **A.**  We had a spot on Manning.  We had a weed spot.

19        **Q.**  You said we had a weed spot.  Who had that weed

20    spot?

21        **A.**  Just like everybody's spot.  It's just a chill

22    house.

23        **Q.**  You said everybody's spot.  Is this an SMB house?

24        **A.**  Not necessarily.  It's just people from the

25    neighborhood.  I wouldn't say it was an SMB house.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q.**  Okay.  When he came over -- first off, did he live

2    in your neighborhood?  Did he live in the Red Zone?

3    **A.**  No, sir.

4    **Q.**  He lived outside the Red Zone, but he came into your

5    area?

6    **A.**  Yes.

7    **Q.**  And when he use to hang out at this house, who would

8    be there?  Were you there?

9    **A.**  Yes.

10   **Q.**  Who would be there along with you and KP?

11   **A.**  Me, KP, Quincy, Block, few of us.

12   **Q.**  Anybody else besides you, KP, Quincy or Block?  Any

13   other SMB or associates?

14   **A.**  Wick, Grymee.  It was just a house where everybody

15   came.  Everybody would be there really.

16   **Q.**  How often would he be there?

17   **A.**  I wouldn't say everyday, but he come over all the

18   time.

19   **Q.**  Maybe once a week?

20   **A.**  Maybe.  Maybe once every other day.  At least 2-3

21   times a week.

22   **Q.**  At least 2-3 times a week he would be in the house

23   with Block, Quincy, you, Grymee and others?

24   **A.**  Yes, sir.

25   **Q.**  Do you know whether or not he was associated with

*15-20652; USA v. EUGENE FISHER, ET AL*

```
 1    any gang in his own neighborhood?

 2        A.  No, sir.

 3        Q.  Did you ever hear of the gang NBA?

 4        A.  Yes, sir.

 5        Q.  Do you have any knowledge whether KP had any issues

 6    with NBA?

 7        A.  Yes, sir.

 8        Q.  What's that?  What kind of knowledge do you have

 9    about that?

10        A.  They was beefing.

11        Q.  KP and NBA were beefing?

12        A.  Yes.

13        Q.  Do you know if NBA was in the same neighborhood

14    where KP lived?

15        A.  Yes, they was from the same neighborhood.

16        Q.  So NBA and KP were in the same neighborhood, and

17    they had a beef?

18        A.  Yes.

19        Q.  And he would hang out with you guys at that house?

20        A.  Yes, sir.

21        Q.  So let's talk about the years, say 2002 to O4, okay?

22        A.  Okay.

23        Q.  So about 2002, you dropped out of the high school,

24    and then 2004 I think you were arrested?

25        A.  Yes, sir.
```

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q.**  Okay.  You were still going back and forth to Coram

2    Street?

3    **A.**  Yes.

4    **Q.**  Even though you were living with your brother?

5    **A.**  Yes, sir.

6    **Q.**  Okay.  So when going back to Coram Street, did you

7    ever see anybody selling drugs between 2002 and 2004?

8    **A.**  Yes, sir.

9    **Q.**  So who, if anyone, was selling drugs on Coram Street

10   that you saw between 2002, around that area to 2004,

11   before you were arrested?

12   **A.**  I wouldn't say nobody was selling drugs on Coram

13   Street, but in the neighborhood.  Wick sold drugs down the

14   street on Coram.

15   **Q.**  Let's expand a little bit.  How about the Red Zone

16   in general?

17   **A.**  Yes.

18   **Q.**  Who is selling drugs in Red Zone between 2002 and

19   2004?

20   **A.**  Fes, P.T., Quincy, Ducky, Drey.

21   **Q.**  Drey you said?

22   **A.**  Yes.

23   **Q.**  Drey is SMB?

24   **A.**  Yes, sir.

25   **Q.**  Okay.  Who else?  Anybody else?  I know it's been a

*15-20652; USA v. EUGENE FISHER, ET AL*

1      long time.  Anybody else that you remember?

2      **A.**  Weez.

3      **Q.**  Weez is SMB?

4      **A.**  Affiliated, yes, sir.

5      **Q.**  He was associated with the SMB?

6      **A.**  Yes.

7      **Q.**  Who else?

8      **A.**  Bleek.

9      **Q.**  That's Jonathan Murphy you said?

10     **A.**  I don't know his real name.  I know him by Bleek.

11     **Q.**  Anybody else?

12     **A.**  That's all I can recall right now.  Smoke, a bunch

13     of us.

14     **Q.**  What were these guys selling?

15     **A.**  Mostly like crack and weed.

16     **Q.**  These were all drug sales within the Red Zone?

17     **A.**  Yes, sir.

18     **Q.**  Did you ever start selling in the Red Zone?

19     **A.**  Yes, sir.

20     **Q.**  When was that?

21     **A.**  2007-8.

22     **Q.**  Why do you remember so well that it was 2007 or 8?

23     **A.**  Because I got shot.

24     **Q.**  You got shot?

25     **A.**  Yes, sir.

*15-20652; USA v. EUGENE FISHER, ET AL*

1       **Q.**  Do you know why you were shot?

2       **A.**  I was in an altercation.  I was -- my brother was

3   fighting.  Somebody -- when I got over there, they want

4   fight.  So they pulled a gun.

5       **Q.**  And you were shot at the altercation?

6       **A.**  Yes, sir.

7       **Q.**  So you said that you started selling in the Red

8   Zone.  How did you end up back in the Red Zone?

9       **A.**  I was healing.

10      **Q.**  You were healing?

11      **A.**  Yes, my arm was broke.

12      **Q.**  How old were you?

13      **A.**  Twenty, going on 21.

14      **Q.**  Where were you healing?

15      **A.**  My mother's house.

16      **Q.**  So between 2002 when you dropped out high school and

17  when you were shot, were you selling drugs the whole time?

18      **A.**  Yes, sir.

19      **Q.**  Then while you were recuperating, you were in the

20  Red Zone, and you started selling drugs?

21      **A.**  In the Red Zone?

22      **Q.**  Yes?

23      **A.**  Yes, sir.

24      **Q.**  What were you selling?

25      **A.**  Crack.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q.**  Was there a particular area in the Red Zone that you

2    were selling?

3    **A.**  No, sir.

4    **Q.**  Just all over?

5    **A.**  Yes, sir, mostly over phone, meet people at the gas

6    station, stores on the corner.

7    **Q.**  Did you ever have anybody meet you at your mom's

8    house?

9    **A.**  Yes, sir.

10   **Q.**  Would people have known that they could buy drugs

11   out of your mom's house?

12   **A.**  No.

13   **Q.**  Why was that?

14   **A.**  That was my mother's house.  I would never say that

15   I ever did nothing out of my mother's house, but it was

16   people that I knew.  It was just no crackheads.  It was

17   not open door for just anybody can walk up there and knock

18   and get some drugs, no, sir.  I'm not going to say I

19   didn't sell out of her house before.

20   **Q.**  The people that you sold to, they were not

21   crackheads.  It was people that you knew?

22   **A.**  People that I knew personally.

23   **Q.**  How many years did you sell in the Red Zone, do you

24   think?

25   **A.**  Maybe one.  Maybe two.

1    **Q.**  Let me ask you this, at some point did you start

2    selling drugs -- actually, let me step back a little bit.

3              Was it 2007-2009, the one or two years that you

4    were selling in the Red Zone?

5    **A.**  Yes, sir.

6    **Q.**  Did it go later that you were selling there?

7    **A.**  Probably went to 2010-11.  Probably when I first got

8    shot, I was healing.  So I just didn't run right over

9    there and start selling dope.  Maybe from the end of 2007

10   to beginning of 2010.

11   **Q.**  You were selling in the Red Zone?

12   **A.**  Yes, sir.

13   **Q.**  And the people that you indicated before that were

14   selling at the earlier date, were they still selling in

15   the Red Zone?

16   **A.**  Yes.

17   **Q.**  Any new people that were selling there after you

18   were shot, and you were living in the Red Zone?  Any new

19   people?

20   **A.**  Basically the same people.

21   **Q.**  Nobody else started selling as well?

22   **A.**  No, sir.

23   **Q.**  So during those years that you were selling in the

24   Red Zone, did it look like there were certain individuals

25   that were doing a better job, better sellers than others?

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **A.**  Yes.

2    **Q.**  How do you know they were better sellers?

3    **A.**  They had more money, newer cars, the way they

4    dressed, carried themselves.

5    **Q.**  Were you one of those people?

6    **A.**  Yes, sir.

7    **Q.**  Besides you, who else was doing well at that time

8    selling drugs?

9    **A.**  Everybody.  Almost everybody.

10   **Q.**  Everybody.  The same people that we talked about

11   before?

12   **A.**  Just yeah, everybody.  It was everybody.

13   **Q.**  You say everybody.  Was that all SMB and associates

14   or other people?

15   **A.**  It wasn't just them.  The people we knew in the

16   neighborhood.  It was -- if you can ask me the question

17   again.

18   **Q.**  So the people that were -- you said everybody was

19   doing well?

20   **A.**  Oh, no.

21   **Q.**  Everybody.  Who's everybody?  Was it SMB or

22   associates or other people?

23   **A.**  Everybody was doing -- Dub was doing -- Dub, Fes,

24   P.T., Weez, Ducky, D-Nice.  Those are like the people that

25   were doing the most in the neighborhood.

78

1    **Q.**  Okay.

2    **A.**  At that time.

3    **Q.**  Do you know if these guys that you mentioned ever

4    have real jobs, legitimate jobs?

5    **A.**  No, sir, I don't know.

6    **Q.**  You don't know?

7    **A.**  They didn't.

8    **Q.**  They didn't have jobs?

9    **A.**  No, sir.

10   **Q.**  Those individuals, were they only selling in Detroit

11   or did they go somewhere else?

12   **A.**  Some in Detroit, but a lot of them went out of town.

13   **Q.**  When you say "out of town", where did they go?

14   **A.**  West Virginia.

15   **Q.**  So some of the individuals started going to West

16   Virginia to sell drugs?

17   **A.**  Yes, sir.

18   **Q.**  Who went down there?

19   **A.**  P.T., Ducky, Baby-O.

20   **Q.**  Who is Baby-O?

21   **A.**  Christopher Owens.

22   **Q.**  Was he SMB or an associate?

23   **A.**  Yes.

24   **Q.**  Who else?

25   **A.**  R.O., Grymee, D-Nice.

*15-20652; USA v. EUGENE FISHER, ET AL*

1      **Q.**   Anybody else?

2      **A.**   That's it.

3      **Q.**   So when did this new adventure in West Virginia

4    begin?  Do you know?

5      **A.**   Probably about 2008, 2009.

6      **Q.**   Was this while you were still selling in the Red

7    Zone?

8      **A.**   Yes, sir.

9      **Q.**   How often did these guys go down to West Virginia,

10   if you know?  Were they going once a week, once a month?

11   How often would they go down?

12     **A.**   Once a week.

13     **Q.**   And they were going down with drugs each time?

14     **A.**   Yes, sir, or pick up money.

15     **Q.**   Or pick up money?

16     **A.**   Yes.

17     **Q.**   What kind of drugs were they bringing down?

18     **A.**   Pills, weed.

19     **Q.**   Do you know what kind of pills?

20     **A.**   Oxycodone.

21     **Q.**   Did they go by a nickname?

22     **A.**   At that time it wasn't -- it was 80's.  Oxycodone

23   80's.

24     **Q.**   They didn't have a nickname that they were called on

25   the street?

*15-20652; USA v. EUGENE FISHER, ET AL*

1      **A.**  Oxies.

2      **Q.**  Oxies?

3      **A.**  Uh-huh.

4      **Q.**  Did you ever begin selling drugs in West Virginia?

5      **A.**  Yes.

6      **Q.**  When was that?

7      **A.**  2012.

8      **Q.**  2012?

9      **A.**  Yes, sir.

10     **Q.**  So what were you doing?  You said that you were

11     selling drugs 2008, 2009, 2010 in the Red Zone.  What did

12     you do for two years up to 2012?

13     **A.**  I was going to Virginia.  I got locked up in Port --

14     I was starting to go to West Virginia when I was out on

15     bond for a Port Huron case, a dope case in Port Huron in

16     2010.

17     **Q.**  Okay.  And you said you started going to where?

18     **A.**  Virginia.  I was going to Virginia before West

19     Virginia.

20     **Q.**  What you were doing in Virginia?

21     **A.**  Selling pills.

22     **Q.**  Why Virginia?

23     **A.**  Because I had family there.

24     **Q.**  And at some point you said that you starting going

25     to West Virginia?

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **A.**  Yes.

2    **Q.**  Why were you going to West Virginia?

3    **A.**  I did 10 months -- well, I did seven and a half

4    months, eight months in St. Clair County, and when I came

5    home,, they started selling heroin in Virginia.  I didn't

6    want to sell heroin.

7    **Q.**  Why didn't you want to sell heroin?

8    **A.**  People die off of heroin.  You know, that's the

9    commonwealth state.  Virginia was a commonwealth state.

10   They catch you selling heroin, and if anybody overdose for

11   that, you're going to jail for life.

12   **Q.**  So to your knowledge, Virginia had it that if you

13   sold heroin that caused somebody to die from an overdose,

14   you're charged with a crime that leads to life in prison?

15   **A.**  Yes, sir.

16   **Q.**  You didn't want to be a part of that?

17   **A.**  No.

18   **Q.**  You started going to West Virginia.  What were you

19   selling in West Virginia?

20   **A.**  Oxycodone.  The 8O's was gone.  We started selling

21   blues, 30 milligrams.

22   **Q.**  Blues are 30 milligrams?

23   **A.**  Yes.

24   **Q.**  Oxycodone?

25   **A.**  Yes, sir.

*15-20652; USA v. EUGENE FISHER, ET AL*

1      **Q.**  Now let's talk about the first couple of times that

2      you first start selling in West Virginia.  How did you get

3      your pills to West Virginia?

4      **A.**  I drove them.

5      **Q.**  How did you go about getting them?

6      **A.**  I bought them in the city.

7      **Q.**  Which city are we talking about?

8      **A.**  Detroit.

9      **Q.**  And how would go about buying them?  Who did you buy

10     them from?

11     **A.**  From different people.  Nobody is just going to have

12     two, three, 400 pills.  They come in groups of 90's, 60's

13     or 120's.  So you have to piece them together.  So it

14     would be different people.

15     **Q.**  So somebody is selling 60 pills, you buy from them.

16     Somebody else is selling 50, you buy from them?

17     **A.**  Yes.

18     **Q.**  You piece that together for three, 400 pills?

19     **A.**  Yes.

20     **Q.**  And you took them to West Virginia?

21     **A.**  Yes.

22     **Q.**  The first couple of times you went to West Virginia,

23     how did you go about selling them?

24     **A.**  I dealt with a guy named Moe the first 2-3 times.

25     After that I stop answering the phone.  So I got with

*15-20652; USA v. EUGENE FISHER, ET AL*

1    Dada.

2        **Q.**   You got with Dada?

3        **A.**   Yes.

4        **Q.**   Is that Gooch?

5        **A.**   Yes.

6        **Q.**   Dada, was he already down there at that point?   Was

7    he living down there?

8        **A.**   Yes.

9        **Q.**   And why did you go to Dada?

10       **A.**   I know he knew how to get rid of them.

11       **Q.**   He knew how to get rid of them?

12       **A.**   Yes, sir.

13       **Q.**   What did he do with them?

14       **A.**   He sold them.

15       **Q.**   He sold them himself?

16       **A.**   Yes.

17       **Q.**   Did you just give him the pills and said, sell these

18   for me, please?

19        **A.**   The first time when I went down there, I called him,

20   and he was in the city.   He was in Detroit.   He thought

21   that I was in Detroit, and wanted to go out or something.

22   I told him, no, I'm in the other city.   I was in West

23   Virginia.   He said I be there in the morning, and when he

24   came in the morning, his car broke down in Ohio.   So when

25   he came, I told him he could take my car, take the pills,

*15-20652; USA v. EUGENE FISHER, ET AL*

1   and I sit in the room until he done, and he told me that

2   he would be done in a couple of days.

3      **Q.**  So you were down in West Virginia.  Gooch comes back

4   down to West Virginia?

5      **A.**  Yes, sir.

6      **Q.**  And he took the pills from you?

7      **A.**  Yes.

8      **Q.**  And he sold them?

9      **A.**  Yes.

10     **Q.**  Do you know who he sold them to at that point?

11     **A.**  No, sir.

12     **Q.**  Did you ever give him money for doing this?

13     **A.**  He didn't ask for no money, but I gave him money for

14  doing it.

15     **Q.**  He didn't ask for money for selling the pills?

16     **A.**  No.

17     **Q.**  But you gave him money?

18     **A.**  Yes.

19     **Q.**  How much did you give him?

20     **A.**  A dollar or two off each pill.

21     **Q.**  How much was each pill selling for?

22     **A.**  At that time it was 26 or 28.

23     **Q.**  So -- I'm not even going to attempt the math -- but

24  you're selling about 400 pills down there, and you're

25  making $25 a pill?

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **A.**  Yes, sir.

2    **Q.**  How much money you are making during these early

3    trips that you were having Gooch sell?

4    **A.**  Probably three, 4,000 a trip.

5    **Q.**  Three, 4,000 a trip?

6    **A.**  Yes.

7    **Q.**  How many times did you and Gooch have this

8    arrangement where he would take the pills and sell your

9    pills?

10   **A.**  We did that for like the first two times, two or

11   three times.

12   **Q.**  Okay.

13   **A.**  Then we had an arrangement where I just bring the

14   pills, and he would sell them.

15   **Q.**  We'll get to that in a second.  But where did you

16   stay when you went down to West Virginia from Detroit?

17   **A.**  In a hotel at first.  In a hotel.

18   **Q.**  Was it a hotel for each one of the times for these

19   transactions that we are talking about here where you give

20   him a dollar or two for a pill?

21   **A.**  Yes.

22   **Q.**  Did there come a point in time where this

23   arrangement changed at all?

24   **A.**  Yes.

25   **Q.**  So how did this change?

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **A.**  After the second time, I told him -- he get the

2    pills, I told him I put the pills together and bring them

3    there, and he would sell them.

4    **Q.**  So you would put the pills together, bring them down

5    there, and he would sell them?

6    **A.**  Yes, sir.

7    **Q.**  Were they just your pills or were they yours and his

8    pills?

9    **A.**  Both our pills.  The agreement was I get his pills

10   and my pills there.  That way he would not have to go

11   nowhere, and when I get them there, he would take the car

12   and sell them.

13   **Q.**  He would be down in West Virginia.  Would you take

14   the money from -- would you pool your money together?

15   **A.**  Yes, sir.

16   **Q.**  So you pooled your money together and came back to

17   Detroit?

18   **A.**  Yes, sir.

19   **Q.**  And you went about getting the pills that you were

20   going to sell through the same thing that we talked about,

21   60 from one guy, 70 from another?

22   **A.**  Yes, sir.

23   **Q.**  Okay.  And then you would drive the pills back down

24   to West Virginia?

25   **A.**  Yes, sir.

*15-20652; USA v. EUGENE FISHER, ET AL*

1     **Q.**  Would you drive yourself?

2     **A.**  No, sir.

3     **Q.**  So how did you get down there?

4     **A.**  I had different people drive them because I didn't

5   have a license.

6     **Q.**  Different people would drive them down there?

7     **A.**  Yes.

8     **Q.**  What year do you think it was, this arrangement that

9   you had with Gooch?

10    **A.**  September, end of September 2012.

11    **Q.**  End of September 2012?

12    **A.**  Yes, sir.

13    **Q.**  Why does that stand out in your mind?

14    **A.**  I remember.

15    **Q.**  Okay.  So you bring the pills down to West Virginia

16   to give them to Gooch?

17    **A.**  Yes, sir.

18    **Q.**  You do your thing?

19    **A.**  Yes, sir.

20    **Q.**  And then he would take that money.  Would you guys

21   split that money evenly?

22    **A.**  He get his money for the pills, and I get my pills

23   for mine.  We didn't split nothing.  Like, whatever he

24   bought, he got his, I got mine.

25    **Q.**  So it was like a division of laborer.  You would buy

*15-20652; USA v. EUGENE FISHER, ET AL*

1    the pills up here or get the pills, he would get the

2    pills, and he would be selling down there?

3        A.   Yes, it was a team effort.

4        Q.   Okay.  When you're doing that, you're in this team

5    effort, would you stay at his house or where would you

6    stay?

7        A.   Sometimes I stay at his house because I was kind of

8    tired of being shacked up in the room.  Sometimes I sit in

9    the room.  Most of time it was his house.

10       Q.   You say you got tired of shacked up in the room?

11       A.   Yea, sitting in the room all day.

12       Q.   Hotel room?

13       A.   Yes, sir.

14       Q.   You got bored?

15       A.   Yes, sir.

16       Q.   Did you eventually get your own place down there?

17       A.   Yes, sir.

18       Q.   When was that?

19       A.   March 2013.

20       Q.   Okay.  So Gooch has a place, and you have your own

21   place down there?

22       A.   Yes, sir.

23       Q.   Did you ever see -- first, let's talk about Gooch's

24   place.  Did  you ever see SMB or their associates at

25   Gooch's place?

*15-20652; USA v. EUGENE FISHER, ET AL*

1      **A.**  Yes, sir.

2      **Q.**  Who would see at Gooch's place?

3      **A.**  D-Nice, Quincy, Block, Poppa.  That's really it.

4      **Q.**  Okay.  What about your own place?  Did ever have

5      anyone stay with you?

6      **A.**  Yes, sir.

7      **Q.**  Who would stay with you?

8      **A.**  The same people.  B-Man been over my house before.

9      **Q.**  B-Man had been to your house before?

10     **A.**  Yes.

11     **Q.**  Why were they coming down?

12     **A.**  To sell pills too.

13     **Q.**  Were they selling their own pills?

14     **A.**  Yes, sir.

15     **Q.**  How long would they stay down there for?

16     **A.**  Until the pills was gone.  Sometimes it could be 2-3

17     days.  Sometimes it could be a week.  Sometimes it could

18     be two weeks.  It depends.

19     **Q.**  Did you ever help them sell their pills?

20     **A.**  Yes, sir.

21     **Q.**  And how would you go about helping them selling

22     their pills?

23     **A.**  If I get a good sell, I grab a few of theirs and

24     help them get them going.

25     **Q.**  I'm sorry?

*15-20652; USA v. EUGENE FISHER, ET AL*

1      **A.**   If I get a good sell for a good amount, I grab a few

2    of theirs to help them get them off.

3      **Q.**   So if you have buyers for your own pills, you would

4    grab their pills and add them to what you were selling?

5      **A.**   Yes.

6      **Q.**   They really didn't have to do any work.  You would

7    take care of the drug sales?

8      **A.**   No, they did their own work too, but just to help up

9    speed the process.

10      **Q.**   You helped sell their pills as well?

11      **A.**   Yes, sir.

12      **Q.**   But they would also sell their pills in addition to

13    what you were selling for them?

14      **A.**   Yes, sir.

15      **Q.**   Now when you got your own house down there, was it

16    an apartment or house?

17      **A.**   House.

18      **Q.**   You got your own house, I think you mentioned when

19    was this?

20      **A.**   March 2013.

21      **Q.**   Okay.  March 2013.  Did the arrangement that you had

22    with Gooch where you guys sort of divided this labor, did

23    that change at all?

24      **A.**   Yes, sir.

25      **Q.**   When did it change?

*15-20652; USA v. EUGENE FISHER, ET AL*

1     **A.**  Middle or end of April, beginning of May.

2     **Q.**  Why did it change?

3     **A.**  Everybody started getting greedy.

4     **Q.**  What do you mean?

5     **A.**  They cut me out.

6     **Q.**  Who cut you out?

7     **A.**  Quincy, Jerome.

8     **Q.**  Quincy and Jerome?

9     **A.**  Yes.

10    **Q.**  Was Quincy down there the same amount as Gooch at

11    that point?

12    **A.**  Yes.

13    **Q.**  What he was, Quincy, doing there?

14    **A.**  Selling pills.

15    **Q.**  He was selling pills?

16    **A.**  Yes.

17    **Q.**  Where was Quincy staying?

18    **A.**  At Jerome's house.

19    **Q.**  At Jerome's house?

20    **A.**  Yes.

21    **Q.**  How often would he be at Jerome's house?  Was he

22    living there?

23    **A.**  Yes.

24    **Q.**  He was living there?

25    **A.**  Yes.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q.** Now you said that they started getting greedy.  How
2    were they greedy?

3    **A.** Just basically -- just, like, they had no more room
4    to help me.

5    **Q.** What do you mean?  Explain that a little bit.

6    **A.** They didn't want to help me no more.  It wasn't --
7    they just felt like there was no more room for me.

8    **Q.** When you say "room", were they selling their own
9    pills, and didn't want to sell yours?

10   **A.** Yes.

11   **Q.** So they cut you out of their arrangement?

12   **A.** Yes, sir.

13   **Q.** So what did you do at that point?  Were you still
14   selling?

15   **A.** Yes, sir.

16   **Q.** Still selling pills?

17   **A.** Yes, sir.

18   **Q.** All right.  And would SMB or associates still be
19   coming down when you were doing your own thing?

20   **A.** Yes, sir.

21   **Q.** Were you still helping them out as well?

22   **A.** Yes, sir.

23   **Q.** Okay.  When they were bringing you pills that you
24   would help sell, did you ever take a cut for doing that?

25   **A.** No, sir.

*15-20652; USA v. EUGENE FISHER, ET AL*

1      **Q.**  So you just sell their pills without taking any

2   profit from it?

3      **A.**  Yes, sir.

4      **Q.**  Did P.T. come down there and try to sell pills

5   around 2012-2013?

6      **A.**  He came in 2014.

7      **Q.**  2014?

8      **A.**  Yes.

9      **Q.**  Do you know why he came down there at that point?

10     **A.**  He said that he needed help getting back right.

11     **Q.**  Getting back right?

12     **A.**  Yes.

13     **Q.**  What do you mean getting back right?

14     **A.**  He needed some money.  He didn't have the money like

15  he use to.

16     **Q.**  You hadn't seen him coming down often at that point,

17  right?  Was this a one off?

18     **A.**  He came like twice, maybe three times.

19     **Q.**  Three times?

20     **A.**  Uh-huh.

21     **Q.**  You helped him out at that point?

22     **A.**  Yes.

23     **Q.**  How did you help him out?

24     **A.**  Sold his pills.

25     **Q.**  Sold his pills?

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **A.**  Yes.

2    **Q.**  Did you take a profit from that?

3    **A.**  No, sir.

4    **Q.**  You sold drugs for a long time.  Would say about how

5    many years do you think you sold drugs?

6    **A.**  Fifteen years.

7    **Q.**  Fifteen years.  Did you make a good amount of money

8    doing that?

9    **A.**  Yes, sir.

10   **Q.**  More than you would make working at McDonald's?

11   **A.**  Yes, sir.

12   **Q.**  What's was most amount of money you had on you at

13   one point for selling drugs, cash?

14   **A.**  Maybe 230.  Probably 18O to $230,000.

15   **Q.**  That was straight cash?

16   **A.**  All at once.

17   **Q.**  Was that from one drug deal or did you build it up

18   over time?

19   **A.**  Over time.

20   **Q.**  Where did you store the money?

21   **A.**  Different places.  I had safety deposit boxes.

22   **Q.**  Did you report that income to the IRS?

23   **A.**  No, sir.

24   **Q.**  You didn't file taxes on that?

25   **A.**  No, sir.

1    **Q.**  All right.  Now let's talk about the $230,000 or

2    $180,000, whatever the number was.  Did you ever give any

3    of that money to SMB or associates?

4    **A.**  Yes, sir.

5    **Q.**  How so?  How did -- strike that.

6             Were you required to give them money?

7    **A.**  No.

8    **Q.**  You gave some of that money to SMB or associates?

9    **A.**  Yes.

10   **Q.**  Why?

11   **A.**  That was -- it's like -- that was, you know, I will

12   respect if somebody give me money to help me, if they call

13   me their friend.

14   **Q.**  So let me sort of ask it a different way.  What did

15   the money go towards?

16   **A.**  For them to get out and make some money.

17   **Q.**  When you say "get out," get out of jail?

18   **A.**  Like get some dope, and make some money, to buy

19   drugs and make some money.

20   **Q.**  If so if one of the SMB or associates wanted to

21   start selling drugs or make some money selling drugs, you

22   would give him some money.  It was like a starter, a

23   starter amount?

24   **A.**  Yes, sir.

25   **Q.**  So they can buy pills and do their own thing?

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **A.**  Yes, sir.

2    **Q.**  Okay.  Did you ever get that money back from them?

3    **A.**  No.

4    **Q.**  How much money would you give them to start?

5    **A.**  At least 2,000, a thousand for sure.

6    **Q.**  Give them a thousand, 2,000, and you never asked for

7    that money back?

8    **A.**  No.

9    **Q.**  Who would you give that money to?  What SMB or

10   associates did you ever do that for?

11   **A.**  Chino, Rayful --

12              **MR. FEINBERG:**  I can't hear.

13              **THE WITNESS:**  Chino, Rayful, Block, Dub,

14   B-Man.  That's all I can recall.

15

16   **BY MR. WECHSLER:**

17   **Q.**  When would this have been?

18   **A.**  Probably when B-Man first got out, when Chino first

19   got out.

20   **Q.**  What year would that have been?

21   **A.**  I think -- I think B-Man came home in 2013.

22   **Q.**  Okay.  That's when you started giving these guys

23   money to help them out?

24   **A.**  That's not when I started, but that's when he got

25   his money.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q.**  You started doing that before he got out with other

2    people?

3    **A.**  Yes.

4    **Q.**  When was that?

5    **A.**  Around the same.  I think he came home in April.

6    January, February is when I had a lot of money.  So I gave

7    a lot people -- I came to the house and gave a lot of

8    people -- I gave other people money.

9    **Q.**  I'm sorry.  You said it was in a house you gave them

10   money?

11   **A.**  Yes.

12   **Q.**  Tell us about that.  What happened?

13   **A.**  I walked in the house and gave everybody $1000 a

14   piece.  That was that.

15   **Q.**  You walked in and gave everyone a thousand?

16   **A.**  I promised them that I was going to do it.

17   **Q.**  Were these all SMB or associates in the house?

18   **A.**  Yes, sir.

19   **Q.**  Do you know what the term "trap house" means?

20   **A.**  Yes.

21   **Q.**  What is a trap house?

22   **A.**  A house that sells drugs out of.

23   **Q.**  Did you give that money to the SMB or associates in

24   that trap house?

25   **A.**  Yes, sir.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q.** All right.  Do you remember any of the people that

2    were in the trap house that day?

3    **A.** Yes, sir.

4    **Q.** Who were they?

5    **A.** Block, Chino, Nice, Dub.  That is all I can recall

6    right now.

7    **Q.** You gave all of them money that you made selling

8    drugs?  You gave them all money?

9    **A.** Yes, sir.

10   **Q.** What about when in prison, not necessarily them, but

11   SMB or associates?  If they were prison, did you help them

12   out?

13   **A.** I sent the money sometimes.

14   **Q.** You sent the money sometimes?

15   **A.** Yes.

16   **Q.** For their commissary?

17   **A.** Yes, sir.

18   **Q.** Who would you give the money too?

19   **A.** Whoever asked.  I sent Sonny money before, Chino,

20   Rayful, Block.

21   **Q.** Did you ever hesitate at all when they asked for

22   money?

23   **A.** No, sir.

24   **Q.** Did you ever help them out with bond money to get

25   them out of prison if they were waiting on a case?

*15-20652; USA v. EUGENE FISHER, ET AL*

1      **A.**  Yes, sir.

2      **Q.**  Who did you do that with?

3      **A.**  Block.

4      **Q.**  Why did you pick Block?  Why did you bond out Block?

5      **A.**  Because he was innocent.

6      **Q.**  Was there a point you got caught as part of this

7      case?

8      **A.**  What?

9      **Q.**  Was there a point you were arrested as part of this

10     case?

11     **A.**  Yes.

12     **Q.**  What year was that?

13     **A.**  2016.

14     **Q.**  2016?

15     **A.**  Uh-huh.

16     **Q.**  Were you selling drugs in West Virginia up to that

17     point?

18     **A.**  Yes, sir.

19              **MR. WECHSLER:**  Judge, this may be a good time

20     for a break.

21              **THE COURT:**  All right.

22

23              (Recess taken at 11:00 a.m.)

24

25              (Jury in 11:32 a.m.)


            *15-20652; USA v. EUGENE FISHER, ET AL*

1          **THE COURT:**  All right.  Folks, you can take a

2    seat.  Continue with the direct examination, Mr. Wechsler.

3          **MR. WECHSLER:**  Thank you, Judge.

4    BY MR. WECHSLER:

5      **Q**   Derrick, let me ask you, are you nervous right now?

6      **A**   Yes, sir.

7      **Q**   This isn't something you normally do, right?

8      **A**   No, sir.

9      **Q**   Lot of people in the courtroom?

10     **A**   Yes, sir.

11     **Q**   If you need to take a break or get some water, just

12   let us know, okay?

13     **A**   Okay.

14     **Q**   Are you familiar with the video called Camp 9, have

15   you watched it recently?

16     **A**   Yes, sir.

17          **MR. WECHSLER:**  Judge, at this time, I would

18   like to play Exhibit 189.  I'd like to play it all way

19   through and then we'll go back and break down some of the

20   words and people in it.

21          **THE COURT:**  Okay.

22          (Video played for the jury.)

23   BY MR. WECHSLER:

24     **Q**   What I want to do is go through it, turn the volume

25   down.  I don't need to go through the whole thing but

*15-20652; USA v. EUGENE FISHER, ET AL*

1    there are some things that you may be able to help us

2    with, Mr. Kennedy.

3             First off, do you recognize the individual or at

4    least some of the individuals who are in that video?

5    **A**    Yes, sir.

6    **Q**    Who did you see in that video?

7             **MR. WECHSLER:**  If we could play and pause at

8    a certain point.  In fact, before you press play.

9    **BY MR. WECHSLER:**

10   **Q**    What's happening in the kitchen scene?

11   **A**    This is dope.

12   **Q**    Let me ask you this:  Have you in your experience

13   selling drugs ever done anything in the kitchen relating

14   to those drugs?

15   **A**    Cook it.

16   **Q**    You cook it?

17   **A**    Yes, sir.

18   **Q**    What does cooking it mean?

19   **A**    Turn it from powder to crack.

20   **Q**    Turn it from powder to crack?

21   **A**    Yes, sir.

22   **Q**    Looking at this video, what does it appear they're

23   doing in that kitchen?

24   **A**    Turning powder to crack cocaine.

25   **Q**    Okay.  Are you familiar with the house that appears

*15-20652; USA v. EUGENE FISHER, ET AL*

1    in this video?

2        **A**    I seen it before.

3        **Q**    You've seen it before.

4              Have you been in that house?

5        **A**    I haven't been in there before.

6        **Q**    You've never been in that?

7        **A**    No, sir.

8        **Q**    If you're familiar with it, is that what's known as

9    a trap house?

10        **A**    Yes, sir.

11        **Q**    Now, are you familiar with certain terms that SMB or

12    their associates used to describe objects or actions,

13    slang?

14        **A**    Yes, sir.

15                  **MR. WECHSLER:**  Go ahead and play it.

16              (Video played for the jury.)

17    BY MR. WECHSLER:

18        **Q**    The first line "I'm doing numbers trap banging off

19    the hinges," what does that mean?

20        **A**    Sell dope.

21        **Q**    Selling dope?

22        **A**    A lot of it.

23                  **MR. WECHSLER:**  Pause it there.

24    BY MR. WECHSLER:

25        **Q**    When it says "I'm doing numbers," what does it mean

*15-20652; USA v. EUGENE FISHER, ET AL*

1    to do numbers?

2       **A**    To get a lot of money.

3       **Q**    Get a lot of money?

4       **A**    Yes.

5       **Q**    And "trap banging off the hinges," what does that

6    mean?

7       **A**    A lot of customers knocking at the door.

8       **Q**    A lot of customers?

9       **A**    Yes, sir.

10      **Q**    Who do we see on the screen?  Do you recognize

11   anybody on the screen now?

12      **A**    D Nice.

13      **Q**    Where does D Nice appear on the screen, left to

14   right?

15      **A**    To the left with the blue hat on.

16      **Q**    Kind of looking to the left?

17      **A**    Yes, sir.

18      **Q**    Anybody else in that that you recognize?

19      **A**    Brick.

20      **Q**    Which one is Brick?

21      **A**    With the red bandanna on his head.

22      **Q**    Red bandanna?

23      **A**    Yeah.

24      **Q**    Anyone else?

25      **A**    Fat Ray.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q**    Which one is Fat Ray?

2    **A**    Top of the porch with the white T-shirt on.

3    **Q**    Is he SMB or one of the associates?

4    **A**    Yes, sir.

5              **MR. WECHSLER:**  Why don't we keep playing.

6              (Video played for the jury.)

7              **MR. WECHSLER:**  Pause it there.

8    **BY MR. WECHSLER:**

9    **Q**    Who is in that screen shot?

10   **A**    That's Block.

11   **Q**    Block, in the front?

12   **A**    Yes, sir.

13   **Q**    Who is on the right, do you recognize who is on the

14   right?

15   **A**    That's Brick.

16   **Q**    That's Brick as well?

17   **A**    Yes, sir.

18   **Q**    It says, "Cash bring block in the kitchen where

19   they're whipping."  What's whipping mean?

20   **A**    Cooking dope.

21   **Q**    Cooking dope?

22   **A**    Yes, sir.

23              **MR. WECHSLER:**  All right.  Let's keep playing

24   it.

25              (Video played for the jury.)

1           **MR. WECHSLER:**  Pause it there.

2    **BY MR. WECHSLER:**

3        **Q**    Do you recognize anybody there?

4        **A**    No, sir.  It's the same people.

5        **Q**    Same people?

6        **A**    Yes, sir.

7        **Q**    One of the phrases is "Monte on sixes."  First off,

8    what's a Monte?

9        **A**    A Monte Carlo is an old school car.

10       **Q**    Old school car?

11       **A**    The car they standing in front of.

12       **Q**    What's a six?

13       **A**    Sixes is the size of the rims that's on the car.

14       **Q**    Size of the rims on that car?

15       **A**    Inches of the rims, yes, sir.

16       **Q**    Now, you can see the rims on this car.  Are you

17   familiar with rims like this?

18       **A**    Yes, sir.

19       **Q**    How much do those rims cost?

20       **A**    About five, six thousand.

21       **Q**    Five, six thousand, is that per rim or for all four?

22       **A**    For all four.

23       **Q**    Do you know whose car that is?

24       **A**    No.  I think that was Ducky car.

25           **MR. WECHSLER:**  All right.  Let's keep going.

*15-20652; USA v. EUGENE FISHER, ET AL*

1            (Video played for the jury.)

2            **MR. WECHSLER:**  Pause it there.

3  **BY MR. WECHSLER:**

4     **Q**   Line 13 says, "Block and Vil will run yo bitch and

5  run yo bitch and dump yo bitch."

6            What does it mean to run?

7     **A**   That's like -- that's like -- it's like more than

8  one person have sex with your girlfriend at a time.

9     **Q**   Anybody doing that, in that screen shot that we see

10  up there?

11    **A**   Grymee.

12    **Q**   Which one is Grymee?

13    **A**   With the red shirt on and with the red hat.

14            **MR. WECHSLER:**  Okay.  Keep going.

15            (Video played for the jury.)

16            **MR. WECHSLER:**  Pause it there.

17  **BY MR. WECHSLER:**

18    **Q**   Because Kush -- it says "Kush blowing like 24."

19            What's Kush blowing?

20    **A**   Smoking weed.

21    **Q**   All right.  Anybody you know in that screen shot?

22  Who's got the white T-shirt in the front, do you know him?

23    **A**   I can't see good.

24            **MR. WECHSLER:**  Okay.  Let's keep going.

25            (Video played for the jury.)

                    *15-20652; USA v. EUGENE FISHER, ET AL*

1    **BY MR. WECHSLER:**

2        **Q**    Who is that?

3        **A**    That's Block.

4        **Q**    That's Block?

5        **A**    Yes, sir.

6                **MR. WECHSLER:**  Let's keep going.

7                (Video played for the jury.)

8    **BY MR. WECHSLER:**

9        **Q**    Who is in the front with that Detroit hat?

10               **MR. WECHSLER:**  You can go back a few a little

11    bit.

12               (Video played for the jury.)

13               **MR. WECHSLER:**  Pause it.

14   **BY MR. WECHSLER:**

15       **Q**    Who is that on the left, do you know?

16       **A**    D Nice.

17       **Q**    That's D Nice?

18       **A**    Yes, sir.

19               **MR. WECHSLER:**  Okay.  Keep going.

20               (Video played for the jury.)

21   **BY MR. WECHSLER:**

22       **Q**    Recognize anybody there?

23       **A**    That's Block.

24       **Q**    Which one is Block?

25       **A**    And Brick.  Brick the one with the red bandanna and

*15-20652; USA v. EUGENE FISHER, ET AL*

1    Block next to him.

2                    MR. WECHSLER:  Okay.  Let's keep going.

3                    (Video played for the jury.)

4    BY MR. WECHSLER:

5        Q    Anybody you know there?

6        A    Fat Ray.

7                    (Video played for the jury.)

8                    MR. WECHSLER:  Pause it there.

9    BY MR. WECHSLER:

10       Q    Do you recognize anyone new there?  It's probably a

11   little hard to see.

12       A    That's Ducky.

13       Q    That's Ducky.  Which one is Ducky?

14       A    Behind Nice.

15       Q    And let me ask you if you're counting people from

16   the right?

17       A    Third person to the left.  Third person to the left

18   with the orange jacket on.

19                    MR. WECHSLER:  Let's keep going.

20                (Video played for the jury.)

21                    MR. WECHSLER:  Pause it there.

22   BY MR. WECHSLER:

23       Q    It says, "with all this ice."  What's ice?

24       A    Jewelry, diamonds.

25       Q    Diamonds?

                    *15-20652; USA v. EUGENE FISHER, ET AL*

1        **A**    Yes.

2        **Q**    And it also says, "I'll never be thirsty."  What

3    does it mean to never be thirsty?

4        **A**    Like hungry or thirsty is like -- like pressed.

5        **Q**    When you say pressed, what do you mean by pressed?

6    Does that have anything to do with money?

7        **A**    No, not in this line.

8              **MR. WECHSLER:**  Okay.  Why don't we keep

9    going.

10              (Video played for the jury.)

11              **MR. WECHSLER:**  Pause it right there.

12   BY MR. WECHSLER:

13       **Q**    I know he's turned around, but who is the guy in

14   front of the car?

15       **A**    That's Ducky.

16       **Q**    Ducky.

17              **MR. WECHSLER:**  Okay.  Let's keep going.

18              (Video played for the jury.)

19              **MR. WECHSLER:**  Pause it there.

20   BY MR. WECHSLER:

21       **Q**    Do you see Line 7, it says, "chopper be singing"?

22       **A**    Yes, sir.

23       **Q**    What does that mean?

24       **A**    AK-47 assault rifle.

25       **Q**    An assault rifle?

*15-20652; USA v. EUGENE FISHER, ET AL*

1      A    Yes, sir.

2      Q    What does it mean to be singing, if a chopper is

3    singing, what does that mean?

4      A    Shooting.

5      Q    Okay.  So it's being used at that point?

6      A    Yes, sir.

7           MR. WECHSLER:  All right.  Let's keep going.

8         (Video played for the jury.)

9           MR. WECHSLER:  Pause it there.

10   BY MR. WECHSLER:

11     Q    What's Line 12 mean, "came from the water whipping

12   out the D boy"?  Do you know what that means?

13     A    Came from cooking up dope out the dope spot.

14     Q    Cooking up dope out of the dope spot?

15     A    Yeah.

16     Q    Is that like --

17     A    Like out the D, he saying he came from whipping out

18   the D, like from Detroit, with cooking dope in Detroit.

19          MR. WECHSLER:  All right.  Let's keep going.

20        (Video played for the jury.)

21          MR. WECHSLER:  Pause it.

22   BY MR. WECHSLER:

23     Q    Do you know who the guy with the Red Wings hat is?

24     A    Play it.

25     Q    What's that?

*15-20652; USA v. EUGENE FISHER, ET AL*

1      **A**    Play it.  I can't see his face.

2      **Q**    Okay.

3                      (Video played for the jury.)

4                **THE WITNESS:**  Skip.

5  **BY MR. WECHSLER:**

6      **Q**    That's Skip?

7      **A**    Yeah.

8      **Q**    Is he SMB or one of the associates?

9      **A**    Yes, sir.

10     **Q**    Have you seen anybody in the video so far who is not

11     a member or associate with SMB?

12     **A**    No, sir.

13               **MR. WECHSLER:**  Okay.  Keep going.

14                      (Video played for the jury.)

15               **MR. WECHSLER:**  Pause it there.

16  **BY MR. WECHSLER:**

17     **Q**    Do you see anybody else in that video, anybody we

18     haven't identified before?

19     **A**    Meach.

20     **Q**    Which one is Meach?

21     **A**    At the top, standing on the porch with the white

22     beater on.

23     **Q**    Okay.  With the tank top on?

24     **A**    Yes, sir.

25               **MR. WECHSLER:**  All right.  Keep going.

*15-20652; USA v. EUGENE FISHER, ET AL*

1              (Video played for the jury.)

2                   MR. WECHSLER:  Pause it for a second.

3     BY MR. WECHSLER:

4        Q    Line 7, what does Line 7 mean?

5        A    Got my nigga locked up.  That mean somebody told on

6     'em.  Saying -- he's saying like the Hustle Boys told on

7     somebody.

8        Q    You said he said somebody told on him?

9        A    Got my nigga locked up, like somebody told on one of

10    his friends.

11       Q    When it says, "the Hustle Boys snitching," what does

12    that mean?

13       A    One of the Hustle Boys told.

14                  MR. WECHSLER:  All right.  Keep going.

15             (Video played for the jury.)

16                  MR. WECHSLER:  Actually, pause it again.

17    BY MR. WECHSLER:

18       Q    Let's look at Line 10.  It says, "I might get the

19    Mac with a chopper do the business."  What's a Mac?

20       A    A Mac is an automatic weapon.  It's a little bit

21    bigger than a handgun.

22       Q    An automatic weapon, you said?

23       A    It could be a Mac-10 or a Mac-11.

24       Q    And chopper, you said, was an AK-47?

25       A    Yeah, chopper is AK-47.

                    *15-20652; USA v. EUGENE FISHER, ET AL*

1          **MR. WECHSLER:**  Okay.  Play it a little bit.

2              (Video played for the jury.)

3          **MR. WECHSLER:**  Pause it.

4   **BY MR. WECHSLER:**

5      **Q**   Derrick, does it appear to you that this was a

6   staged kitchen, like they staged that they were whipping

7   up drugs in that kitchen, or does that appear to be, on

8   your own knowledge of drug sales, an actual --

9      **A**   It's not real dope.

10     **Q**   That's not real dope you don't think?

11     **A**   No.

12     **Q**   Is that how you would go about --

13     **A**   It's a scene.  It's a music video just showing what

14  they do, but it's -- they wouldn't have -- I mean it's not

15  real.

16     **Q**   That's not real, but is that how you would go about

17  doing that?

18     **A**   Yes, sir.

19         **MR. WECHSLER:**  Okay.  Let keep going.

20             (Video played for the jury.)

21  **BY MR. WECHSLER:**

22     **Q**   It says, "Product you know be doing a bid man."

23  What's that mean?  Who is Product?

24     **A**   Product is Brick.

25     **Q**   What does it mean to do a bid?

*15-20652; USA v. EUGENE FISHER, ET AL*

1     **A**   Do time in jail.

2     **Q**   Who do we see on the screen right here?

3     **A**   Grymee.

4          **MR. WECHSLER:**  All right.  Let keep going.

5         (Video played for the jury.)

6          **MR. WECHSLER:**  Pause it.

7  **BY MR. WECHSLER:**

8     **Q**   Who is that?

9     **A**   That's Brick.

10    **Q**   Brick.

11         **MR. WECHSLER:**  All right.  Let keep going.

12        (Video played for the jury.)

13         **MR. WECHSLER:**  Pause it.

14  **BY MR. WECHSLER:**

15    **Q**   Do you know who has the bandanna on on the right?

16    **A**   Can't see his face.

17         **MR. WECHSLER:**  Okay.  Let's keep going.

18          (Video played for the jury.)

19         **MR. WECHSLER:**  Pause it.

20  **BY MR. WECHSLER:**

21    **Q**   Do you know who that in the blue shirt was?

22    **A**   Brock.

23    **Q**   That was Block?

24    **A**   Brock.

25    **Q**   Brock.  Okay.

*15-20652; USA v. EUGENE FISHER, ET AL*

1             **MR. WECHSLER:**  Let's keep going.

2                 (Video played for the jury.)

3     BY MR. WECHSLER:

4        **Q**   You said you know who that was?

5        **A**   I don't know who that is.

6        **Q**   Okay.  Who is that?

7        **A**   Look like Smoke brother.

8        **Q**   What was that, one more time?

9        **A**   It look like Smoke brother.

10       **Q**   Looks like Smoke's brother?

11       **A**   Yes.

12       **Q**   Do you know his name?

13       **A**   No.

14       **Q**   Do you know who that is who just held up the

15    jewelry?

16       **A**   D Nice.

17       **Q**   Who is that on the left?

18       **A**   Block.

19             **MR. WECHSLER:**  Okay.  Keep going.

20                 (Video played for the jury.)

21    BY MR. WECHSLER:

22       **Q**   Who is that?

23       **A**   R.O.

24       **Q**   R.O.?

25       **A**   Yes, sir.

                *15-20652; USA v. EUGENE FISHER, ET AL*

```
 1              MR. WECHSLER:  Okay.  Let's keep going.
 2                  (Video played for the jury.)
 3   BY MR. WECHSLER:
 4      Q   It says, "He took them shots."  What does it mean to
 5   take some shots?
 6      A   He got shot.
 7      Q   It says, "He got some shots for y'all."  What's that
 8   mean?
 9      A   Shoot 'em back.
10      Q   Shoot 'em back?
11      A   Yes, sir.
12              MR. WECHSLER:  All right.  Let's keep going.
13                  (Video played for the jury.)
14   BY MR. WECHSLER:
15      Q   That's Grymee, again?
16      A   Yes, sir.
17              MR. WECHSLER:  Okay.  We can end the video
18   here.
19   BY MR. WECHSLER:
20      Q   Now, another phrase we've heard throughout the trial
21   is K sound.  Do you know what a K sound is?
22      A   The way an AK-47 sound.
23      Q   Okay.  Have you seen SMB or their associates
24   carrying guns?
25      A   Yes, sir.
```

1    **Q**    Have you carried a gun?

2    **A**    Yes, sir.

3    **Q**    Who have you seen, what SMB or associates have you

4    seen carrying guns?

5    **A**    Everybody.

6    **Q**    You say everybody.  Let's go back.  That list we

7    went through in the beginning, those photographs, was

8    there anybody in that group that you didn't see carrying a

9    gun?

10    **A**    No.

11    **Q**    So all those individuals have carried guns that

12    you've seen?

13    **A**    Yes, sir.

14    **Q**    Why are they all carrying guns?  What do they need

15    them for?

16    **A**    Protection.

17    **Q**    From who?

18    **A**    Enemies.

19    **Q**    Are these enemies part of a group?

20    **A**    Yes, sir.

21    **Q**    What kind of groups would they be?  Who are the

22    enemies of SMB?

23    **A**    There's a lot of 'em.  220, Hustle Boys.

24    **Q**    These are gangs you're talking about?

25    **A**    Yes, sir.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q**    Do you ever see any of the SMBs or the associates,

2    the ones you talked about carrying guns, did you ever see

3    them with more than one gun or different guns?

4    **A**    Yes, sir.

5    **Q**    Would they have a lot of guns?

6    **A**    Yes, sir.

7    **Q**    Did SMB or their associates, did they share guns

8    amongst themselves?

9    **A**    Yes, sir.

10   **Q**    So if one individual had a gun, let's say Block had

11   a gun, and then you said Skip, who was also SMB, if Skip

12   needed to borrow that gun, could he just go up to Block

13   and borrow it, would he have been able to?

14   **A**    Yes, sir.

15   **Q**    Let's say Block didn't have a gun at that point but

16   Skip needed a gun.  Where would he go to get one?  Were

17   there places where guns were just stored?

18   **A**    Yes, sir, at times.

19   **Q**    And where were they stored?

20   **A**    I mean whoever -- you just know who got guns.  There

21   been guns at my house.  There been guns at Fess house,

22   Wick house.

23   **Q**    So you said you just know where there were guns.

24   You used to store guns in your house for other people?

25   **A**    Or they was my guns.

*15-20652; USA v. EUGENE FISHER, ET AL*

1     **Q**   All right.  And you said Fess had guns too.  He
2     would store guns?
3     **A**   Yes, sir.
4     **Q**   Were they all Fess' guns that he would store?
5     **A**   Not all the time.
6     **Q**   So would he store other people's guns?
7     **A**   Yes, sir.
8     **Q**   What guns would he store?
9     **A**   Who guns would he -- can you say that again?
10              **MR. WECHSLER:**  What's that beeping?
11              **THE COURT:**  Hold up.  Yes, is there a cell
12    phone timer or something?  Sounds like it's up here
13    somewhere, but --
14              **MR. WECHSLER:**  Do you have to do something,
15    Judge?  Is it time for something?
16              **THE COURT:**  Yes.
17              **MR. H. SCHARG:**  We found the culprit.
18              **THE COURT:**  Just in case I've fallen asleep.
19         This is not my regular courtroom.
20              **MR. WECHSLER:**  Is that a referendum on what's
21    happening here?
22              **THE COURT:**  Exactly.
23    BY MR. WECHSLER:
24    **Q**   All right.  So we're talking about -- so you said
25    Fess would store guns but they weren't all his?

*15-20652; USA v. EUGENE FISHER, ET AL*

120

1    **A**    Uh-huh.

2    **Q**    Whose guns would he store if they weren't all his?

3    **A**    Different people's guns and store it.

4    **Q**    Let me ask you, did Billy Arnold store his guns

5    there?

6    **A**    Yes, sir.

7    **Q**    Did anybody else store his guns besides Billy -- who

8    do you remember that would store their guns at Fess'

9    house?

10    **A**    Probably Wicked.

11    **Q**    You said Wicked also had -- he also stored guns for

12    other people?

13    **A**    Right.

14    **Q**    So why would he store his guns at Fess' house?

15    **A**    Sometimes Wicked house would get hot and so he do a

16    lot -- he sell a lot of drugs out his house so probably

17    move the guns, you know, keep the guns where you keep the

18    drugs -- not all the guns.

19    **Q**    So Wick would sell drugs out of his house?

20    **A**    Yes, sir.

21    **Q**    And because he sold the drugs, his house was known

22    as hot, that's what you said?

23    **A**    At times, yes, sir.

24    **Q**    So the police would be looking at it?

25    **A**    Yes, sir.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q**   All right.  And so that's why he would move his guns

2    to Fess' house?

3    **A**   Or any -- yes, sir, or anybody house.

4    **Q**   Or anybody's house.  Were Fess' or Wick's house in

5    an area that was better placed if someone needed a gun

6    quickly?

7    **A**   Wick house was the better.

8    **Q**   What's that?

9    **A**   I said -- can you repeat the question?

10   **Q**   So Fess had a house, Wick had a house and people

11   used to store their guns at Fess and Wick's house?

12   **A**   Uh-huh.

13   **Q**   Were was the location of those houses, was it

14   beneficial to SMB to store there guns there for some

15   reason?

16   **A**   Yes, sir.

17   **Q**   Why would that be?

18   **A**   Because Fess house wasn't in the neighborhood and

19   Wick house would be better because in the neighborhood,

20   you can get it quicker.

21   **Q**   So Wick's house you could get it -- it was better

22   because you could get the gun quicker?

23   **A**   Yes, sir.

24   **Q**   You said Fess' house wasn't in the neighborhood.

25   Was his house still in the Red Zone?

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **A**    No, sir.

2    **Q**    His house was not in the Red Zone?

3    **A**    No, sir.

4    **Q**    How far outside the Red Zone was his house?

5    **A**    A few miles.

6    **Q**    A few miles.  Do you know what the address was or

7    what street it would have been on?

8    **A**    I don't recall the street.  It was between Mound and

9    Ryan.

10   **Q**    Okay.  But you've been to his house?

11   **A**    Yes, sir.

12   **Q**    And when you were there -- let me ask you this:  Do

13   you remember when you would have been there?  Was it when

14   you first met him?

15   **A**    No, he lived --

16   **Q**    When did you go to his house?

17   **A**    All the time.

18   **Q**    All the time?

19   **A**    Yes, sir.

20   **Q**    And how often would you see guns in his house?

21   **A**    All the time.

22   **Q**    All the time.  And Wick's house, how often would you

23   go there?

24   **A**    All the time.

25   **Q**    And how often would you see guns in his house?

*15-20652; USA v. EUGENE FISHER, ET AL*

1     **A**   All the time.

2     **Q**   Were there guns ever stored outside of the house,

3     maybe in an alley or something like that?

4     **A**   In a garage.

5     **Q**   In a garage?

6     **A**   Yes, sir.

7     **Q**   Where was that garage?

8     **A**   Wick garage.

9     **Q**   One more time.

10    **A**   In Wick's garage.

11    **Q**   Wick's garage?

12    **A**   Yes, sir.

13    **Q**   And whose guns were those?

14    **A**   Some -- a couple -- some was mine.  Some was his.

15    Some was his brother's.  It was different people guns.

16    **Q**   But were they all SMB or their associates?

17    **A**   Yes, sir.

18    **Q**   Now, did SMB or their associates ever get into

19    violent altercations with other organizations, other

20    gangs, were there battles between the gangs?

21    **A**   Yes, sir.

22    **Q**   What other gangs did SMB get into it with?

23    **A**   220, Hustle Boys, Warren, Six Mile.

24    **Q**   Okay.  Do you ever hear of East Warren gang?

25    **A**   I said Warren.

*15-20652; USA v. EUGENE FISHER, ET AL*

124

1    **Q**    I'm sorry.

2    **A**    Yes, sir.

3    **Q**    Rich Family, ever hear of Rich Family?

4    **A**    No, sir.

5    **Q**    No.  Gutta?

6    **A**    Yes, Gutta.

7    **Q**    So those gangs, they weren't associated with SMB at

8    all, were they?

9    **A**    No, sir.

10   **Q**    What were they associated with, all those different

11   gangs?

12   **A**    Gutta and Hustle was associated.  Gutta, Hustle,

13   220s was really all associated.

14   **Q**    They were all associated together?

15   **A**    Yes.

16   **Q**    Sort of like 55 is associated with SMB?

17   **A**    Yes, sir.

18   **Q**    And so what was the turf that those gangs claimed?

19           Where did they claim?  What was their territory?

20   **A**    Six Mile, East Warren, Mack.

21   **Q**    Where in relation to the Red Zone was that?

22   **A**    South.

23   **Q**    South?

24   **A**    It was south, south of Seven Mile, like Six Mile,

25   then it be Warren, Whittier, or Mack areas.  That's where

*15-20652; USA v. EUGENE FISHER, ET AL*

1   they was be.

2   Q   And what were these -- what was the violence over,

3   what was it about?

4   A   Shootings, fights that turned to arguments that

5   turned into fights and fights that turned into shootings.

6   Q   When were these arguments?  Were they recently?

7   Were they older or when were the fights?

8   A   Years ago.

9   Q   Years ago.  Were they school fights?

10   A   I believe so, yes, sir.

11   Q   And did that grudge hold over until when?

12   A   It had -- it had calmed down.  It just started back

13   up when people came home from jail from doing time.

14   Q   So at some point the beefs between SMB and these

15   rival gangs calmed down?

16   A   Yes, sir.

17   Q   But it picked up at some point?

18   A   Yes, sir.

19   Q   And when it picked up, did it result in shootings?

20   A   Yes, sir.

21   Q   Any other kind of violence?

22   A   Fights, shootings, people get hit with bottles and

23   all kind of stuff.

24   Q   Let me ask you this:  Did you ever give any of the

25   money you made selling drugs to any of these rival gangs,

*15-20652; USA v. EUGENE FISHER, ET AL*

1    any rival gang members?

2        **A**    No sir.

3        **Q**    No.  Do you know if any SMB or their associates ever

4    gave their own drug money to any of these rival gang

5    members?

6        **A**    No, sir.

7        **Q**    Do you know of an altercation Billy Arnold had with

8    42 twins in Somerset Mall in May 2014?

9        **A**    Yes, sir.

10       **Q**    Were you there?

11       **A**    Yes, sir.

12       **Q**    Were the 42 twins part of any organization?

13       **A**    The 42 stands for Hustle Boys.

14       **Q**    So they're part of that gang, the Hustle Boy gang?

15       **A**    Yes, sir.

16       **Q**    And I think you mentioned earlier, but do you know

17   their names -- their first names?

18       **A**    Mike and Martez.

19       **Q**    All right.  Who else was there that day beside you

20   and Billy and these 42 twins?

21       **A**    Me, I think it was only me.  I think it was just me

22   and Killa.  There was Mike, Martez, Jeff, Gutta Bug and

23   there was a girl with 'em, and some other guys, I don't

24   know their name.

25       **Q**    All right.  You mentioned Jeff.  First off, is Jeff

*15-20652; USA v. EUGENE FISHER, ET AL*

1   SMB, was he with you or was he with them?

2   **A**   He was with them.

3   **Q**   Was he a part of Hustle Boys, do you know that?

4   **A**   Yes, sir, Gutta.

5   **Q**   And Gutta is with you or no?

6   **A**   Gutta is with Hustle Boys.

7   **Q**   With Hustle Boys, and you said there was some girl

8   as well?

9   **A**   Yes, sir.

10  **Q**   So what happened?  Tell us what happened.

11  **A**   We was in the mall.  I was at the Gucci store -- we

12  was at the Gucci store and I was at the cash -- I was at

13  the cash register asking them did they have a size in a

14  shoe, and Killa walked up on me and was like -- he told

15  me, he said, "Them bums in here."  He called 'em bums.

16  Their name Hustle Boys, but he called 'em Hustle Bums.  He

17  said, "The bums in here."

18          I just looked at him.  I said, where, and he

19  said over there.  I said, "Look, we can't do this out

20  here.  This not like Eastland.  We going to jail.  We

21  going to get caught.  They're going to lock the freeway

22  down.  You can't do this out here.  This is not, no".

23          So I got him to leave out the Gucci store and we

24  walked towards Saks -- towards Saks.  We went into Saks,

25  looked around, and then we went back to the Gucci store

*15-20652; USA v. EUGENE FISHER, ET AL*

1    because the Saks didn't have nothing.

2         Once we walked back to the Gucci store, they was

3    still in there sitting down.  So when we walked past 'em I

4    think one of the twins asked him like, "What's wrong with

5    you?"  Like, "What's wrong, Killa?  We just seen each

6    other in the mall.  You wasn't doing all this."  Killa was

7    like, "You right, I took my money.  I put it in the car

8    and when I came back y'all was gone."

9         And then just they -- they got to arguing.  Next

10   thing you know, they was lined up on -- sitting on the

11   glass, and Killa was just telling 'em -- telling 'em like,

12   "You know I'm the one.  You know I kill you.  You all know

13   I'm going to come see you all."

14   **Q**   So all right.  Let's go back.  First off, you said

15   the bums were there?

16   **A**   The Hustle Boys, yes, sir.

17   **Q**   The Hustle Boys, right, but you've heard SMB or

18   their associates refer to Hustle Boys as Hustle Bums?

19   **A**   Yes.

20   **Q**   So you and B-Man are in the mall and you're at the

21   Gucci store, you said?

22   **A**   Yes, sir.

23   **Q**   And you see them?

24   **A**   Yes, sir.

25   **Q**   Did the Hustle Boys say anything to Billy or you at

1    that point?

2    **A**    No, sir.

3    **Q**    But Billy said something to you?

4    **A**    Yes, sir.

5    **Q**    And he said that's where they are, look who's there?

6    **A**    Yes, sir.

7    **Q**    All right.  But at that point nothing happens?

8    **A**    No, sir.

9    **Q**    And I think you said you went to a different store?

10   **A**    To Saks.

11   **Q**    To Saks?

12   **A**    Yes, sir.

13   **Q**    And at Saks, what did Billy say to you?

14   **A**    He said -- he told me -- he just was at -- he was

15   just real mad, and I kept telling to him to calm down.  We

16   can't do this.  Out here we can't fight.  You on parole.

17   You just came home.  We don't want to do this out here.

18   **Q**    Let me ask you:  Why couldn't you do it out there?

19   I mean what was so different about that location versus

20   Eastland?

21   **A**    Eastland you could make it back to the hood.  Out

22   there, you're going to jail.  Troy is pulling up quick.

23   **Q**    You're talking about Troy Police?

24   **A**    Troy, yes, sir.

25   **Q**    You said something about locking down a freeway if

*15-20652; USA v. EUGENE FISHER, ET AL*

1    you do it there?

2      **A**   75 is the only way you can get back to Detroit from

3    out there.

4      **Q**   So the Troy Police would prevent you from getting

5    back to --

6      **A**   Troy going to lock down 75.

7      **Q**   Okay.  And that's why you told him not to fight

8    there?

9      **A**   Yes, sir.

10     **Q**   So you're at Saks.  Is it fair to say you're kind of

11   diffusing or calming down the situation at that point?

12     **A**   Yes, sir.

13     **Q**   So what happened after that?

14     **A**   We go back into the Gucci store.  So when we go back

15   in the Gucci store, I guess they felt the tension so --

16     **Q**   Who is they, the twins?

17     **A**   The twins felt the tension.  So they asked 'em what

18   was wrong, and we were like "We just seened you in the

19   Gucci -- we just seened you at Eastland and you ain't say

20   nothing to us then.  What's wrong with you now?"  And

21   Killa looked at 'em and told 'em "Yeah, you right.  I went

22   to put my money up and when I came back y'all was gone."

23     **Q**   And was that at Eastland he was referring to?

24     **A**   Yes, sir.

25     **Q**   Okay.  So you're at Somerset.  He just told them he

*15-20652; USA v. EUGENE FISHER, ET AL*

1    put his money back that's why he didn't see them at

2    Eastland?

3        A    He said, "I went to put my money up and grab my gun

4    and when I came back, y'all was gone."

5        Q    He went to grab his gun that day back to Eastland,

6    when he came back they were gone?

7        A    Yes.

8        Q    So what happened at Somerset?  What happened at that

9    point?

10       A    At that point we got in -- we in an argue.  So I was

11   trying to break it up.

12       Q    Were you successful?

13       A    Yes.  I mean because he knew a couple -- he knew

14   Jeff, and him and Jeff was okay.  So Jeff --

15       Q    He was okay with Jeff?

16       A    Yeah, but Jeff be with them.  So he -- they

17   basically just started more like -- or less arguing and

18   more Killa was talking and just telling 'em like "Y'all

19   know I'm the one.  Stop playing with me.  I kill y'all."

20       Q    Now, it sounds like there's a beef between Billy and

21   the Hustle Boys at that point, right?

22       A    Yes, sir.

23       Q    Was the beef with the Hustle Boys only Billy's at

24   that point?

25       A    At that point, I would think so, because before he

*15-20652; USA v. EUGENE FISHER, ET AL*

1      came home, we was all partying and having fun.  Nobody was

2      beefing.

3          **Q**    Nobody was beefing at that point?

4          **A**    No.

5          **Q**    So it was calmer when Billy was in prison?

6          **A**    When he was in prison, nobody was beefing.

7          **Q**    Okay.  But then it picked back up after he got out?

8          **A**    Yes, sir.

9          **Q**    Did the rivalry between SMB and the Hustle Boys and

10     those other gangs, did it blow up even further after Block

11     was killed?

12         **A**    Yes, sir.

13         **Q**    So Billy gets out and then -- so it escalates then,

14     but it escalates even further once Block gets murdered?

15                 **MR. MAGIDSON:**  Leading questions, your Honor.

16     **BY MR. WECHSLER:**

17         **Q**    If you know?  You can answer.

18         **A**    Yes, sir.

19         **Q**    So if you know, at that point, it wasn't just the

20     rivalry between SMB and I mean it wasn't just a rivalry

21     between Billy and the Hustle Boys?

22         **A**    No -- not no -- no more.

23         **Q**    And why is this?  Is it -- you mentioned before that

24     Block was --

25         **A**    'Cause everybody loved Block.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q**    You say everybody, who is everybody?

2    **A**    Everybody.

3    **Q**    SMB?

4    **A**    Everybody that knew him.

5    **Q**    The associates of SMB?

6    **A**    Anybody that knew him, sir, yes, associates of SMB,

7    his family, everybody that knew him loved him.

8    **Q**    Do you know of a fight that happened at a strip club

9    involving Block and Sonny, you were a part of the fight?

10   **A**    Yes, sir.

11   **Q**    And do you know when that was?

12   **A**    It was a week after we left -- a week after we got

13   into it with them at Somerset.

14   **Q**    So I think Somerset, you said was May 2014, it was

15   around then?

16   **A**    Yes, sir.

17   **Q**    What was the name of the strip club?

18   **A**    Erotic City.

19   **Q**    Erotic City?

20   **A**    Yes, sir.

21   **Q**    That's in Detroit?

22   **A**    Yes, sir.

23   **Q**    How did you learn about that fight?

24   **A**    I was on Manning and Boulder.  We was all outside

25   drinking and chilling, and then we got a call that said

*15-20652; USA v. EUGENE FISHER, ET AL*

1    that Block and Sonny was up there fighting.

2        **Q**   You said, "We got a call."  Who were you with when

3    you say "we"?

4        **A**   It was me -- it was -- it was a lot.  It was me.  I

5    think R.O. was out there, Quincy.  It was a few of us.

6        **Q**   But you remember R.O. as well as Quincy being there

7    when you got that call?

8        **A**   Yes, sir, 'cause I think they was arguing until we

9    got the call I think -- or after we got the call, but I

10   remember, yes, sir.

11       **Q**   Okay.  So when you get this call, what happens?

12   What do you do?

13       **A**   I jumped in the car and ran up there.

14       **Q**   Why did you do that?

15       **A**   To go help 'em.

16       **Q**   To go help Block and Sonny?

17       **A**   Yes, sir.

18       **Q**   Did you actually go there?

19       **A**   Yes, sir.

20       **Q**   What did you learn took place at that strip club?

21       **A**   When I pulled up, as I walked in, the security and

22   the bouncers had they guns out, and I was wondering why

23   they had their guns out, and they told me to get the F

24   out, that my friends had shot the club up.

25       **Q**   Okay.  Bouncer says your friends shot the club up.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    Do you know who he was referring?

2        **A**    Killa.

3        **Q**    Killa shot the club up?

4        **A**    Yes, sir.

5        **Q**    Did you ever talk to Killa or Sonny about what

6    happened that day?

7        **A**    Killa.

8        **Q**    What did he say?

9        **A**    He said -- he said when they came out and once they

10   got out the way -- once Sonny and Block came out and got

11   out the way, he started trying to -- once he seen twin and

12   Jeff coming out, he tried to kill 'em.

13       **Q**    Tried to kill 'em?

14       **A**    Yes, sir.

15       **Q**    You said Sonny was there with him?

16       **A**    Sonny and Block was together.

17       **Q**    Okay.  But B-Man said that he was with Sonny or was

18   Sonny with Block when --

19              **MR. FEINBERG:**  Well, that's not --

20              **MR. DALY:**  Whoa, whoa, whoa.

21              **MR. WECHSLER:**  No, I'm sorry.  I'm getting

22   confused.  My apologies.

23              **MR. DALY:**  You're way ahead of yourself here.

24   BY MR. WECHSLER:

25       **Q**    You said that it was Block and Sonny at the strip

*15-20652; USA v. EUGENE FISHER, ET AL*

 1      club, right?

 2      **A**   Yes, sir.

 3      **Q**   Okay.  And you said B-Man told you what happened?

 4      **A**   Yes, sir.

 5      **Q**   Did Block or Sonny ever tell you what happened?

 6      **A**   Block told me what happened.

 7      **Q**   What did Block say happened?

 8      **A**   He said they was in the club and it was the twins'

 9      party and he said they walked in.  When they walked in, I

10      guess Jeff and another guy approached 'em, and when they

11      approached him, they asked -- they asked him -- they

12      asked -- one guy asked Block, "What's up with all that 42k

13      shit on the Internet?"  And Block said he turned and go

14      "Fuck you."

15              So Jeff grabbed him, like "Damn Block it's fuck

16      me?  My nigga, fuck you."  Then he looked back at the

17      other nigga, like "Nigga fuck, you too."  So I guess when

18      he turned to look back at Jeff, Jeff hit him with a

19      bottle.

20      **Q**   Jeff hit who with a bottle?

21      **A**   Block.

22      **Q**   Was Jeff SMB or a rival?

23      **A**   A rival.

24      **Q**   Okay.  Did you ever talk with Sonny about what

25      happened?

*15-20652; USA v. EUGENE FISHER, ET AL*

1      **A**   I don't recall it.  I don't recall talking to Sonny

2   about that.

3      **Q**   But did Block say who he was with?  He said he was

4   with Sonny?

5      **A**   Yeah, Sonny was -- Sonny, he said yeah.

6      **Q**   Did he indicate -- did Block indicate whether -- I

7   think you said the twins.  Jeff isn't one of the twins, is

8   he?

9      **A**   No.

10     **Q**   Did he indicate whether the twins were involved?

11     **A**   He said -- yes, it was the twins' party.  They had

12   just came home from prison.

13     **Q**   They were having a party?

14     **A**   Yeah, they was having a coming home party.

15     **Q**   Did you see Block's injuries?

16     **A**   Yes, sir.

17     **Q**   What kind of injuries did he have?

18     **A**   He had a black eye.

19     **Q**   He had a black eye?

20     **A**   Yes, sir.

21     **Q**   Let's turn your attention to Frank Murphy Hall.  Are

22   you familiar with Frank Murphy?

23     **A**   Yes, sir.

24     **Q**   What's Frank Murphy?

25     **A**   The state, the state courthouse.

*15-20652; USA v. EUGENE FISHER, ET AL*

1   **Q**   So it's not this courthouse, right?

2   **A**   No, sir.

3   **Q**   Okay.  Are you aware of a fight that took place that

4   you had there along with Fess in 2014?

5   **A**   Yes, sir.

6   **Q**   Tell us about that fight.  What was that over?

7   **A**   We was going to court for Block 'cause a guy had

8   lied on Block and said that he had shot him or tried to

9   kill him.  So we was going to court for Block.

10          We went -- we got there late.  So when we got

11  there, everybody was coming -- when we got upstairs,

12  everybody was coming downstairs.  So we went back

13  downstairs and when we were downstairs, I smoked a

14  cigarette.  We all sitting out there and the victim family

15  was out there.  So we weren't trying to start nothing.

16  You know, we at the courthouse.

17          So me and Fess, we all go back upstairs.  We go

18  back and sit on down and we just waiting on the court to

19  start.  It was in recess.  So as we sitting down, I get up

20  and go around to the -- 'cause the water fountain is on

21  the side where the elevator is at.  So as I bend down to

22  get some water, I'm drinking the water.  When I stood up

23  to head back to the benches, the victim got off the

24  elevator and called me a bitch.  So I hit him in his

25  mouth.  Then we got to fighting.  Then Fess came over

*15-20652; USA v. EUGENE FISHER, ET AL*

1    there, 'cause the other guy tried to jump in and help me.

2        **Q**    You're at court because Block had a case?

3        **A**    Yes, sir.

4        **Q**    Do you know what kind of case it was, what the

5    charge was?

6        **A**    Attempt murder.

7        **Q**    Attempt murder.  You said somebody was lying on

8    Block?

9        **A**    Yeah, he lied on him.  He didn't do it.

10       **Q**    So he was testifying falsely?

11       **A**    Yes, sir.

12       **Q**    Okay.  And you at some point ran into him; is that

13   fair?

14       **A**    At the water fountain.  The water fountain is on the

15   same side as the elevators.

16       **Q**    Okay.  And is that when the fight started?

17       **A**    Yes, sir.

18       **Q**    Because he called you something?

19       **A**    Call me a bitch.

20       **Q**    How long into the fight was it before Fess came over

21   and helped you out?

22       **A**    Thirty seconds, a minute.

23       **Q**    What happened with that fight?  What happened after

24   and how long did the fight last?

25       **A**    It didn't last long.  We -- we scuffled.  We stopped

*15-20652; USA v. EUGENE FISHER, ET AL*

1    before the guards even came.  We stopped.  So everybody

2    just act like it wasn't even no fight.  So the guards just

3    took everybody ID and wrote everybody names down that

4    didn't have IDs.

5        Q    Okay.  The person that you said was lying on Block,

6    do you know if he was a member of a gang?

7        A    No, he wasn't a member of no gang.  He used to be on

8    Madeline with us.

9        Q    Used to be where?

10       A    Used to be on Madeline with us.

11       Q    But wasn't a member of a gang?

12       A    No, sir.

13       Q    So he wasn't a member of SMB?

14       A    No, sir.

15       Q    Ever hear of Neff?

16       A    Yes, sir.

17       Q    Who is Neff?

18       A    Neff's Gutta.

19       Q    Gutta?

20       A    Yes, sir.

21       Q    Were you ever friendly with him?

22       A    Yes.

23       Q    How long did that friendship last?

24       A    Maybe about a year, year and a half.

25       Q    Year, year and a half?

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **A**   Yes, sir.

2    **Q**   You mentioned he was Gutta.  How was it that you

3    were friends with him if he was Gutta and you were 55,

4    they're rivals, no?

5    **A**   Right.  But it was like I told you, it was -- it was

6    dead.  Nobody wasn't beefing.

7    **Q**   Okay.  So how long -- strike that.

8          Do you remember the year or year -- I think you

9    said a year and a half you were friends with him?

10   **A**   Uh-huh.

11   **Q**   What year did you start becoming friendly with him?

12   **A**   It was the early 2000s.  It was the middle of 2011,

13   early 2012, before I even started going to West Virginia.

14   **Q**   Okay.  So before you start going to West Virginia

15   you're friends with him?

16   **A**   Yes, sir.

17   **Q**   He's a member of a rival gang and you're 55, you're

18   associated with SMB.  If you had to choose sides at that

19   point, what do you do, who do you choose?

20   **A**   I choose SMB.  I'm choosing SMB.

21   **Q**   Why are you choosing SMB, I mean this is a friend of

22   yours?

23   **A**   'Cause I knew them longer.

24   **Q**   You knew them longer.  So you would choose SMB over

25   Neff?

*15-20652; USA v. EUGENE FISHER, ET AL*

1      **A**   If it came down to it.  If I couldn't stop it.

2      **Q**   At the time that you were friendly with Neff, do you

3    know whether other SMB was friendly with Neff?

4      **A**   I mean they weren't friendly with Neff, but they

5    done been in the same place as Neff and nothing never

6    happened.

7      **Q**   So they weren't necessarily friends with him like

8    you were?

9      **A**   No sir.

10     **Q**   Okay.  Did you hear about his murder?

11     **A**   Yes, sir.

12     **Q**   Did you talk to anybody about that murder?

13     **A**   Yes, sir.

14     **Q**   Who did you talk to?  How did you learn about it?

15     **A**   I talked to -- first person I talked to about it was

16   Dada.

17     **Q**   Dada?

18     **A**   That's the first one.

19     **Q**   Is that Gooch?

20     **A**   Yes, sir.

21     **Q**   And where did you talk to him about it?

22     **A**   At Shelly house.

23     **Q**   At Shelly's house?

24     **A**   At Shelly's house.

25     **Q**   Shelly a friend from somewhere?

*15-20652; USA v. EUGENE FISHER, ET AL*

1      **A**    Yeah, Dub cousin.

2      **Q**    Dub's cousin.  Where does Shelly live?

3      **A**    Harper Woods.

4      **Q**    I thought Gooch was living in West Virginia selling

5      drugs at that point, no?

6      **A**    He come back like -- I meant at that time, we had

7      money.  So it was -- you know, we'd come back, partying

8      and go back.

9      **Q**    Okay.  Now, how long after the murder of Neff did

10     you talk to Gooch about this, a few days, a few months, a

11     few weeks, what was it?

12     **A**    Thirty minutes, an hour.

13     **Q**    Okay.  So when you're talking to Gooch, what do you

14     learn about it, what did he know?

15     **A**    He told me that he -- that Killa had made a mistake

16     and grabbed -- I don't know.  I can't forget.  I can't

17     remember if it was Dub keys or his keys, but somehow Killa

18     made a mistake and grabbed the wrong keys, and him and Dub

19     went to get the keys from Killa.

20             So when they got up there, they didn't never

21     know what was going on till they got there, and I guess he

22     told 'em that Mike and Martez was in there and then he was

23     leaving -- as Jerome and Dub was leaving, the Hustle Boys,

24     Gutta and them shot the car up and hit Jerome in the leg.

25     **Q**    All right.  So let's kind of clear up some of that.

*15-20652; USA v. EUGENE FISHER, ET AL*

1   So you said that Gooch said that Killa had taken someone's

2   keys?

3       A    Taken -- it was either Dub key -- it was either

4   Quincy keys or Jerome's keys.

5       Q    To the house?

6       A    To a rental car.

7       Q    To a rental car?

8       A    Uh-huh.

9       Q    And Killa left with those keys, so he grabbed the

10  wrong keys?

11      A    He grabbed the wrong keys when he got up to go

12  report, yeah.

13      Q    And when he got up to report, you said that -- who

14  went to go drop those keys -- who went to get those keys?

15      A    Jerome and Quincy.

16      Q    So Jerome is telling you this, that he went with

17  Quincy to get those keys from Killa?

18      A    Yes, sir.

19      Q    And did Jerome indicate that he had any idea that

20  the twins were even anywhere near Billy at that point?

21      A    He didn't know.  He said he didn't know.  He said he

22  didn't know till he got to the parole office what was

23  going on.

24      Q    Do you know where the parole office is?

25      A    Lawton and Warren.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q**   Lawton and Warren?

2    **A**   Uh-huh.

3    **Q**   Where is that in relation to the Red Zone?

4    **A**   Far.  I mean it's not walking distance.  It's two

5    times -- different side of the town.  That's on the west

6    side.

7    **Q**   You've got to go all the way from one side to the

8    other side to get to that parole office?

9    **A**   Yes, sir.

10   **Q**   Okay.  So you said Jerome and Dub, they -- Jerome

11   said he brought those keys to Billy?  I'm sorry, he went

12   to grab those keys from Billy?

13   **A**   Yes, sir.

14   **Q**   And when Jerome got there, what happened?

15   **A**   He got the keys and he left.  As he was leaving,

16   right before he got on -- I guess as he was headed toward

17   the freeway, somebody shot the car up and hit him and hit

18   Jerome in the leg.

19   **Q**   So he's leaving, what, the parole office?

20   **A**   Yes, sir, from getting the keys from Billy.

21   **Q**   Did he know who shot him in the leg at that point?

22   **A**   He didn't see who shot him.

23   **Q**   Did he ever -- let me ask you:  Did you ever see his

24   injury?

25   **A**   Yes, sir.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q**    And was he in fact shot in the leg?

2    **A**    Yes, sir.

3    **Q**    Did you ever talk to Billy about what happened?

4    **A**    Yes, sir.

5    **Q**    What did Billy tell you about it?

6    **A**    He said he cooked 'em.

7    **Q**    He said he cooked 'em?

8    **A**    He said he cooked 'em.

9    **Q**    He cooked 'em.  When he says he cooked 'em, what

10   does cooking them mean?

11   **A**    He killed them.  He shot 'em.

12   **Q**    He shot -- he didn't shoot Jerome, did he?

13   **A**    No, sir.

14   **Q**    So who did he shoot?

15   **A**    He shot one of the twins and Neff.

16   **Q**    Billy told you he shot one of the twins?

17   **A**    And Neff.

18   **Q**    And Neff?

19   **A**    Yes, sir.

20   **Q**    When did he tell you this?

21   **A**    Maybe like three days -- two or three days later.

22   **Q**    Did Billy say who started this confrontation, what

23   led to this?

24   **A**    No.  He told me that when he walked in the parole

25   office he was -- he seen 'em, and he just said he just

1    would hope that his PO called him first so could wait on

2    'em outside, and his PO ended up calling him first.  So

3    when the PO called, he reported and waited outside until

4    they got done reporting.

5        Q    What was the last part?

6        A    He went -- when his PO called him to report, he

7    went, reported, did what he had to do, and went outside

8    and waited for them to come outside.

9        Q    You're talking about the twins?

10       A    Yes, sir.

11       Q    And so what did he tell you about how he cooked

12   them, if anything?

13       A    He said when they came outside, they was riding past

14   looking for him, like looking around to see where he was

15   at, but they didn't see him.  So he pulled out behind 'em.

16   When he pulled out behind 'em, he pulled on the side of

17   'em, started shooting.  He said he chased 'em down and

18   started shooting, turned around, came back, shot some more

19   and then he left.

20       Q    So he waited outside for them and then followed

21   them?

22       A    Yes, sir.

23       Q    You said he -- did he tell you how the shooting took

24   place, what actually -- you know, how he actually did it?

25       A    I just -- I just -- I think I said he followed 'em,

*15-20652; USA v. EUGENE FISHER, ET AL*

1       pulled up on 'em, on the side of 'em, shot in the car.  I

2       guess he was riding, shot in the car, turned around, came

3       back, shot it up some more and left.

4           **Q**   Okay.  Did he ever tell you what gun he used?

5           **A**   A ten millimeter.

6           **Q**   Did he ever say whose gun it was?

7           **A**   It was his gun.

8           **Q**   It was his gun?

9           **A**   Yes, sir.

10          **Q**   Okay.  Did that gun belong to anybody else at some

11      point?

12          **A**   No sir.

13          **Q**   Did you ever learn whether anybody else was involved

14      in the shooting of Neff?

15          **A**   Yes, sir.

16          **Q**   Who did you learn was also involved?

17          **A**   Sonny.

18          **Q**   Sonny?

19          **A**   Yes, sir.

20          **Q**   How did you learn that?

21          **A**   His brother told me.

22          **Q**   His brother, Smoke, you said?

23          **A**   Smokie told me.

24          **Q**   So how did this come about?  What did you learn

25      about Sonny's role in that?

*15-20652; USA v. EUGENE FISHER, ET AL*

1   **A**   It was Christmas and they had -- somebody had

2   started making a fake page and threatening Sonny.  So I

3   said, "Why are they threatening Sonny?"  Sonny didn't have

4   nothing to do with it.  I was talking to Smoke, and Smoke

5   said, "Yes, he did.  His dumb ass was out the window

6   waving a red flag when they was pulling off."

7   **Q**   You said it was almost Christmas when you were

8   talking to Smoke?

9   **A**   Yes, sir.

10   **Q**   So this is months after Neff was killed?

11   **A**   It was like five -- four or five months after, yes,

12   sir.

13   **Q**   And you said somebody was making threats about Sonny

14   on-line?

15   **A**   Yes, sir.

16   **Q**   What were those threats about, do you know?

17   **A**   Well, we know you killed Neff.  We gonna kill you.

18   **Q**   Okay.  And at that point, did Neff tell you -- Neff,

19   I'm sorry.

20           Did Rogers tell you or Smoke tell you --

21   actually, let me strike that.

22           You said that Smoke said Sonny had a flag, a red

23   flag?

24   **A**   He said that when they was -- when Killa got to

25   shooting, Sonny was out the window with a red flag.

*15-20652; USA v. EUGENE FISHER, ET AL*

1     **Q**   Was it a flag like that up by the Judge that just

2     happens to be red?

3     **A**   No, sir.  It was a bandanna, like the one in the

4     video that was wrapped around their face.

5     **Q**   And so he was waving that flag where?

6     **A**   Like taunting 'em at the car.

7     **Q**   Which car would that be?

8     **A**   The car that Neff and the twins was in.

9     **Q**   Before or after they were shot?

10    **A**   After they was shot.

11    **Q**   Let's talk about Smoke for a minute.  Are you aware

12    of when he was shot?

13    **A**   Yes, sir.

14    **Q**   Do you remember the month and year by any chance?

15    **A**   It was March.

16    **Q**   What year, do you think?

17    **A**   2015.

18    **Q**   '15.  So it was after Neff was shot?

19    **A**   Yes, sir.

20    **Q**   So what happened to him?

21    **A**   He got -- they pulled up on him while he was walking

22    and taking his groceries in the house.

23    **Q**   Where did you learn he was shot?

24    **A**   In West Virginia.

25    **Q**   Did you come back up here when you learned that?

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **A**   Yes, sir.

2    **Q**   How soon after?

3    **A**   Maybe a day, two.  No more than a week.

4    **Q**   So Smoke gets shot up here.  You said they were

5    coming after him when he was doing something with his

6    groceries, who is they?

7    **A**   He never told me exactly who it was.  He didn't see

8    who it was he said.

9    **Q**   But you came up here after that.  Why did you come

10   up?

11   **A**   I had to turn myself in.  I had a probation

12   violation in St. Clair County.

13   **Q**   Okay.  So after you get up here, how long after the

14   shooting was it that you arrived up here?

15   **A**   Maybe a week at the most.

16   **Q**   What was it?

17   **A**   Maybe a week at the most.

18   **Q**   A week at the most.  Okay.  And so after Smoke gets

19   shot, what, if anything, do you do, do you take any

20   action?

21   **A**   Yes, sir.

22   **Q**   What did you do?

23   **A**   I went -- we went looking for the people we thought

24   had something to do with it.

25   **Q**   You said we went looking for the people you thought

*15-20652; USA v. EUGENE FISHER, ET AL*

1     had something to do with it.  Who is we?

2     **A**    Me, Wicked, Block, Fess, Grymee and B-Man.

3     **Q**    So all one, two, three, four -- six of you went

4     around looking for the guy or person you thought shot

5     Smoke?

6     **A**    Yes, sir.

7     **Q**    Who did you guys think at that point was responsible

8     for shooting Smoke?

9     **A**    We knew was group of people was responsible for it.

10    We thought the Hustle Boys or the Gutta.  So we was

11    looking for anybody that was related to them.

12    **Q**    And so what were you going to do?  Why did you go

13    out?  Why did the six of you go out?

14    **A**    To get revenge.

15    **Q**    To get revenge?

16    **A**    Yes, sir.

17    **Q**    So it was Billy along with the five of you that went

18    out to get revenge at that point?

19    **A**    Yes, sir.

20    **Q**    So you said Billy, Vil, Wick, Block, Fess and you

21    all went out to get revenge?

22    **A**    Yes, sir.

23    **Q**    Before you went looking for the person that you

24    thought did this or people, did you stop anywhere?

25    **A**    We stopped at Block house and grabbed some bullets

*15-20652; USA v. EUGENE FISHER, ET AL*

1    for a gun.

2        Q    You said you grabbed some bullets for a gun, you

3    said?

4        A    Yes, sir.

5        Q    What kind of guns did everybody have -- or did

6    everyone actually have guns?

7        A    Everybody had a handgun.

8        Q    So all six of you had a handgun?

9        A    I don't know.  I can't say if everybody had a gun.

10       Q    So who, that you know of, had a gun that day?

11       A    I had -- no, I was driving.  So Block had a gun -- I

12   mean yeah, Block had a gun.  Grymee had a gun, Billy had a

13   gun.  Wick had a gun.  That's the only people I can say I

14   seen with a gun.

15       Q    Okay.  So you were driving.  Do you remember Fess

16   having a gun?

17       A    I don't remember.

18       Q    Okay.  And you mentioned you didn't have a license

19   at that point, right?

20       A    No, sir.

21       Q    You were still driving anyway?

22       A    Yes, sir.

23       Q    All six of you fit into the same car?

24       A    No, we was two cars deep.

25       Q    So who was in which car?

1      **A**   Me, Grymee and -- me, Grymee and Killa was in the

2  car -- in my car.

3      **Q**   And so the other three were obviously in the other

4  car, Fess, Wick and Block?

5      **A**   Yes, sir.

6      **Q**   You went looking for the individual who did this.

7  Was there a term that anybody used for what you guys were

8  doing?

9      **A**   Hunting.

10     **Q**   What was it?

11     **A**   Hunting.

12     **Q**   Hunting?

13     **A**   Yes, sir.

14     **Q**   And if you actually found the individual that day

15  who did this, what would you have done or what was the

16  plan beside just getting revenge, specifically, what were

17  you going to do?

18     **A**   We was gonna to shoot 'em.

19     **Q**   Shoot 'em.  Did you guys ever find the individual

20  who did this?

21     **A**   No, sir.

22     **Q**   Did you go around looking for awhile?

23     **A**   Yes, sir.

24     **Q**   How long do you think you looked?

25     **A**   For about an hour.  We left kind of -- by the time

*15-20652; USA v. EUGENE FISHER, ET AL*

1    we got there, we circled a few times.  We left kind of

2    quick 'cause the police was out there.  It was the police

3    had done come in.  There was heavy police outside the

4    club.

5    **Q**    So where did you go to try to find the person who

6    did this?

7    **A**    I forgot the name of the club.  It was off Mack,

8    right -- it was between Mack and Jefferson, on Outer

9    Drive, right off like one of those side streets off Outer

10   Drive right there by Chrysler -- the Chrysler plant on

11   Outer Drive -- on Connors.

12   **Q**    Was the individual or people you thought that were

13   responsible, were they part of SMB?

14   **A**    No.

15   **Q**    Were they part of any organization?

16   **A**    The people I thought was responsible, was they part

17   of SMB or any other organization?

18   **Q**    Yes.

19   **A**    No.  They was part of the Hustle Boys or Gutta.

20   **Q**    So you guys were going after Gutta or Hustle because

21   you guys thought they had something to do with it?

22   **A**    Yes, sir.

23   **Q**    Now, you don't find them that night.  Where did you

24   go after you went hunting?

25   **A**    We went back on Westphalia.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q**   On Westphalia.  Is there a house on Westphalia?

2    **A**   Yes, sir.

3    **Q**   Whose house is that?

4    **A**   It was Weez and Wick house.

5    **Q**   Weez and Wick's house?

6    **A**   Yes.

7    **Q**   Was it a trap house?

8    **A**   Yes, sir.

9    **Q**   Was it a house that's commonly associated with SMB

10   or their associates?

11   **A**   Yes, sir.

12   **Q**   Let's talk about Block.  Is Block still alive?

13   **A**   No, sir.

14   **Q**   What happened to him?

15   **A**   He got killed.

16   **Q**   Block got killed.  Where were you when Block got

17   killed?

18   **A**   I was in jail.

19   **Q**   You were in jail?

20   **A**   Yes, sir.

21   **Q**   What were you in jail for at that point?

22   **A**   Violating probation in St. Clair County.

23   **Q**   A violation of probation, you said?

24   **A**   Yes, sir.

25   **Q**   What were you on probation for?

*15-20652; USA v. EUGENE FISHER, ET AL*

1     **A**    Packaging with intent to deliver crack cocaine and

2     fleeing and eluding, resisting and obstructing.

3     **Q**    Drugs, as well as fleeing the police?

4     **A**    Yes, sir.

5     **Q**    When did you get out at that point?

6     **A**    The first week of May.

7     **Q**    First week of May.  When you got out, was Block

8     already killed, he was already dead at that point?

9     **A**    Yes, sir.

10    **Q**    Were you able to attend his viewing?

11    **A**    Yes, sir.

12    **Q**    Was his viewing -- let me ask you this, when in

13    relation to when you got out was his viewing, the same

14    week, the next day, when was it?

15    **A**    Maybe three or four days later.

16    **Q**    So you get out and then a few days later his viewing

17    takes place?

18    **A**    Yes, sir.

19    **Q**    Were KP, B-Man or Vil at his viewing?

20    **A**    No, sir.

21    **Q**    So the day of the viewing, did you go to anybody's

22    house?

23    **A**    We went to the viewing, yes, sir.  We went to the

24    viewing and then we went back to R.O. house.

25    **Q**    When you say you went back to R.O.'s house, who was

*15-20652; USA v. EUGENE FISHER, ET AL*

1    at R.O.'s house after the viewing when you got there?

2        **A**    Everybody.

3        **Q**    Again, who is everybody, as many as you remember?

4        **A**    Me -- me, Grymee, R.O., Block -- not Block, Killa,

5    Poppa.

6        **Q**    Was KP there?

7        **A**    Yes, KP, Fat Ray.  It was a lot of us.

8        **Q**    A lot of you guys?

9        **A**    Yes, sir.

10       **Q**    Where was R.O.'s house at the time, do you remember?

11       **A**    Warren and Michigan.

12       **Q**    Warren and Michigan?

13       **A**    Yes, sir.

14       **Q**    So what was the mood?  I imagine it wasn't -- I mean

15   it was a somber mood?

16       **A**    Hostile.

17       **Q**    Hostile.  Why do you say it was hostile?

18       **A**    Somebody we loved just died.

19       **Q**    Okay.  So while you're there, did you hear of

20   anything that just happened?

21       **A**    As I walk in the house, I walk -- when I walk in the

22   house, Killa told me, "Come here."  I went in the

23   basement.  He told me, he said, "When I call you, you

24   should answer the phone.  I just went over there and

25   killed everybody on Craft."

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **Q**   So all right.  You get there, everybody you mention

2    is already there or did you guys go there together?

3    **A**   Everybody was already there.  I was by myself when I

4    pulled up there.

5    **Q**   But to be clear, KP, B-Man and Vil were not at the

6    viewing you went to?

7    **A**   Uh-uh.

8    **Q**   You went to the basement, you said?

9    **A**   Yes.  He was in the basement trying to -- he was

10   playing with an AK-47.

11   **Q**   Who was doing that?

12   **A**   Killa.

13   **Q**   So Killa was playing with an AK-47 at that point?

14   **A**   Yes, sir.

15   **Q**   Was he by himself in the basement, anybody else

16   there?

17   **A**   Me, him and R.O.

18   **Q**   Okay.  Did R.O. have a gun?

19   **A**   No.

20   **Q**   All right.  So let's go back.  So Billy said what,

21   what did he say to you?

22   **A**   When I walked in the basement, he told me -- well,

23   he didn't ask me, but "Why you ain't answer the phone?

24   You need to answer the phone when I'm calling you.  You

25   know, I just went over there and killed everybody on

*15-20652; USA v. EUGENE FISHER, ET AL*

1    Craft."

2        Q    So he said -- so he was annoyed that you didn't

3    answer the phone, is that fair?

4        A    Yes, sir.

5        Q    He said he went over and killed everyone on Craft?

6        A    Yes, sir.

7        Q    Now, at some point, did you talk to other people

8    that were at the house with you?

9        A    Yeah.  We all just was -- we was all having

10   conversation, yes, sir.

11       Q    So who were you talking to -- let me make it simple.

12   Did Vil say anything to you?

13       A    No -- yeah, he just kept on saying, "This shit easy,

14   shit easy work," and when I asked him, I said, "What the

15   hell happened?"  He just, "Well, the shit like I just went

16   over there on Craft, but we ain't" --

17       Q    Try to keep your voice up a little bit.

18       A    He just told me, "We went over there on Craft."

19       Q    So Vil told you, "This is easy, easy work"?

20       A    Uh-huh.

21       Q    And that "We just went over there on Craft" is that

22   what you said?

23       A    Uh-huh.

24       Q    Did he say what they did over on Craft?

25       A    Not -- not at that moment, no.

                15-20652; USA v. EUGENE FISHER, ET AL

1   **Q**   Okay.  Did he have a gun on him?

2   **A**   Yes.

3   **Q**   What did he have?

4   **A**   A handgun.

5   **Q**   He had a handgun?

6   **A**   Yes, sir.

7   **Q**   Okay.  What about KP, did you see KP with a gun?

8   **A**   Yes.

9   **Q**   What kind of gun did he have?

10  **A**   A AR.

11  **Q**   An AR-15?

12  **A**   Yes.

13  **Q**   Did he say anything to you about what happened?

14  **A**   Not -- not over there.

15  **Q**   Not over there.  Anybody else say anything to you

16  while you were still at R.O.'s house about what happened?

17  **A**   No.  No.  We -- we -- they was just -- we was

18  talking about everything, and they was just telling me,

19  that Killa was just like telling me that -- Killa told me

20  that Grymee wouldn't stop shooting.  He told Grymee to

21  stop shooting at the car.  He supposed to been watching

22  his back.  He said he had 'em under control, the people

23  that was in the car.  He needed Grymee to watch his back.

24  **Q**   So B-Man told you this, you said?

25  **A**   Yes, sir.

*15-20652; USA v. EUGENE FISHER, ET AL*

1     **Q**   B-Man told you that he told Grymee to stop shooting

2 at the car?

3     **A**   Yes, sir.

4     **Q**   Because Grymee was supposed to watch B-Man's back?

5     **A**   Yes, sir.

6     **Q**   Why was -- I mean was this sort of an SMB or 55

7 gathering after Block's wake?

8     **A**   Yes, sir.

9     **Q**   Or his viewing.  Okay.  So what was KP doing there?

10     **A**   KP loved Block too.

11     **Q**   Loved Block too.  During any of these conversations,

12 anybody ever say, "Why did we do this?  Why are these

13 shootings happening?  Let's not do this."  Did anybody

14 object to what Billy did as well as KP and Vil?

15     **A**   Nobody.  Not after Block died.

16     **Q**   Not after Block died.  People were supporting what

17 happened, not to Block but the shooting?

18          **MR. FEINBERG:**  Objection.

19 **BY MR. WECHSLER:**

20     **Q**   What was their mood?

21          **MR. FEINBERG:**  No, no, no.

22          **THE COURT:**  What's the objection?

23          **MR. FEINBERG:**  If anybody -- that's a leading

24 question, number one.  Number two, how do we know about

25 who or if anybody was objecting.

*15-20652; USA v. EUGENE FISHER, ET AL*

 1  **BY MR. WECHSLER:**

 2     **Q**   Did anybody that was at that house object to the

 3  shooting that took place that you just learned about?

 4     **A**   No.

 5     **Q**   Did people seem happy about it?  Did everybody at

 6  that house seem okay with what happened with that

 7  shooting?

 8     **A**   I wouldn't say it was happy, no.  Nobody care.

 9     **Q**   Nobody cared?

10     **A**   Nobody cared.

11     **Q**   Nobody had a problem with it?

12     **A**   It was like we was hurt.

13     **Q**   Because of Block getting killed?

14     **A**   Yes, sir.

15             **MR. WECHSLER:**  Okay.  Judge, this is probably

16  a good time to stop.  I know it's a few minutes early.

17             **THE COURT:**  All right.  We'll take our break

18  and assemble tomorrow morning.

19                  (Jury out 12:51 p.m.)

20                  (Proceedings concluded 12:51 p.m.)

21                        - - -

22             **C E R T I F I C A T I O N**

23                                  We, Ronald

24  DiBartolomeo and Andrea E. Wabeke, official court reporters for

25  the United States District Court, Eastern District of Michigan,

                *15-20652; USA v. EUGENE FISHER, ET AL*

1    Southern Division, appointed pursuant to the provisions of

2    Title 28, United States Code, Section 753, do hereby certify

3    that the foregoing is a correct transcript of the proceedings

4    in the above-entitled cause on the date hereinbefore set forth.

5    We do further certify that the foregoing transcript has been

6    prepared by us.

7    /s/Andrea E. Wabeke, 7/24/2018
     Official Court Reporter
8    /s/Ronald DiBartolomeo, 7/24/2018
     Official Court Reporter
9                                   -  -  -

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                    *15-20652; USA v. EUGENE FISHER, ET AL*