UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,

    Plaintiff,           File No. **15-20652**

-vs-

         Hon. **George Caram Steeh**

**D-4  COREY BAILEY,**

    Defendant.

---

### STIPULATED ORDER FOR EXTENSION OF
### TIME TO FILE OBJECTIONS TO PRESENTENCE REPORT

**IT IS HEREBY STIPULATED** between the parties that defense counsel shall have until January 18, 2019 to file objections to Defendant Bailey's Presentence Report with the probation officers as outlined in Section (b) of LcrR 32.1.

**IT IS SO STIPULATED:**

/s/Mark S. Bilkovic   w/consent 12/21/2018
**MARK S. BILKOVIC (P48855)**
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Phone:  (313) 226-9623
mark.bilkovic@usdoj.gov

/s/*Craig A. Daly*
**CRAIG A. DALY, P.C. (P27539)**
Attorney for Corey Bailey (D-4)
615 Griswold, Suite 820
Detroit, Michigan 48226
Phone:  (313) 963-1455
4bestdefense@sbcglobal.net

**IT IS SO ORDERED:**

        s/George Caram Steeh
        **HON. GEORGE CARAM STEEH**
        U. S. DISTRICT JUDGE

Dated: January 2, 2018