1

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                         SOUTHERN DIVISION


 **UNITED STATES OF AMERICA,**

            Government,
                                          **HONORABLE GEORGE CARAM STEEH**
       v.
                                          **No. 15-20652**
 **D-3 EUGENE FISHER,**
 **D-4 COREY BAILEY,**
 **D-6 ROBERT BROWN,**
 **D-13 ARLANDIS SHY,**
 **D-19 KEITHON PORTER,**

            Defendants.
 _____/

                           **JURY TRIAL**

                  **Thursday, August 23, 2018**

                           -  -  -

APPEARANCES:

For the Government:             JULIE FINOCCHIARO, ESQ.
                                JUSTIN WECHSLER, ESQ.
                                TARE WIGOD, ESQ.
                                MARK BILKOVIC, ESQ.
                                Assistant U.S. Attorneys


For the Defendants:             HENRY M. SCHARG, ESQ.
                                On behalf of Eugene Fisher

                                CRAIG DALY, ESQ.
                                KEITH SPIELFOGEL, ESQ.
                                On behalf of Corey Bailey

                                JAMES FEINBERG, ESQ.
                                On behalf of Robert Brown


                                MARK MAGIDSON, ESQ.
                                JOHN THEIS, ESQ.
                                On behalf of Arlandis Shy

Case 2:15-cr-20652-GCS-DRG ECF No. 1576, PageID.24962 Filed 12/16/19 Page 2 of 13
Case 2:15-cr-20652-GCS-DRG ECF No. 1507, Filed 02/04/19 PageID.17889 Page 2 of 13

2

STEVEN SCHARG, ESQ.
On behalf of Keithon Porter

- - -

*To Obtain Certified Transcript, Contact:*
*Ronald A. DiBartolomeo, Official Court Reporter*
*Theodore Levin United States Courthouse*
*231 West Lafayette Boulevard, Room 1067*
*Detroit, Michigan  48226*
*(313) 962-1234*

*Proceedings recorded by mechanical stenography.*
*Transcript produced by computer-aided transcription.*

Case 2:15-cr-20652-GCS-DRG ECF No. 1576, PageID.21963 Filed 12/16/19 Page 3 of 13
Case 2:15-cr-20652-GCS-DRG ECF No. 1507, filed 02/04/19 PageID.17380 Page 3 of 13

3

1                            **I N D E X**
2                                                                          Page
3  Jury deliberations                                                         4

15                            **E X H B I T S**

17  Identification                                      Offered     Received

19                       N     O     N     E

---

*15-20652; USA v. EUGENE FISHER, ET AL*

Case 2:15-cr-20652-GCS-DRG ECF No. 1576, PageID.31964 Filed 12/16/19 Page 4 of 13
Case 2:15-cr-20652-GCS-DRG ECF No. 1307, filed 02/04/19 Page ID.17387 Page 4 of 13

4

```
 1                            Detroit, Michigan
 2                            Thursday, August 23, 2018
 3                            At 8:30 a.m.
 4                               -  -  -
 5                (Jury resumed deliberations.)
 6
 7           (Proceedings held without jury at 2:41 p.m.)
 8
 9           THE COURT:  Okay.  I have been waiting for a
10   message from the jury that might require that we all
11   gather, so I decided we better -- I wanted to fill you in
12   on an occurrence.
13           First, I'm going to read into the record the jury
14   requests for evidence that has been received over the past
15   couple of days -- actually going back to Tuesday.
16           MR. SPIELFOGEL:  Are they bringing them over?
17           THE COURT:  Yes.  This part of it, I don't
18   think would really matter for the defendants.  It's just a
19   description of the evidence that was brought in.
20           MR. THEIS:  That's fine with us, unless Mr.
21   Spielfogel --
22           MR. SPIELFOGEL:  No, as far as what evidence
23   has gone back, that's fine.
24           THE COURT:  All right.  We're waiting to
25   bring in your clients for the jurors to be out of the
```

*15-20652; USA v. EUGENE FISHER, ET AL*

Case 2:15-cr-20652-GCS-DRG ECF No. 1576, PageID.21965 Filed 12/16/19 Page 5 of 13
Case 2:15-cr-20652-GCS-DRG ECF No. 1307, filed 02/04/19 PageID.17888 Page 5 of 13

5

1   building.  It looks like we have a few minutes to wait.
2   So you can resume your conversations.
3
4                       (Recess taken.)
5
6                       (Proceedings resumed.)
7
8           **THE CLERK:**  Case Number 15-20652, United
9   States of America versus Eugene Fisher, Corey Bailey,
10  Robert Brown, Arlandis Shy and Keithon Porter.
11          **THE COURT:**  All right.  Good afternoon.
12          The record should reflect the defendants and
13  counsel are all here, and the Court asked for you to
14  assembled.
15          As I started to indicate earlier, I have been
16  waiting to address a matter to the parties that would be
17  done in conjunction with some note from the jury ideally,
18  but no note has been forthcoming today, other than notes
19  requesting evidence, and I'm going to begin by reading the
20  notes that we have received from the jury since we last
21  assembled on Tuesday, and those include a message that
22  came at 1:30 asking for Exhibits 409a through hh, 412,
23  415, and 416.
24          Another note came at 1:45 p.m., asking for
25  Exhibits 61, 62, 64, 65, and 66.

Case 2:15-cr-20652-GCS-DRG ECF No. 1576, PageID.31966 Filed 12/16/19 Page 6 of 13
Case 2:15-cr-20652-GCS-DRG ECF No. 1307, filed 02/04/19 PageID.17389 Page 6 of 13

6

```
 1           Another note came at 2:00 p.m., and they asked for
 2   Defense Exhibit 23.
 3           Another note -- that I have to say was at
 4   2:00 p.m. on Tuesday.
 5           On Wednesday the 22nd at 9:30 a.m., a note
 6   requesting Exhibits 43, 51a through g, 45, 48, 49, 50, 51,
 7   52, 53, 55, and 56.
 8           At 9:15 a.m., another note requests Exhibits 159a
 9   through jj, from those exhibits -- all of those exhibits
10   were not admitted.  So they were given the exhibits that
11   have been admitted, which include e through g, i through
12   k, m through v, y, z, aa and cc.  Also Exhibits 161, 162,
13   165 and 166.
14           The next note came at 9:48 a.m.  The jurors
15   requested Exhibits 324a through u or b -- no, a through
16   o -- and from that exhibit there were two items that were
17   not admitted.  So they were not delivered, and that would
18   include m and n.  Also, Exhibits 325, 326, 327.  On 327
19   there's a note, not an exhibit.  So that did not go in.
20   They asked for 327, but that was not delivered because it
21   was not received.  328, which had already been given to
22   the jurors, 324, 330, 330a, and 325a they asked for, but
23   that too was not an exhibit.  It was not admitted, and was
24   not delivered.
25           At 2:00 p.m. on Wednesday, yesterday -- today.  I
```

*15-20652; USA v. EUGENE FISHER, ET AL*

Case 2:15-cr-20652-GCS-DRG  ECF No. 1576, PageID.21967  Filed 12/16/19  Page 7 of 13
Case 2:15-cr-20652-GCS-DRG  ECF No. 1507, filed 02/04/19  PageID.17890  Page 7 of 13

7

1    see, August 23.  So today at 2:00 p.m., the jurors
2    requested Exhibits 344a through i, or videos admitted,
3    and -- and Corey Bailey interview.  Exhibits 344d through
4    g only will be provided to the jury.
5         So that summarizes the notes that have been
6    received over the last couple of days.
7         The other purpose to having you in is to relate an
8    incident that occurred on Tuesday after we addressed the
9    last note on that date to the jury, and that -- well, I
10   don't know that I need to give that you background.
11        On Tuesday, two text messages were sent to the
12   Marshals Service from one of the jurors, which reads as
13   follows:
14        First, if we think there may be some conspiracy
15   within the group, how do we voice that without being
16   singled out?
17        And second, we don't know for sure, but it is
18   really bothering some of us.
19        The marshal receiving these texts forwarded the
20   messages to his supervisory marshal, who shared the
21   messages with me just after we broke from the last note
22   from the jury.
23        The U.S. Marshal asked for permission to inquire
24   of the juror whether he or she was alleging wrongdoing or
25   jury tampering of any kind, which would require further

Case 2:15-cr-20652-GCS-DRG ECF No. 1576, PageID.21968 Filed 12/16/19 Page 8 of 13
Case 2:15-cr-20652-GCS-DRG ECF No. 1307, filed 02/04/19 PageID.17891 Page 8 of 13

8

1   investigation.
2   I approved the request on the condition that the
3   marshal not elicit any information concerning the
4   substance of jury communications, but to strictly limit
5   the inquiry to whether the juror was alleging some kind of
6   wrongdoing in the nature of jury tampering.
7   I also directed my law clerk officer Jill Hart,
8   who is seated here, to stand by during that interview to
9   ensure that these restrictions were maintained.
10  After a very brief inquiry of the juror, the
11  marshal concluded that the juror was not alleging any
12  wrongdoing or outside influence, but the complaints
13  amounted to normal differences of opinion and alliances
14  among the jurors in their deliberations.
15  The juror sending the message then acknowledged
16  having no tangible evidence of wrongdoing, and was content
17  to continue the deliberations, and they resumed
18  deliberations, and since then no further communications.
19  So it's fairly apparent that -- that was
20  sufficient to address her concerns, and they are
21  continuing to deliberate.
22  I'm happy to answer any questions if counsel has
23  questions or comments.
24  **MR. WIGOD:** Judge, I'm sorry. Could you
25  repeat for me the two text messages?

*15-20652; USA v. EUGENE FISHER, ET AL*

Case 2:15-cr-20652-GCS-DRG ECF No. 1576, PageID.31969 Filed 12/16/19 Page 9 of 13
Case 2:15-cr-20652-GCS-DRG ECF No. 1507, filed 02/04/19 Page ID.17892 Page 9 of 13

9

1    **THE COURT:** Yes.  The first message reads:
2    If we think there may be some conspiracy within the group,
3    how do we voice that without being singled out?
4         And the second note:  We don't know for sure, but
5    it's really bothering some of us.
6              **MR. WIGOD:**  Thank you, your Honor.
7              **MR. H. SCHARG:**  I do have a question --
8              **THE COURT:**  Yes, sir.
9              **MR. H. SCHARG:**  -- regarding the
10   circumstances that this interviewed occurred.  Could you
11   enlighten us a little more --
12             **THE COURT:**  Yes.
13             **MR. H. SCHARG:**  -- how the juror was singled
14   out away from the other jurors for this questioning?
15             **THE COURT:**  Yes.  So first, my first question
16   was, how does juror have the cell phone number of the U.S.
17   Marshal, and the answer to that is that they assembled.
18   He's responsible for assembling them in the morning.  So
19   presumably if they have car trouble or some other reason
20   to report, running late or that they're stranded
21   somewhere, they have the means to contact the marshal who
22   is responsible for bringing them into the courthouse each
23   day.  That was that answer.
24        Your question concerning this juror, we had the --
25   they had the juror number I believe, and so when the Court

Case 2:15-cr-20652-GCS-DRG ECF No. 1576 PageID.21970 Filed 12/16/19 Page 10 of 13
Case 2:15-cr-20652-GCS-DRG ECF No. 1307 Filed 02/04/19 PageID.17593 Page 10 of 13

10

```
 1    approved the request for the inquiry, the marshal knocked
 2    on door of the jury room, asked the -- asked for juror
 3    such and such, indicating that there was a telephone call
 4    that was being made to that jury so it would not rise to
 5    some curiosity on part of the jurors, and the interview
 6    took place in the adjacent -- adjacent to this jury room
 7    is Judge Berg's jury room, and so he had her take a seat
 8    there, asked very few questions, and was convinced that
 9    there was no threat or complaint of jury wrongdoing of any
10    kind basically, just the natural process of working
11    through problems in the jury room, and so that's how that
12    happened.
13             MR. H. SCHARG:  So it was a knock at the
14    door, and the juror was told there was some phone call for
15    that individual --
16             THE COURT:  Yes.
17             MR. H. SCHARG:  -- that had to be addressed
18    at that time, and the juror was isolated --
19             THE COURT:  Yes.
20             MR. H. SCHARG:  -- in another room.  Was that
21    interviewed recorded in any fashion?
22             THE COURT:  No.  Jill stood by, but Jill also
23    advised the jurors not to continue deliberating until this
24    excused juror was sent back in the room.
25             MR. H. SCHARG:  I'm not asking to see if it
```

*15-20652; USA v. EUGENE FISHER, ET AL*

Case 2:15-cr-20652-GCS-DRG ECF No. 1576 PageID.21971 Filed 12/16/19 Page 11 of 13
Case 2:15-cr-20652-GCS-DRG ECF No. 1307 Filed 02/04/19 PageID.17594 Page 11 of 13

11

| | |
|---|---|
| 1 | exists, it's probably under seal, but was there a report |
| 2 | generated by the U.S. Marshals relative to that interview? |
| 3 | **THE COURT:** I don't believe so.  If there's |
| 4 | a -- well, I don't believe so, but I'm sure he would be |
| 5 | able to produce such a report. |
| 6 | **MR. H. SCHARG:** I'm not asking for the |
| 7 | report, but if there was a report, I would assume it will |
| 8 | be sealed.  I just wanted to know if there is some type |
| 9 | of -- if the interview was memorialized in any fashion? |
| 10 | **THE COURT:** No.  My impression was that the |
| 11 | interview lasted for about three minutes. |
| 12 | Okay.  So that's where we stand. |
| 13 | **MR. FEINBERG:** Judge, I have one request.  I |
| 14 | would ask that -- I'm asking that the Court only proceed |
| 15 | until 1:30 tomorrow unless there's a verdict.  I have a |
| 16 | funeral at 3:00 in Pickney, and I would like to go to it. |
| 17 | **THE COURT:** I don't think anybody would |
| 18 | object to that request.  The only reason -- I will say |
| 19 | yes, conditionally.  If the jurors are giving some hint |
| 20 | that they've reached a verdict, which is not extremely |
| 21 | uncommon on a Friday afternoon, then I would want to take |
| 22 | the verdict, but other than that if it appears it's going |
| 23 | to end a normal days work, I'll be happy to accommodate. |
| 24 | **MR. FEINBERG:** Thank you very much. |
| 25 | **THE COURT:** Okay. |

*15-20652; USA v. EUGENE FISHER, ET AL*

Case 2:15-cr-20652-GCS-DRG ECF No. 1576 PageID.21972 Filed 12/16/19 Page 12 of 13
Case 2:15-cr-20652-GCS-DRG ECF No. 1307 filed 02/04/19 PageID.17595 Page 12 of 13

12

```
 1            MR. BILKOVIC:  I know the Court doesn't have
 2   control over the U.S. Marshal Service, but would the Court
 3   be willing to request of the marshal that did the
 4   interview, that he does prepare a report that the Court
 5   has in case it is needed in the future, some documentation
 6   of what happened during the interview?
 7            THE COURT:  Right.  Sure.  I'll be glad to.
 8            MR. BILKOVIC:  Thank you.
 9            THE COURT:  Part of my reasoning of having
10   our jury officer stand by, was to make sure that an
11   accurate --
12            MR. BILKOVIC:  She can make a written
13   statement too.
14            THE COURT:  Okay.  All right.  Have a good
15   night, and see you tomorrow.
16
17      (Proceedings adjourned for the day at 3:11 p.m.)
18                         -   -   -
19
20
21
22
23
24
25
```

*15-20652; USA v. EUGENE FISHER, ET AL*

Case 2:15-cr-20652-GCS-DRG ECF No. 1576 PageID.21973 Filed 12/16/19 Page 13 of 13
Case 2:15-cr-20652-GCS-DRG ECF No. 1307 filed 02/04/19 PageID.17596 Page 13 of 13

13

```
 1                    C E R T I F I C A T I O N
 2
 3              I, Ronald A. DiBartolomeo, official court
 4   reporter for the United States District Court, Eastern
 5   District of Michigan, Southern Division, appointed
 6   pursuant to the provisions of Title 28, United States
 7   Code, Section 753, do hereby certify that the foregoing is
 8   a correct transcript of the proceedings in the
 9   above-entitled cause on the date hereinbefore set forth.
10              I do further certify that the foregoing
11   transcript has been prepared by me or under my direction.
12
13   s/Ronald A. DiBartolomeo              _February 4, 2019
     Ronald A. DiBartolomeo, CSR                   Date
14   Official Court Reporter
15                         -  -  -
16
17
18
19
20
21
22
23
24
25
```

*15-20652; USA v. EUGENE FISHER, ET AL*