Case 2:15-cr-20652-GCS-DRG   ECF No. 1577, PageID.21974   Filed 12/16/19   Page 1 of 26
Case 2:15-cr-20652-GCS-DRG   ECF No. 1207, filed 10/31/18   PageID.15860   Page 1 of 26

1

1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF MICHIGAN
2                         SOUTHERN DIVISION

3

4    **UNITED STATES OF AMERICA,**

5              Government,

                                      **HONORABLE GEORGE CARAM STEEH**
6         v.

                                      **No. 15-20652**
7    **D-3 EUGENE FISHER,**
     **D-4 COREY BAILEY,**
8    **D-6 ROBERT BROWN,**
     **D-13 ARLANDIS SHY,**
9    **D-19 KEITHON PORTER,**

10             Defendants.
     _____/
11
                           **JURY TRIAL**
12
                     **Monday, August 27, 2018**
13
                          -   -   -
14
     APPEARANCES:
15
     For the Government:         JULIE FINOCCHIARO, ESQ.
16                               JUSTIN WECHSLER, ESQ.
                                 TARE WIGOD, ESQ.
17                               MARK BILKOVIC,ESQ.
                                 Assistant U.S. Attorneys
18

19   For the Defendants:         HENRY M. SCHARG, ESQ.
                                 On behalf of Eugene Fisher
20
                                 CRAIG DALY, ESQ.
21                               KEITH SPIELFOGEL, ESQ.
                                 On behalf of Corey Bailey
22
                                 JAMES FEINBERG, ESQ.
23                               On behalf of Robert Brown

24
                                 MARK MAGIDSON, ESQ.
25                               JOHN THEIS, ESQ.
                                 On behalf of Arlandis Shy

Case 2:15-cr-20652-GCS-DRG ECF No. 1577, PageID.21975 Filed 12/16/19 Page 2 of 26
Case 2:15-cr-20652-GCS-DRG ECF No. 1207, filed 10/31/16 PageID.15661 Page 2 of 26

2

 1                                              STEVEN SCHARG, ESQ.
 2                                          On behalf of Keithon Porter

 3

 4                              -     -    -

 5

 6                    *To Obtain Certified Transcript, Contact:*
           *Ronald A. DiBartolomeo, Official Court Reporter*
 7              *Theodore Levin United States Courthouse*
             *231 West Lafayette Boulevard, Room 1067*
 8                    *Detroit, Michigan   48226*
                          *(313) 962-1234*

 9            *Proceedings recorded by mechanical stenography.*
         *Transcript produced by computer-aided transcription.*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 2:15-cr-20652-GCS-DRG ECF No. 1577, PageID.21976 Filed 12/16/19 Page 3 of 26
Case 2:15-cr-20652-GCS-DRG ECF No. 1207, filed 10/31/16 PageID.15862 Page 3 of 26

3

1                              **I  N  D  E  X**

2  _____Page

3  Jury verdict                                                    4

4

5

6

7

8

9

10

11

12

13

14

15

16                          **E  X  H  B  I  T  S**

17  Identification_____Offered    Received

18

19                      N       O       N       E

20

21

22

23

24

25

                    *15-20652; USA v. EUGENE FISHER, ET AL*

Case 2:15-cr-20652-GCS-DRG ECF No. 1577, PageID.31937 Filed 12/16/19 Page 4 of 26
Case 2:15-cr-20652-GCS-DRG ECF No. 1207, filed 10/31/16 PageID.15003 Page 4 of 26

4

1                              Detroit, Michigan
2                              Monday, August 27, 2018
3                              At 8:30 a.m.
4                        -    -    -
5              (Jury resumes deliberations.)
6
7         (Proceedings held without jury at 12:18 p.m.)
8
9              **THE COURT:**  Okay, folks.  You can take a
10    seat.
11             We received a note from the jury that reads that
12    they have agreed upon a verdict as to all of the
13    defendants, and in the meantime the Court will read the
14    last two messages received from the jury -- actually that
15    is the text of the message received at 11:15 a.m.
16             Just prior to that, the Court received a request
17    for Exhibits 380, 402, 403, 412, 467, and 321 from the
18    jury foreperson, who is Number 70.
19             The Court also released its ruling on the Rule 29
20    motions.  Those will be accessible to counsel, and
21    otherwise, I guess there's nothing to be done, but to have
22    the jury come in and receive their verdicts.
23
24             (Proceedings with jury at 12:20 p.m.)
25

                  *15-20652; USA v. EUGENE FISHER, ET AL*

Case 2:15-cr-20652-GCS-DRG   ECF No. 1577, PageID.21978   Filed 12/16/19   Page 5 of 26
Case 2:15-cr-20652-GCS-DRG   ECF No. 1207, filed 10/31/18   PageID.15864   Page 5 of 26

5

1        **THE COURT:**  Okay.  You can take a seat.

2        Members of the jury, the Court has received your

3  note indicating that you've reached verdicts on all

4  defendants.  If so, I'll have the jury foreperson

5  delivered the verdicts to the clerk.

6        Let me take a quick review.

7        Okay.  I'm going to have the clerk announce the

8  verdicts, and we'll do this one by one.  So we'll poll the

9  jury in-between each of the defendants.

10        **THE CLERK:**  Okay.  As to Defendant 3, Eugene

11  Fisher, Count 1, RICO conspiracy.

12        With respect to the RICO conspiracy charge in

13  Count 1, we, the jury, unanimously find Eugene Fisher not

14  guilty.

15        Count 25, attempted murder of Derrick Peterson,

16  Darnell Canady or Jason Gaskin in aid of racketeering.

17        With respect to the charge of attempted murder on

18  or about May 10, 2015, we, the jury, unanimously find

19  Eugene Fisher not guilty.

20        Count 27, use and carry of a firearm during and in

21  relation to a crime of violence, namely the May 10, 2015

22  attempted murder of Derrick Peterson, Darnell Canady or

23  Jason Gaskin in aid of racketeering in Count 25, we, the

24  jury, unanimously find Eugene Fisher not guilty.

25        Count 32, possession of a firearm in furtherance

*15-20652; USA v. EUGENE FISHER, ET AL*

1    of a crime of violence in Count 1, RICO conspiracy, we,

2    the jury, unanimously find Eugene Fisher not guilty.

3              Count 33, felon in possession of a firearm, on

4    September 26, 2015, we, the jury, unanimously find Eugene

5    Fisher guilty.

6              Count 34, felon in possession of a

7    firearm/ammunition, on November 12, 2015, we, the jury,

8    unanimously find Eugene Fisher guilty.

9              **THE COURT:**  Okay.  Members of the jury, as it

10   relates to the defendant Mr. Fisher, you've heard the

11   verdicts stated by the clerk.  Was that and is that your

12   verdict?

13             **ALL JURORS:**  Yes.

14             **THE COURT:**  We will have you polled.  Ms.

15   Beauchemin will ask you individually whether you agree

16   with the verdict.

17             **THE CLERK:**  Juror Number 1, were those and

18   are those verdicts?

19             **JUROR NO. 1:**  Yes.

20             **THE CLERK:**  Juror Number 2, were those and

21   are those verdicts?

22             **JUROR NO. 2:**  Yes.

23             **THE CLERK:**  Juror Number 3, were those and

24   are those verdicts?

25             **JUROR NO. 3:**  Yes.


                    *15-20652; USA v. EUGENE FISHER, ET AL*

Case 2:15-cr-20652-GCS-DRG ECF No. 1577, PageID.31980 Filed 12/16/18 Page 7 of 26
Case 2:15-cr-20652-GCS-DRG ECF No. 1207, PageID.15868 Page 7 of 26

7

1          THE CLERK:  Juror Number 4, were those and
2     are those verdicts?
3          JUROR NO. 4:  Yes.
4          THE CLERK:  Juror Number 5, were those and
5     are those verdicts?
6          JUROR NO. 5:  Yes.
7          THE CLERK:  Juror Number 6, were those and
8     are those verdicts?
9          JUROR NO. 6:  Yes.
10          THE CLERK:  Juror Number 7, were those and
11     are those verdicts?
12          JUROR NO. 7:  Yes.
13          THE CLERK:  Juror Number 8, were those and
14     are those verdicts?
15          JUROR NO. 8:  Yes.
16          THE CLERK:  Juror Number 9, were those and
17     are those verdicts?
18          JUROR NO. 9:  Yes.
19          THE CLERK:  Juror Number 10, were those and
20     are those verdicts?
21          JUROR NO. 10:  Yes.
22          THE CLERK:  Juror Number 11, were those and
23     are those verdicts?
24          JUROR NO. 11:  Yes.
25          THE CLERK:  Juror Number 12, were those and

Case 2:15-cr-20652-GCS-DRG ECF No. 1209, filed 10/31/18 PageID.15869 Page 8 of 26

1    are those verdicts?

2              **JUROR NO. 12:**  Yes.

3              **THE COURT:**  Okay.  Thank you, folks.

4         Ms. Beauchemin, you can move onto the next.

5              **THE CLERK:**  As to Defendant Number 4, Corey

6    Bailey, Count 1, RICO conspiracy.

7         With respect to the RICO conspiracy charged in

8    Count 1, we, the jury, unanimously find Corey Bailey

9    guilty.

10        Did defendant Corey Bailey between July 14, 2014

11   through September 26,2015 conspire with another

12   conspirator to assault rival gang members with intent to

13   commit murder?  Yes.

14        Question 2, did defendant Corey Bailey commit or

15   cause to be committed, or aid and abet in the commission

16   of the first degree murder of Djuan Page on or about

17   July 14, 2014?  Yes.

18        Question 3, did defendant Corey Bailey commit or

19   cause to be committed, or aid and abet in the commission

20   of the attempted murder, assault with intent to murder of

21   Michael Davis, Martez Davis or Corey Crawford on or about

22   July 14, 2014?  Yes.

23        Count 4, murder of Djuan Page in aid of

24   racketeering.

25        With respect to the charge of murder of Djuan Page

*15-20652; USA v. EUGENE FISHER, ET AL*

1    in aid of racketeering on or about July 14, 2014, we, the

2    jury, unanimously find Corey Bailey guilty.

3            Count 5, use of a firearm during and in relation

4    to a crime of violence causing death.

5            With respect to the charge of use of a firearm

6    during and in relation to a crime of violence causing

7    death, namely the July 14, 2014 murder of Djuan Page in

8    aid of racketeering in Count 4, we, the jury, unanimously

9    find Corey Bailey not guilty.

10           Counts 6, attempted murder of Michael Davis in aid

11   of racketeering.

12           With respect to the charge of attempted murder of

13   Michael Davis in aid of racketeering on or about July 14,

14   2014, we, the jury, unanimously find Corey Bailey guilty.

15           Count 7, attempted murder of Martez Davis in aid

16   of racketeering.

17           With respect to the charge of attempted murder of

18   Martez Davis in aid of racketeering on or about July 14,

19   2014, we, the jury, unanimously find Corey Bailey guilty.

20           Count 8, attempted murder of Corey Crawford in aid

21   of racketeer.

22           With respect to the attempted murder of Corey

23   Crawford in aid of racketeering on or about July 14, 2014,

24   we, the jury, unanimously find Corey Bailey guilty.

25           Count 12, use and carry of a firearm during and in

                *15-20652; USA v. EUGENE FISHER, ET AL*

1    relation to a crime of violence.

2         With respect to the charge of use and carry of a

3    firearm during and in relation to a crime of violence,

4    namely the July 14, 2014 attempted murder of Michael

5    Davis, Martez Davis, Corey Crawford in aid of racketeering

6    in Counts 6, 7 or 8, we, the jury, unanimously find Corey

7    Bailey not guilty.

8         Count 32, possession of a firearm in furtherance

9    of a crime of violence.

10        With respect to the charge of possession of a

11   firearm in furtherance of a crime of violence in Count 1,

12   RICO conspiracy, we, the jury, unanimously find Corey

13   Bailey guilty.

14        **THE COURT:**  Members of the jury, you've heard

15   your verdicts read by the clerk of the court.  Were those

16   and are those your verdicts?

17        **ALL JURORS:**  Yes.

18        **THE COURT:**  We'll individually poll you as

19   well.

20        **THE CLERK:**  Juror Number 1, were those and

21   are those your true verdicts?

22        **JUROR NO. 1:**  Yes.

23        **THE CLERK:**  Juror Number 2, were those and

24   are those your true verdicts?

25        **JUROR NO. 2:**  Yes.

*15-20652; USA v. EUGENE FISHER, ET AL*

Case 2:15-cr-20652-GCS-DRG ECF No. 1570 PageID.20994 Filed 12/16/19 Page 11 of 26
Case 2:15-cr-20652-GCS-DRG ECF No. 1570 PageID.25670 Page 11 of 26

26

11

```
1              THE CLERK:  Juror Number 3, were those and
2    are those your true verdicts?
3              JUROR NO. 3:  Yes.
4              THE CLERK:  Juror Number 4, were those and
5    are those your true verdicts?
6              JUROR NO. 4:  Yes.
7              THE CLERK:  Juror Number 5, were those and
8    are those your true verdicts?
9              JUROR NO. 5:  Yes.
10             THE CLERK:  Juror Number 6, were those and
11   are those your true verdicts?
12             JUROR NO. 6:  Yes.
13             THE CLERK:  Juror Number 7, were those and
14   are those your true verdicts?
15             JUROR NO. 7:  Yes.
16             THE CLERK:  Juror Number 8, were those and
17   are those your true verdicts?
18             JUROR NO. 8:  Yes.
19             THE CLERK:  Juror Number 9, were those and
20   are those your true verdicts?
21             JUROR NO. 9:  Yes.
22             THE CLERK:  Juror Number 10, were those and
23   are those your true verdicts?
24             JUROR NO. 10:  Yes.
25             THE CLERK:  Juror Number 11, were those and
```

15-20652; USA v. EUGENE FISHER, ET AL

1    are those your true verdicts?

2            **JUROR NO. 11:**  Yes.

3            **THE CLERK:**  Juror Number 12, were those and

4    are those your true verdicts?

5            **JUROR NO. 12:**  Yes.

6            **THE COURT:**  All right.  Thank you.

7        Ms. Beauchemin?

8            **THE CLERK:**  As to Defendant Number 6, Robert

9    Brown.  Counts 1, RICO conspiracy.

10       With to respect to the RICO conspiracy charge in

11   Count one, we, the jury, unanimously find Robert Brown, II

12   guilty.

13       Question 1, did the defendant Robert Brown, II,

14   between July 14, 2014 through September 26, 2015, conspire

15   with another conspirator to assault rival gang members

16   with intent to commit murder?  Yes.

17       Number 2, did the defendant Robert Brown, II

18   commit or cause to be committed, or aid and abet in the

19   commission of the first degree murder of Cleo McDougal on

20   or about June 7, 2006?  Yes.

21       Did defendant Robert Brown commit or cause to be

22   committed, or aid and abet in the commission of the

23   attempted murder, assault with intent to murder of Derrick

24   Peterson, Darnell Canady or Jason Gaskin on or about

25   May 10, 2015?  Yes.

*15-20652; USA v. EUGENE FISHER, ET AL*

1    Count 2, murder of Cleo McDougal in aid of

2 racketeering.

3    With respect to the charge of murder of Cleo

4 McDougal in aid of racketeering on or about June 7, 2006,

5 we, the jury, unanimously find Robert Brown, II not

6 guilty.

7    Count 3, use of a firearm during and in relation

8 to a crime of violence causing death.

9    With respect to the charge of use of a firearm

10 during and in relation to a crime of violence causing

11 death, namely the June 7, 2006 murder of Cleo McDougal in

12 aid of racketeering in Count 2, we, the jury, unanimously

13 find Robert Brown, II not guilty.

14    Count 25, attempted murder of Derrick Peterson,

15 Darnell Canady or Jason Gaskin in aid of racketeering.

16    With respect to the charge of attempted murder of

17 Derrick Peterson, Darnell Canady or Jason Gaskin in aid

18 racketeering on or about May 10, 2015, we, the jury,

19 unanimously find Robert Brown, II guilty.

20    Count 27, use and carry of a firearm during and in

21 relation to a crime of violence.

22    With respect to the May 10, 2015 attempted murder

23 of Derrick Peterson, Darnell Canady or Jason Gaskin in aid

24 of racketeering in Count 25, we, the jury, unanimously

25 find Robert Brown, II guilty.

*15-20652; USA v. EUGENE FISHER, ET AL*

1          Count 32, possession of a firearm in furtherance

2     of a crime of violence in Count 1 RICO conspiracy, we, the

3     jury, unanimously find Robert Brown, II guilty.

4               **THE COURT:**  Members of the jury, you heard

5     the verdict as stated by the court clerk.  Were those and

6     are those your verdicts?

7               **ALL JURORS:**  Yes.

8               **THE COURT:**  All right.  We're going to have

9     you individually polled again.

10              **THE CLERK:**  Juror Number 1, were those and

11    are those your true verdicts?

12              **JUROR NO. 1:**  Yes.

13              **THE CLERK:**  Juror Number 2, were those and

14    are those your true verdicts?

15              **JUROR NO. 2:**  Yes.

16              **THE CLERK:**  Juror Number 3, were those and

17    are those your true verdicts?

18              **JUROR NO. 3:**  Yes.

19              **THE CLERK:**  Juror Number 4, were those and

20    are those your true verdicts?

21              **JUROR NO. 4:**  Yes.

22              **THE CLERK:**  Juror Number 5, were those and

23    are those your true verdicts?

24              **JUROR NO. 5:**  Yes.

25              **THE CLERK:**  Juror Number 6, were those and

1    are those your true verdicts?

2            **JUROR NO. 6:**  Yes.

3            **THE CLERK:**  Juror Number 7, were those and

4    are those your true verdicts?

5            **JUROR NO. 7:**  Yes.

6            **THE CLERK:**  Juror Number 8, were those and

7    are those your true verdicts?

8            **JUROR NO. 8:**  Yes.

9            **THE CLERK:**  Juror Number 9, were those and

10   are those your true verdicts?

11           **JUROR NO. 9:**  Yes.

12           **THE CLERK:**  Juror Number 10, were those and

13   are those your true verdicts?

14           **JUROR NO. 10:**  Yes.

15           **THE CLERK:**  Juror Number 11, were those and

16   are those your true verdicts?

17           **JUROR NO. 11:**  Yes.

18           **THE CLERK:**  Juror Number 12, were those and

19   are those your true verdicts?

20           **JUROR NO. 12:**  Yes.

21           **THE COURT:**  All right.  Thank you.  We'll

22   move on to the next.

23           **THE CLERK:**  Defendant 13, Arlandis Shy.

24       Count 1, RICO conspiracy.

25       With respect to the RICO conspiracy charge in

*15-20652; USA v. EUGENE FISHER, ET AL*

1  Count 1, we, the jury, unanimously find Arlandis Shy

2  guilty.

3  Question 1, did defendant Arlandis Shy, between

4  July 14, 2014 through September 26, 2015, conspire with

5  another conspirator to assault rival gang members with

6  intent to commit murder?  Yes.

7  Two, did defendant Arlandis Shy commit or cause to

8  be committed, or aid and abet in the commission of the

9  first degree Devante Roberts on or about May 8, 2015?  No.

10  Three, did defendant Arlandis Shy commit or cause

11  to be committed, or aid and abet in the commission of the

12  attempted murder, assault with intent to murder, of

13  Marquis Wicker, Darrio Roberts or Jesse Richie on or about

14  May 8, 2015?  No.

15  Count 16, murder of Devante Roberts in aid of

16  racketeering on or about May 8, 2015, we, the jury,

17  unanimously find Arlandis Shy not guilty.

18  Count 17, use and carry of a firearm during and in

19  relation to a crime of violence causing death, namely the

20  May 8, 2015 murder of Devante Roberts in aid of

21  racketeering in Count 16, we, the jury, unanimously find

22  Arlandis Shy not guilty.

23  Count 18, with respect to the charge of attempted

24  murder of Marquis Wicker in aid of racketeering on or

25  about May 8, 2015, we, the jury, unanimously find Arlandis

*15-20652; USA v. EUGENE FISHER, ET AL*

1   Shy not guilty.

2          Count 19, with respect to the charge of attempted

3   murder of Darrio Roberts in aid of racketeering on or

4   about May 8, 2015, we, the jury, unanimously find Arlandis

5   Shy not guilty.

6          Count 20, with respect to the charge of attempted

7   murder of Jesse Richie in aid of racketeering on or about

8   May 8, 2015, we, the jury, unanimously find Arlandis Shy

9   not guilty.

10         Count 24, with respect to the charge of use and

11  carry of a firearm during and in relation to a crime of

12  violence, namely the May 8, 2015 attempted murder of

13  Marquis Wicker, Darrio Roberts or Jesse Richie in aid of

14  racketeering in Counts 18, 19 or 20, we, the jury,

15  unanimously find Arlandis Shy not guilty.

16         Count 32, possession -- with respect to the charge

17  of possession of a firearm in furtherance of a crime of

18  violence in Count 1, RICO conspiracy, we, the jury,

19  unanimously find Arlandis Shy guilty.

20              **THE COURT:**  Members of the jury, you've heard

21  verdicts as stated by the clerk.  Were those and are those

22  your verdicts?

23              **ALL JURORS:**  Yes.

24              **THE COURT:**  Again, we will poll the jury.

25              **THE CLERK:**  Juror Number 1, were those and

*15-20652; USA v. EUGENE FISHER, ET AL*

Case 2:15-cr-20652-GCS-DRG ECF No. 1577-9 PageID.20991 Filed 12/16/19 Page 18 of 26
Case 2:15-cr-20652-GCS-DRG ECF No. 1577-9 PageID.25677 Page 18 of 26
26

18

1  are those your true verdicts?

2         **JUROR NO. 1:**  Yes.

3         **THE CLERK:**  Juror Number 2, were those and

4  are those your true verdicts?

5         **JUROR NO. 2:**  Yes.

6         **THE CLERK:**  Juror Number 3, were those and

7  are those your true verdicts?

8         **JUROR NO. 3:**  Yes.

9         **THE CLERK:**  Juror Number 4, were those and

10  are those your true verdicts?

11         **JUROR NO. 4:**  Yes.

12         **THE CLERK:**  Juror Number 5, were those and

13  are those your true verdicts?

14         **JUROR NO. 5:**  Yes.

15         **THE CLERK:**  Juror Number 6, were those and

16  are those your true verdicts?

17         **JUROR NO. 6:**  Yes.

18         **THE CLERK:**  Juror Number 7, those and are

19  those your true verdicts?

20         **JUROR NO. 7:**  Yes.

21         **THE CLERK:**  Juror Number 8, were those and

22  are those your true verdicts?

23         **JUROR NO. 8:**  Yes.

24         **THE CLERK:**  Juror Number 9, were those and

25  are those your true verdicts?

*15-20652; USA v. EUGENE FISHER, ET AL*

1    **JUROR NO. 9:**  Yes.

2    **THE CLERK:**  Juror Number 10, were those and

3    are those your true verdicts?

4    **JUROR NO. 10:**  Yes.

5    **THE CLERK:**  Juror Number 11, were those and

6    are those your true verdicts?

7    **JUROR NO. 11:**  Yes.

8    **THE CLERK:**  Juror Number 12, were those and

9    are those your true verdicts?

10   **JUROR NO. 12:**  Yes.

11   **THE COURT:**  All right.  Thank you.  And the

12   next?

13   **THE CLERK:**  Defendant Number 19, Keithon

14   Porter.

15   Count 1, with respect to the RICO conspiracy

16   charge in Count 1, we, the jury, unanimously find Keithon

17   Porter guilty.

18   Question 1, did defendant Keithon Porter between

19   July 14, 2014 through September 26, 2015, conspire with

20   another conspirator to assault rival gang members with

21   intent to commit murder?  Yes.

22   Question 2, did defendant Keithon Porter commit or

23   cause to be committed, or aid and abet in the commission

24   of the attempted murder, assault with intent to murder, of

25   the Raphael Carter on or about May 1, 2015?  No.

*15-20652; USA v. EUGENE FISHER, ET AL*

1        Question 3, did defendant Keithon Porter commit or

2   cause to be committed, or aid and abet in the commission

3   of the first degree murder of Devante Robert on or about

4   May 8, 2015?  Yes.

5        Number 4, did defendant Keithon Porter commit or

6   cause to be committed, or aid and abet in the commission

7   of the attempted murder, assault with intent to murder of

8   Marquis Wicker, Darrio Roberts, or Jesse Ritchie on or

9   about May 8, 2015?  Yes.

10        Count 13, attempted murder of Raphael Carter in

11   the aid of racketeering on or about May 1, 2015, we, the

12   jury, unanimously find Keithon Porter not guilty.

13        Count 15, use and carry of firearm during and in

14   relation to a crime of violence, namely the May 1, 2015

15   attempted murder of Raphael Carter in aid of racketeering

16   in Count 13, we, the jury, unanimously find Keithon Porter

17   not guilty.

18        Count 16, murder of Devante Roberts in aid of

19   racketeering on or about May 8, 2015, we, the jury,

20   unanimously find Keithon Porter guilty.

21        Count 17, with respect to the charge of use of a

22   firearm during and in relation to a crime of violence

23   causing death, namely the May 8, 2015 murder of Devante

24   Roberts in aid of racketeering in Count 16, we, the jury,

25   unanimously find Keithon Porter guilty.

*15-20652; USA v. EUGENE FISHER, ET AL*

1        Count 18, with respect to the charge of attempted

2   murder of Marquis Wicker in aid of racketeering on or

3   about May 8, 2015, we, the jury, unanimously find Keithon

4   Porter guilty.

5        Count 19, with respect to the charge of attempted

6   murder of Darrio Roberts in aid of racketeering on or

7   about May 8, 2015, we, the jury, unanimously find Keithon

8   Porter guilty.

9        Count 20, with respect to the charge of attempted

10   murder of Jesse Ritchie in aid of racketeering on or about

11   May 8, 2015, we, the jury, unanimously find Keithon Porter

12   guilty.

13        Count 24, with respect to the charge of use and

14   carry of a firearm during and in relation to the crime of

15   violence, namely the May 8, 2015 attempted murder of

16   Marquis Wicker, Darrio Roberts, or Jesse Ritchie in aid of

17   racketeering in Counts 18, 19 or 20, we, the jury,

18   unanimously find Keithon Porter guilty.

19        Count 32, possession of a firearm in furtherance

20   of a crime of violence in Count 1, RICO conspiracy, with,

21   we, the jury, unanimously find Keithon Porter guilty.

22        This is dated 8-27-2018, and signed by

23   foreperson Number 70.

24        **THE COURT:**  All right.  Thank you, Marcia.

25        Again, you heard the verdicts as stated by our

*15-20652; USA v. EUGENE FISHER, ET AL*

1     court clerk.  Were those and are those your verdicts?

2                    **ALL JURORS:**  Yes.

3              **THE COURT:**  We will have you polled.

4              **THE CLERK:**  Juror Number 1, were those and

5     are those your true verdicts?

6              **JUROR NO. 1:**  Yes.

7              **THE CLERK:**  Juror Number 2, were those and

8     are those your true verdicts?

9              **JUROR NO. 2:**  Yes.

10             **THE CLERK:**  Juror Number 3, were those and

11    are those your true verdicts?

12             **JUROR NO. 3:**  Yes.

13             **THE CLERK:**  Juror Number 4, were those and

14    are those your true verdicts?

15             **JUROR NO. 4:**  Yes.

16             **THE CLERK:**  Juror Number 5, were those and

17    are those your true verdicts?

18             **JUROR NO. 5:**  Yes.

19             **THE CLERK:**  Juror Number 6, were those and

20    are those your true verdicts?

21             **JUROR NO. 6:**  Yes.

22             **THE CLERK:**  Juror Number 7, were those and

23    are those your true verdicts?

24             **JUROR NO. 7:**  Yes.

25             **THE CLERK:**  Juror Number 8, were those and

*15-20652; USA v. EUGENE FISHER, ET AL*

1   are those your true verdicts?

2           JUROR NO. 8:  Yes.

3           THE CLERK:  Juror Number 9, were those and

4   are those your true verdicts?

5           JUROR NO. 9:  Yes.

6           THE CLERK:  Juror Number 10, were those and

7   are those your true verdicts?

8           JUROR NO. 10:  Yes.

9           THE CLERK:  Juror Number 11, were those and

10  are those your true verdicts?

11          JUROR NO. 11:  Yes.

12          THE CLERK:  Juror Number 12, were those and

13  are those your true verdicts?

14          JUROR NO. 12:  Yes.

15          THE COURT:  All right.  This was no picnic

16  I'm sure, but I have to say that you did amazing job.  You

17  had a mass of information that's probably the largest

18  volume of information in a criminal case that I've had.

19  You kept it all straight obviously addressed each

20  individual as an individual, and you're verdicts were

21  perfectly consistent as contemplated by the verdicts forms

22  that were given to prepare.  I think we could not have

23  asked anything more of you than what was received.

24          And on behalf of the community, and the parties to

25  this case, I want to express our sincere thanks for the

*15-20652; USA v. EUGENE FISHER, ET AL*

Case 2:15-cr-20652-GCS-DRG ECF No. 1577 PageID.20997 Filed 12/16/19 Page 24 of 26
Case 2:15-cr-20652-GCS-DRG ECF No. 1770 PageID.01718 Filed 12/01/18 PageID.25683 Page 24 of 26
26

24

1    work -- the enormous amount of work that you vested.  I

2    think it was last Tuesday that I read to you the

3    deliberations instructions over again, and you left the

4    courtroom that day, and since then it's nothing but work

5    for you, and conscientious work at that for you to arrive

6    at a conclusion with respect to each defendant.

7        Everyone associated with the case here is very

8    impressed with the benefit of the -- with the work that

9    you invested, with your willingness to continue talking

10    about the case until an agreement could be reached, and it

11    doesn't always happen, but again, on behalf of everybody

12    here, I want to tell you how grateful we are for the

13    effort that was undertaken here.

14        We will send you back to the jury room, and I will

15    be joining you in there in just a minute.

16

17                (Jury discharged at 12:45 p.m.)

18

19    **THE COURT:**  You can take a seat.  We want to

20    give sentencing dates.  We'll have to furnish the

21    sentencing dates for you, which will be four months out

22    from today's date, but we'll have to give you a specific

23    date sometime later today I think.

24        So as amazing as the job that was performed by the

25    jurors was -- and I think it was an amazing efforts on

*15-20652; USA v. EUGENE FISHER, ET AL*

1    their part -- I want to commend counsel on this case, both

2    from the government's side as well as from the defense

3    side, for the professionalism and the work that was

4    evidenced during the course of the trial.

5           On the government side, having all of two weeks to

6    prepare for most of the participants in the trial other

7    than Julie Finocchiaro, it was incredible.  You obviously

8    are very talented trial lawyers, and you were again, very

9    professional, and worked well with the defense lawyers to

10   ensure that everybody got a fair trial.

11          And for defense counsel as well, the same

12   professionalism was shown by each of you, and the case was

13   dealt with efficiently and in good conscience I think on

14   the part of everybody involved.

15          So the Court wants to express my gratitude for

16   your work on the case.

17          What remains is to set the sentencing dates.

18          Is there anything that I need to address before

19   doing that?

20          **MR. WIGOD:**  Nothing from the government.

21          **THE COURT:**  I'm content to have Mr. Fisher's

22   bond continued.

23          **MR. BILKOVIC:**  Yes, your Honor.

24          **THE COURT:**  Then we'll see you in about four

25   months.

                    *15-20652; USA v. EUGENE FISHER, ET AL*

26

```
 1
 2                    (Proceedings concluded at 12:48 p.m.)
 3                              -    -    -
 4                     C E R T I F I C A T I O N
 5              I, Ronald A. DiBartolomeo, official court
 6      reporter for the United States District Court, Eastern
 7      District of Michigan, Southern Division, appointed
 8      pursuant to the provisions of Title 28, United States
 9      Code, Section 753, do hereby certify that the foregoing is
10      a correct transcript of the proceedings in the
11      above-entitled cause on the date hereinbefore set forth.
12              I do further certify that the foregoing
13      transcript has been prepared by me or under my direction.
14
15      s/Ronald A. DiBartolomeo              October 1, 2018
        Ronald A. DiBartolomeo, CSR                  Date
16      Official Court Reporter
17                              -    -    -
18
19
20
21
22
23
24
25
```

*15-20652; USA v. EUGENE FISHER, ET AL*