FILED
JUN 06 2023
CLERK'S OFFICE
DETROIT

15-20652

Judge Steeh,                                                     May 31, 2023.

With Respects to you Sir. I am writing you to ask the Courts to please grant me an Extension for my 2255 motion. I am housed in Segregation Housing Unit in which I've been at for the last past 4 years. Now since I left Milan Federal Detention Center after Sentence. I've been issues at Every Compound due to the Informer Played at my trial. However, I do not have a Attorney. And so I am in no position to presue help legally nor do I have access to legal material while in S.H.U. I've wrote to you concerning this matter last month. In which I've Received No Response. Please — grant me Extension. If there is any document I need to send to the Courts to show my Proof of Being in Segregation Housing Unit now & Previously (within these last past 3-4 yes.) Let me know, and I will try to have my counselor get all the documents needed (God willing). I hope I hear back from the Courts/you Soon! thank you for your time.

Respectfully Submitted
Corey Bailey    May 31, 2023

Cory Bailey 50258-039
U.S. P. Victorville
P.O. Box 3900
Adelanto, CA 92301

SN BERNARDINO CA 923
1 JUN 2023 PM 7 L

48226-271639

To the Theodore Levin United States Courthouse
Office of the Clerk
231 West Lafayette Blvd. Room 564
Detroit, MI 48226

