POOR QUALITY ORIGINAL

15-20652

FILED
SEP 27 2023
CLERK'S OFFICE
DETROIT

Honorable Judge Sean F. Cox,

I'm Freddy Hyatt
Sak' ana_own son. My name is Coby Brown, I'm the
F Defendant on this case. I'm a Black Individual.
I AM writing to you to explain my situation in hopes that
you can help me or point me in the right direction.
I had Four clippings at my sentencing hearing since
7/22/14 (the day of my arrest) play in the trial.
These (4) clippings has altered my life. I got sentenced
October 24, 2019. From FDC I was sent to
U.S.P Big Sandy. Since then I've been in S.H.U
(segregation Housing Unit). I cannot be in General population
In general population due to people safety. I AM a snitch
Because of the indictment here. The problem I have
Not been able to prepare of with on my 2255 Motion.
Because in segregation legal access is slim to none.
I AM Indigent, that I cannot afford legal assistance
to help me file my Motion. I told Judge Steeh In
told him about my issues I was having that I've explained
You asking for an attorney And that I have not been able
to prepare myself for my 2255 Motion due to me not
Having legal Access while in B.O.P custody. Not to mention
The block doors. I'm writing to you from SHU now, in
which I've been housed ... because of
...

March 31, 20[??]

[illegible] 9/18/23 I've been to SHU. I [illegible] to get this Typed but I probably have to go to SHU when I get back. Judge Steeh [illegible] [illegible] filed because it was helpful to the government showing my business. I cannot file my release credits for First Step Act (FSA) that I'm eligible to receive in order for me to receive credit [illegible] and receive all my benefits I have to be in general population.

I am aware that I have until next month (10/23) to file my [illegible] motion. I am asking you is there anyway I can get an extension to file my [motion] being that I have not been able to work on it due to [illegible] having no legal access in the last 3-4 years. Also I [illegible] trying to change my life and grow out of the gang life, in which I no longer am [illegible] nor do I want to be socialized with. But even the F[eds] denied my debriefing after I took an step to better myself. I hope to hear back from you soon.

With Respect

[signature]
[illegible] 51258-039

RECEIVED
SEP 19 2023
SEAN F. COX
U.S DISTRICT JUDGE



SN BERNARDINO CA 923
12 SEP 2023 PM 4 L

SEAN F. COX, JUDGE
Theodore Levin Court
231 W. Lafayette Blvd
Detroit, MI 48226

Name:
Reg #:
Federal Correctional Institution #2
P.O. Box 3850
Adelanto, CA 92301